Case 4:25-cv-00586-SDJ-AGD  Document 40-2  Filed 06/30/25  Page 1 of 1 PageID #: 161

# Handbook

**Human Resources**
To: ✓ Zane Allen

Thu 6/26/2025 9:27 AM

Retention: Default (5 years) Expires: Tue 6/25/2030 9:27 AM

Hello,

The copy you would have dated for May 2024 is the most recent published copy. A new version hasn't been released yet.

**Human Resources**
3601 Mapleshade Lane, Plano, TX 75075
P: 469-241-9100 | F: 469-241-9020 | E: hr@mptx.org

...

[Okay, thank you!]  [Thank you for the clarification.]  [Ok, thanks.]

↩ Reply   → Forward

**You**
Good evening, Is there an updated copy of the handbook and if so may I receive a copy. Mine is fro...        Wed 6/25/2025 5:21 PM