## Case 4:25-cv-00586-SDJ-AGD Moore v. My Possibilities  Inbox

**Erica Rhodes**  Jun 25
to me, Stephanie

Ms. Moore,

Please find attached Defendant's Initial Disclosures and Document Production.

Thank you,

---

**Erica L. Rhodes**

Legal Secretary


PAPPAS GRUBBS PRICE PC

| | |
|---|---|
| erhodes@pappasgrubbs.com | 3838 Oak Lawn Avenue |
| P (972) 942-7277 | Suite 250 |