Thank you,



Erica L. Rhodes

Legal Secretary

erhodes@pappasgrubbs.com

P (972) 942-7277

3838 Oak Lawn Avenue
Suite 250
Dallas, TX 75219

www.pappasgrubbs.com |