

# Case 4:25-cv-00586-SDJ-AGD Moore v. My Possibilities   Inbox



**Erica Rhodes**  Jun 25
to me, Stephanie ⌄

  

| From | Erica Rhodes  ERhodes@pappasgrubbs.com |
|---|---|
| To | brushalmoore@gmail.com<br>brushalmoore@gmail.com |
| Cc | Stephanie F. Erhart<br>serhart@pappasgrubbs.com |
| Date | Jun 25, 2025 at 4:19 PM |
| 🔒 | Standard encryption (TLS)<br>Learn more |



Defendant's Initial Disclosur...
 PDF

My Possibilities Document Pro...
 PDF



**me**  Jun 27

Dear Ms. Erhart, This correspondence serv...

 

↩ Reply     ➡ Forward     

