5:01 

             

 **me**   Jun 25
Wednesday, July 9th via Zoom works for m…

 **Stephanie F. Erhart**   Jun 26         
to me ⌄

In looking more closely at the Court's order, we have to have our conference completed by Monday. Are you available tomorrow?

…



 **me**   Jun 26
I am available to meet on Monday, July 1st,…

 **me**   Jun 26         
to Stephanie ⌄

For clarification, I meant I'm available to meet Monday, June 30th.

…

 Reply     Forward    

