Original Message

## Original Message

| | |
|---|---|
| Message ID | <BY5PR16MB3240F29909F7943B679DCE16C77BA@BY5PR16MB3240.namprd16.prod.outlook.com> |
| Created at: | Wed, Jun 25, 2025 at 4:18 PM (Delivered after 61 seconds) |
| From: | Erica Rhodes <ERhodes@pappasgrubbs.com> |
| To: | "brushalmoore@gmail.com" <brushalmoore@gmail.com> |
| Subject: | Case 4:25-cv-00586-SDJ-AGD Moore v. My Possibilities |
| SPF: | PASS with IP 170.10.129.166  Learn more |
| DKIM: | 'PASS' with domain pappasgrubbs.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original

Copy to clipboard

---

```
Delivered-To: brushalmoore@gmail.com
Received: by 2002:a05:6f02:20aa:b0:8b:1f29:202 with SMTP id
f42csp4662820rcd;
        Wed, 25 Jun 2025 14:19:58 -0700 (PDT)
X-Google-Smtp-Source:
AGHT+IHl7T45Ml2zg4hMrWHNmLq97iBLKYaE0zTc80R6kWq0Tdcx8CpGUWjEXQhoSyFSRTq01T
uu
X-Received: by 2002:a05:620a:bc9:b0:7d3:f3a5:71d7 with SMTP id
af79cd13be357-7d42973f34emr671902885a.40.1750886394776;
        Wed, 25 Jun 2025 14:19:54 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1750886394; cv=none;
        d=google.com; s=arc-20240605;

b=arFzBmkeYBqF1FRVA+DbWGLQi4aRwalPPAJMgEKlDnKkufEb1fWpqeTeQCHrHyyPm5

OkodFWU0m8hgQmWVvpONYDzeH4JASfJHIc4wC8FoOqFGDyhUqF3UNUfmokLniAKfoluk

TSBnx9ZmDG/IuUk9UpfxReTgfE9CME6vhgEPbI7kq4XniOyHh/aR0T75ErmQ6/RcnYET

wAPvkwKFaqbie00xolpbe9M/t7KnmBPxX5MZzaLr+/ViZxpKxQU8oUk9ATFECNjfIwSW

e55x8m29YxOxkk93IMH2oQMUjUzvyqKMXkWAhg6Zf2+5T5H78/drIyWSSIWqA388j9wt
        ujxQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com;
s=arc-20240605;
        h=content-language:mime-version:accept-language:message-id:date
         :return-receipt-to:disposition-notification-to:thread-index
         :thread-topic:subject:cc:to:from:dkim-signature:dkim-signature
        bh=Gz2cOV9FgoXWxK+rnbwoMW4995/UAJhxQUqXz/j9Iow=;
        fh=aJ/G11m2bgKjRD5KStA56V2Rc/YftOllUSzGUzeb4sE=;

b=hMDmHpNXaVdoWm/OkyYeWpmuvoTGFiTf2R+9TLngTOlhV4T5jqM6LdxmdKcCA/xEpC
```

zR3fylsY+VE5HfJrjDJAud7GtQflFTUVhFlUzWOYwhoNucs+nNXiQt7BZFyVL/q3P4CD

ceGs1z15QXuESukD0UueY5kwS04JQoaQchxqRnIBKs8zv02ns1IKTgg0EBMZq0MSuf14

F/mlYB/cwSpCQEA0ZwAegDinQD9Fc+Wf2Zm7d1+jy9hrOlVyfcxBu2cGvHfQsSUO4Ye4

f/iInZvM8D42lu2xROoX5XyArd1BGwOTADVNjMujfQFczEmIQTyLCZKw0KvSxRqjeCw+
        sihw==;
    dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
    dkim=pass header.i=@pappasgrubbs.com header.s=mimecast20240327
header.b=NWR2koiQ;
    dkim=pass header.i=@dkim.mimecast.org header.s=201912
header.b=kgi6bWZQ;
    spf=pass (google.com: domain of erhodes@pappasgrubbs.com designates
170.10.129.166 as permitted sender)
smtp.mailfrom=erhodes@pappasgrubbs.com;
    dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=pappasgrubbs.com
Return-Path: <erhodes@pappasgrubbs.com>
Received: from us-smtp-delivery-166.mimecast.com (us-smtp-delivery-
166.mimecast.com. [170.10.129.166])
    by mx.google.com with ESMTPS id af79cd13be357-
7d3f999defesi1201102985a.109.2025.06.25.14.19.53
    for <brushalmoore@gmail.com>
    (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
    Wed, 25 Jun 2025 14:19:54 -0700 (PDT)
Received-SPF: pass (google.com: domain of erhodes@pappasgrubbs.com
designates 170.10.129.166 as permitted sender) client-ip=170.10.129.166;
Authentication-Results: mx.google.com;
    dkim=pass header.i=@pappasgrubbs.com header.s=mimecast20240327
header.b=NWR2koiQ;
    dkim=pass header.i=@dkim.mimecast.org header.s=201912
header.b=kgi6bWZQ;
    spf=pass (google.com: domain of erhodes@pappasgrubbs.com designates
170.10.129.166 as permitted sender)
smtp.mailfrom=erhodes@pappasgrubbs.com;
    dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=pappasgrubbs.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=pappasgrubbs.com;
s=mimecast20240327; t=1750886392; h=from:from:reply-
to:subject:subject:date:date:message-id:message-id:
        to:to:cc:cc:mime-version:mime-version:content-type:content-type;
bh=Gz2cOV9FgoXWxK+rnbwoMW4995/UAJhxQUqXz/j9Iow=;
b=NWR2koiQ7CpTPO+vOwFh3M92irGPKyPKwUhurYJcy/eVQarB+WBfbQKu1gJHbO0FnGBBMp
9MfegqfMDDlAd9YG6yAv7L6RgKIQfmIIy/75sf7F8N3HJev8QETxQgGlMecvXvuz8x6Z6b
vrScuoKHHvaw7JebfAQXCkQ7xo10N4PSFxKYLmcOhw5Fr3tr+2fZ4jIkXFtp5v2z/SWvjC
MxQRSblSlOoFTD7xf0Mf3Hb+mg5IKvaWyYzsSF2nAjQgg8gRJloj1NcH0+lQL8ZbEBAnYR
h54tUmPTGWqpUZO+fQUKMDtmFFAUun6Y72/phEmgA1/oQCH9I0KJ6Ou4SvG9eg==
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=dkim.mimecast.org;
s=201912; t=1750886392; h=from:from:reply-
to:subject:subject:date:date:message-id:message-id:
        to:to:cc:cc:mime-version:mime-version:content-type:content-type;
bh=Gz2cOV9FgoXWxK+rnbwoMW4995/UAJhxQUqXz/j9Iow=;
b=kgi6bWZQfjKP0HB1wNvuFxYc1JBsI452Zsw3nk+GR2E0g708GkjZrgS9Bxsf+SSxvU69FN
9P4Zb+qdFwiTaLmFB9Dg4kObKaGmQCLfGAPkBq3D1oBtlcAEOEwGoCQQY2U1Diq4h29hzW
uLXrcYkr9fIt/0j1YM30mkVvNQc+rgzSCxKpl5QfSAWBeYH/zvYQk1CKtEy5xQHZbqqh4W
XK4LSwF0uTDp30tXMiiDU9xfsubuIEKTOImPPsF40zTK4CoFXWvgx7Vv9kP05VvtOibVHD
Gs5/mY1oXe9p3t4lI/Sedl4TFFQb2/eFi6HOis8S6kckJqL30CKlvzYBr+4Ing==
Received: from NAM02-BN1-obe.outbound.protection.outlook.com (mail-
bn1nam02on2139.outbound.protection.outlook.com [40.107.212.139]) by
relay.mimecast.com with ESMTP with STARTTLS (version=TLSv1.2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id us-mta-691-
x1qIfT1GM6uPt0Ocr4xCwg-1; Wed, 25 Jun 2025 17:19:01 -0400
X-MC-Unique: x1qIfT1GM6uPt0Ocr4xCwg-1
X-Mimecast-MFC-AGG-ID: x1qIfT1GM6uPt0Ocr4xCwg_1750886340
Received: from BY5PR16MB3240.namprd16.prod.outlook.com
(2603:10b6:a03:181::25) by MW3PR16MB3852.namprd16.prod.outlook.com
(2603:10b6:303:42::17) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8857.30; Wed, 25

Original Message

Jun 2025 21:18:54 +0000
Received: from BY5PR16MB3240.namprd16.prod.outlook.com
([fe80::9eb:ec71:f7ff:ebeb]) by BY5PR16MB3240.namprd16.prod.outlook.com
([fe80::9eb:ec71:f7ff:ebeb%5]) with mapi id 15.20.8880.015; Wed, 25 Jun
2025 21:18:54 +0000
From: Erica Rhodes <ERhodes@pappasgrubbs.com>
To: "brushalmoore@gmail.com" <brushalmoore@gmail.com>
CC: "Stephanie F. Erhart" <serhart@pappasgrubbs.com>
Subject: Case 4:25-cv-00586-SDJ-AGD Moore v. My Possibilities
Thread-Topic: Case 4:25-cv-00586-SDJ-AGD Moore v. My Possibilities
Thread-Index: AdvmFki4b8fqrlZgQJiYfB2m0r0qag==
Disposition-Notification-To: Erica Rhodes <ERhodes@pappasgrubbs.com>
Return-Receipt-To: <ERhodes@pappasgrubbs.com>
Date: Wed, 25 Jun 2025 21:18:53 +0000
Message-ID:
<BY5PR16MB3240F29909F7943B679DCE16C77BA@BY5PR16MB3240.namprd16.prod.outloo
k.com>
Accept-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-publictrafficctype: Email
x-ms-traffictypediagnostic: BY5PR16MB3240:EE_|MW3PR16MB3852:EE_
x-ms-office365-filtering-correlation-id: 4ed00207-74d9-478a-ed8c-
08ddb42de364
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
BCL:0;ARA:13230040|376014|366016|1800799024|4053099003|13003099007|8096899
003|38070700018
x-microsoft-antispam-message-info:

6UlmOAaZoJDUPR7EVrPg9gHrY0rK6y4v3Ab+gBA6XICHfzSJrMG0v16zxmrlHoJfOgOdT37FN5
y5o0Oo/gsMgd7sdLkewzsPqHTgW7pV42qWMiOQeW2rOR1TeI23tcXpCiZKPXxTqXVo4BzCF36i
D22mt66TXfPeCAAr9aw82DZTBVXJ8Pmgq5P2mJU6jfYtrhXjFMZplJkTeSNl/DAShmiyn/6Kwr
8BpYvBlj3SFhzx5zaGJCdS1JobQkj1jDKqzUunNHd4LCGQlSjlqNOHFPPbTEZjkQWQ/9lC3B1Y
dvuT6IBPHuVLpV746QsXDKeBXn8mxVdDHyUVhoOx/i9k8ySZO0+g29gTw9c5Rr8Q9XRczTtpLb
S/wEDRqCJVUTjY7DnsoQiTAQfhkVYl75Zil18FuCTKiv1iMCg+Skj8SptvxNdJ9pSsCppQA4zp
3yQ71v5ppaR4QXIbg+1o38XXTiNfAHnl3ilKTtGc+lWTblcVsHahSOAItdand1unf3ULxbkoLM
qD/QrhrU/GuLRHHKKFoPBQlspBBYK/h9XPA5tTWM1cOqw0x/iwBfNnSBhk0rqtvJRU7RtabQei
shw8eetdujVp4FS/igo75WQwtYVapk7v9dw6hEsGobpV6ibBBafB8I43A5+b30SWGfGxjihfZZ
OBJ01zJrKGcVVlkNKKrP69gnA+IQNGeFyrL0HBER+YafmB94vjdrUIg0ryJuuB0CKgW7olYfU4
k/KuNKok0bpFBXnZY+8pelf2EKYR4AcgJ1cDnUc+CGVOM0YRZwvfqQfaap4O0jgmwcABRmqNMb
LiFHrvYh1kk8lCjS4+tFcoqvyNiTQnQAkDWEzvK8yJIBEVgjQsj1azUGRGkqBZhIg3+AqqbEv3
GlH5bsXj2vOzRkyRC/pKivYLcfzvXGfBWDaQ5zQiEBzspNUnDsbOs4TMap/4fnZDwDu6qZ2jPp
50u84P+rWeH0VZxYULSStdD4bj8tLqMrnbR9jx3Pr5a1f2XzeDrZqEj/Hx0CVYvCx6iSV9r4Pp
z3w6AXxR0TtQwlzeqPhIbgZ+QnHAzPjPjDcxVOVWe2xbx9YdAaC42hsPqzwcceitoBhC232bBo
LsfSwpguXWgTFO5XR9mit5lES9RuBNTiADFLlQ0S9yB7WTFujb0vBfaTWEJ9D+PQFe7i+dxulp
AVaNkB9T76Ym8f+tAAkevKET9SAYc73eKGVXsJqlrQGHVLtx930Zbkj/5AELXI0bjmWV/WjT88
fCvAxfWO75nSNtKjPjAVFJIUMmoP2fEhhFRg2t+lBZaIl9m//80fcdhDChhwqnpPmuJ4na+w0g
H9gsy5XdrU5n43SQOsQQuf4ml+ppnw1BLbdG1E7emdhWat3IvhjwR4I=
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BY5PR16MB3
240.namprd16.prod.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(376014)(366016)
(1800799024)(4053099003)(13003099007)(8096899003)
(38070700018);DIR:OUT;SFP:1102
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0:

VJTIM5C9JCn0DCPpRvrEgdBgdyQ9m5re5wF0DXsMVZiuulHPppL0l7dqklMXo2tjMIJNMaVqRw
I5Kf2spi0mI/X9kiDGBg0eems4I+L93hZoHbzqa5y5VyFFt1Wf0c3aX1kIW4bHHqPKYNX2IWaC
FuXCFaT64jwTGBGX32IJmIf8BRrs2lJ0n+AF5x5ZVqL1JxBJt6LXjBiJZ9vpkJNosfGuVWpEFq
jUmM+A33Q/GEGoG5HJ0kAwJO5Mi4nF6XS7utn45NuQ6FjDwupbq8zcOj03nXCqa5MPjv+VyOfB
xI7Hg3+FUT4f+7wO7rYY9qQ90YDUSMVFLp26/F9Xl5vTlTfCikXuC4BYJqaxCQUxD/YUXHPM0a
oF+1MYM//Iw20fcjQL7zxU9/c43My53fMxEYvhYUpLPSmaEzQs4fQTM3JIyr1UVKZdnYePbMHz
Tvxf63FE5r1Ucc0bi5jhhhcTLhcz8dwhQCFEPy61WR4xMYvNxB8KrfLLT4lbkMeRtidIuyiN0B
7rcPht/MVlpEXdKrYq9s6lPLBrJig/9dsR4VGncNKNTiVH3MwmE3c5D6L379CHMTWSpqeqIMAx
2cs7nXWu2qvmxR2s5EnSH/gRFBoBUscS70RRlgys0oquCcslrBZ4IpTjOV1lWiBgcKYx05CBGo
kNheQw9Ag4Pvzrx+JeAOm+hiKfP33syD9iE87647CPOEc4n4brlhzvuUoKJKLiMz0Qt0815YL9
VVIcAUM/GOqSja407N+TAzqwusvfLIx4ggLjs/f6ktwLt9pD+33BpUZVVamPiq21DRfa5G6O4R
JTuEapJi9Xj1g278+pRAnLw+oQX+tkaWzFveuCrfw1xkHRxGU73ITSMCuHqWRxbnDLLpSTboKV
36a8mbfm5NuOuWTVulZnUNiKyA+Vt0Il+l/3OykVqmAfwr1xIUMrhSAy3MimsrFIcbr8ehE6nb
FeTeMQOsnTjwGfuZFK4+H21IZBRsOFe5a42RTuOu1wTXrmTTclLSXkRd7ikPOZE+jMO8S++uRU
4Xv3aQSr0fbR85yoKMJcQdMvr5YvjE7uoUD+GXWMHnsicGcuT5Be2/wDAkFsbCaSYP//gGqojB

WD1hEn/IHNzeqWsgUhc/rzkbjFMat6FMU0Qh9cpEDCUjlZvp94C3xssLNZceMGdCVueREkvdpEM
tAdzDhaJcTCaiBdG0lMzmCBQFERbxr5C21erZxYGkkAmQMSOkoZ4BmzB2nVwdvZ8wvc04faqlh
rJAWXrbdkYh/u7DzX+a0+6ShVdjagLtr511uQefsC/3r0T7IRXnCQGMm77vw/FTjyMFb1R5oO5
2xHy/rOo5LrDaakjSZlP9y+qkrU4RRbXhBu6MkfaBuz+nSl90zT4TgpO2CGulXGGQuQ/J4HgVl
Bc/uQTp+rzH/8AJhlQrF5qMUBojHv2C9xPs6S1Cf1t3dpHN6vZ8klYJQY184cF2+1Dr5nj+Npo
ClqReU+vMZVmOcLPvf7DX26h/JPFrehbIw6EH4ucL/RCjcGCh7ZBubKqO/XwqWxpfxxe1maUuR
9ViiePE0xlfP2ylqH9FfHq0cLGD2eX1DxUX6J9cG49Z6Ga
MIME-Version: 1.0
X-OriginatorOrg: pappasgrubbs.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource:
BY5PR16MB3240.namprd16.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 4ed00207-74d9-478a-ed8c-
08ddb42de364
X-MS-Exchange-CrossTenant-originalarrivaltime: 25 Jun 2025 21:18:53.7716
(UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: d200079d-c0f8-46d9-809e-a46fc6f8d19a
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
FZSz6GSElqityH60C3NIOpWI3v5esL5S4RQOBAKD06LNqCds63ulbwfmGJ+n38OxnpAbm3v91U
saUbq0PeBkdy0lQ7YPgv/3LrTRtEMf6jg=
X-MS-Exchange-Transport-CrossTenantHeadersStamped: MW3PR16MB3852
X-Mimecast-Spam-Score: 0
X-Mimecast-MFC-PROC-ID:
0eZCvMIdHNdqVlq5ADFCvMQWCm_LSu6D8DYpDbF0UEE_1750886340
X-Mimecast-Originator: pappasgrubbs.com
Content-Language: en-US
Content-Type: multipart/mixed;
boundary="_008_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_"

--_008_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: multipart/related;
boundary="_007_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_";
type="multipart/alternative"

--_007_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: multipart/alternative;
boundary="_000_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_"

--_000_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: text/plain; charset=WINDOWS-1252
Content-Transfer-Encoding: quoted-printable

Ms. Moore,

Please find attached Defendant's Initial Disclosures and Document Productio=
n.

Thank you,

Erica L. Rhodes
Legal Secretary
[cid:image003.png@01DBE5EC.D2F6BDF0]

erhodes@pappasgrubbs.com<mailto:erhodes@pappasgrubbs.com>
P (972) 942-7277
3838 Oak Lawn Avenue
Suite 250
Dallas, TX 75219
www.pappasgrubbs.com<http://www.pappasgrubbs.com/> |

--_000_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: text/html; charset=WINDOWS-1252
Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml" xmlns:o=3D"urn:schemas-
micr=

```
osoft-com:office:office" xmlns:w=3D"urn:schemas-microsoft-com:office:word"
=
xmlns:m=3D"http://schemas.microsoft.com/office/2004/12/omml"
xmlns=3D"http:=
//www.w3.org/TR/REC-html40">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-
ascii"=
>
<meta name=3D"Generator" content=3D"Microsoft Word 15 (filtered medium)">
<!--[if !mso]><style>v\:* {behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}
.shape {behavior:url(#default#VML);}
</style><![endif]--><style><!--
/* Font Definitions */
@font-face
=09{font-family:"Cambria Math";
=09panose-1:2 4 5 3 5 4 6 3 2 4;}
@font-face
=09{font-family:Calibri;
=09panose-1:2 15 5 2 2 2 4 3 2 4;}
@font-face
=09{font-family:Aptos;}
@font-face
=09{font-family:"Aptos Narrow";}
@font-face
=09{font-family:"Times New Roman \(Body CS\)";}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
=09{margin:0in;
=09font-size:12.0pt;
=09font-family:"Aptos",sans-serif;
=09mso-ligatures:standardcontextual;}
span.EmailStyle17
=09{mso-style-type:personal-compose;
=09font-family:"Aptos",sans-serif;
=09color:windowtext;}
.MsoChpDefault
=09{mso-style-type:export-only;}
@page WordSection1
=09{size:8.5in 11.0in;
=09margin:1.0in 1.0in 1.0in 1.0in;}
div.WordSection1
=09{page:WordSection1;}
--></style><!--[if gte mso 9]><xml>
<o:shapedefaults v:ext=3D"edit" spidmax=3D"1027" />
</xml><![endif]--><!--[if gte mso 9]><xml>
<o:shapelayout v:ext=3D"edit">
<o:idmap v:ext=3D"edit" data=3D"1" />
</o:shapelayout></xml><![endif]-->
</head>
<body lang=3D"EN-US" link=3D"#467886" vlink=3D"#96607D" style=3D"word-
wrap:=
break-word">
<div class=3D"WordSection1">
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Ms. Moore,<o:p>
</o:=
p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Please find
attache=
d Defendant&#8217;s Initial Disclosures and Document Production.<o:p>
</o:p>=
</span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Thank you,<o:p>
```

```
        </o:=
p></span></p>
        <p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
        <table class=3D"MsoNormalTable" border=3D"1" cellspacing=3D"0"
cellpadding=
=3D"0" width=3D"338" style=3D"width:253.5pt;border:solid #19466C 1.0pt">
        <tbody>
        <tr>
        <td style=3D"border:none;padding:3.75pt 3.75pt 3.75pt 3.75pt">
        <table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0"
cellpadding=
=3D"0" style=3D"margin-left:7.5pt">
        <tbody>
        <tr>
        <td style=3D"padding:0in 0in 0in 0in">
        <table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0"
cellpadding=
=3D"0" width=3D"318" style=3D"width:238.5pt">
        <tbody>
        <tr>
        <td width=3D"63%" style=3D"width:63.0%;padding:0in 0in 0in 0in">
        <p class=3D"MsoNormal" style=3D"mso-line-height-alt:13.5pt"><span
style=3D"=
font-size:14.0pt;font-family:&quot;Arial&quot;,sans-
serif;color:#10426B">Er=
ica L. Rhodes<o:p></o:p></span></p>
        <p class=3D"MsoNormal" style=3D"line-height:13.5pt"><span style=3D"font-
siz=
e:10.0pt;color:#9D3F25">Legal Secretary</span><span style=3D"font-
family:&q=
uot;Times New Roman&quot;,serif;color:#9D3F25"><o:p></o:p></span></p>
        </td>
        <td width=3D"37%" style=3D"width:37.0%;padding:0in 0in 0in 0in">
        <p class=3D"MsoNormal" align=3D"right" style=3D"margin-right:7.45pt;text-
al=
ign:right"><!--[if gte vml 1]><v:shapetype id=3D"_x0000_t75"
coordsize=3D"2=
1600,21600" o:spt=3D"75" o:preferrelative=3D"t"
path=3D"m@4@5l@4@11@9@11@9@=
5xe" filled=3D"f" stroked=3D"f">
        <v:stroke joinstyle=3D"miter" />
        <v:formulas>
        <v:f eqn=3D"if lineDrawn pixelLineWidth 0" />
        <v:f eqn=3D"sum @0 1 0" />
        <v:f eqn=3D"sum 0 0 @1" />
        <v:f eqn=3D"prod @2 1 2" />
        <v:f eqn=3D"prod @3 21600 pixelWidth" />
        <v:f eqn=3D"prod @3 21600 pixelHeight" />
        <v:f eqn=3D"sum @0 0 1" />
        <v:f eqn=3D"prod @6 1 2" />
        <v:f eqn=3D"prod @7 21600 pixelWidth" />
        <v:f eqn=3D"sum @8 21600 0" />
        <v:f eqn=3D"prod @7 21600 pixelHeight" />
        <v:f eqn=3D"sum @10 21600 0" />
        </v:formulas>
        <v:path o:extrusionok=3D"f" gradientshapeok=3D"t" o:connecttype=3D"rect"
/>
        <o:lock v:ext=3D"edit" aspectratio=3D"t" />
        </v:shapetype><v:shape id=3D"Picture_x0020_2" o:spid=3D"_x0000_s1026"
type=
=3D"#_x0000_t75" style=3D'position:absolute;left:0;text-align:left;margin-
l=
eft:10.65pt;margin-top:1pt;width:63.9pt;height:46.1pt;z-
index:251659264;vis=
ibility:visible;mso-wrap-style:square;mso-width-percent:0;mso-height-
percen=
t:0;mso-wrap-distance-left:9pt;mso-wrap-distance-top:0;mso-wrap-distance-
ri=
ght:9pt;mso-wrap-distance-bottom:0;mso-position-horizontal:absolute;mso-
```

```
              pos=
              ition-horizontal-relative:margin;mso-position-vertical:absolute;mso-
              positio=
              n-vertical-relative:margin;mso-width-percent:0;mso-height-percent:0;mso-
              wid=
              th-relative:page;mso-height-relative:page'>
              <v:imagedata src=3D"cid:image001.png@01DBE5EC.619DB690" o:title=3D"" />
              <w:wrap type=3D"square" anchorx=3D"margin" anchory=3D"margin"/>
              </v:shape><![endif]--><![if !vml]><img width=3D"85" height=3D"61"
              style=3D"
              width:.8854in;height:.6354in" src=3D"cid:image003.png@01DBE5EC.D2F6BDF0"
              al=
              ign=3D"left" hspace=3D"12" v:shapes=3D"Picture_x0020_2"><![endif]><span
              sty=
              le=3D"font-family:&quot;Times New Roman&quot;,serif;color:#1F497D"><o:p>
              </o=
              :p></span></p>
              </td>
              </tr>
              </tbody>
              </table>
              <p class=3D"MsoNormal"><span style=3D"font-family:&quot;Times New
              Roman&quo=
              t;,serif;color:#1F497D;display:none"><o:p> </o:p></span></p>
              <table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0"
              cellpadding=
              =3D"0" width=3D"318" style=3D"width:238.5pt">
              <tbody>
              <tr>
              <td width=3D"59%" style=3D"width:59.0%;padding:7.5pt 0in 0in 0in">
              <p class=3D"MsoNormal" style=3D"line-height:13.5pt"><span style=3D"font-
              siz=
              e:11.0pt"><a href=3D"mailto:erhodes@pappasgrubbs.com"><span style=3D"font-
              s=
              ize:9.0pt;font-family:Arial&quot;,,sans-
              serif;color:#6C8AA4">erhodes@p=
              appasgrubbs.com</span></a></span><span style=3D"font-size:9.0pt;font-
              family=
              :&quot;Arial&quot;,,sans-serif;color:#19466C"><br>
              P (972) 942-7277<o:p></o:p></span></p>
              </td>
              <td width=3D"41%" style=3D"width:41.0%;padding:7.5pt 0in 0in 0in">
              <p class=3D"MsoNormal" style=3D"line-height:13.5pt"><span style=3D"font-
              siz=
              e:9.0pt;font-family:&quot;Arial&quot;,,sans-serif;color:#19466C">3838 Oak
              La=
              wn Avenue<br>
              Suite 250<br>
              Dallas, TX 75219<o:p></o:p></span></p>
              </td>
              </tr>
              <tr style=3D"height:14.55pt">
              <td colspan=3D"2" style=3D"padding:7.5pt 0in 0in 0in;height:14.55pt">
              <p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><a
              href=3D"http://w=
              ww.pappasgrubbs.com/"><span style=3D"font-size:8.5pt;font-
              family:&quot;Aria=
              l&quot;,,sans-serif;color:#9D3F25">www.pappasgrubbs.com</span></a></span>
              <sp=
              an style=3D"font-size:9.0pt;font-family:&quot;Arial&quot;,,sans-
              serif;color:=
              #9D3F25">
              </span><span style=3D"font-size:8.5pt;font-family:&quot;Arial&quot;,,sans-
              se=
              rif;color:#9D3F25">| </span><span style=3D"font-size:9.0pt;font-
              family=
              :&quot;Arial&quot;,,sans-serif;color:#9D3F25">
              </span><span style=3D"font-size:11.0pt;font-family:&quot;Aptos
              Narrow&quot;=
              ,sans-serif"><o:p></o:p></span></p>
              </td>
```

```
        </tr>
      </tbody>
    </table>
    <p class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca=
libri&quot;,sans-serif;color:#1F497D"><o:p></o:p></span></p>
    </td>
    </tr>
  </tbody>
  </table>
  </td>
  </tr>
  </tbody>
  </table>
  <p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
  <p class=3D"MsoNormal"><o:p> </o:p></p>
  </div>
  </body>
  </html>

--_000_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_--
--_007_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: image/png; name="image001.png"
Content-Description: image001.png
Content-Disposition: inline; filename="image001.png"; size=116130;
creation-date="Wed, 25 Jun 2025 21:18:50 GMT"; modification-date="Wed, 25
Jun 2025 21:18:50 GMT"
Content-ID: <image001.png@01DBE5EC.619DB690>
Content-Transfer-Encoding: base64


--_007_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: image/png; name="image003.png"
Content-Description: image003.png
Content-Disposition: inline; filename="image003.png"; size=8847; creation-
date="Wed, 25 Jun 2025 21:18:51 GMT"; modification-date="Wed, 25 Jun 2025
21:18:51 GMT"
Content-ID: <image003.png@01DBE5EC.D2F6BDF0>
Content-Transfer-Encoding: base64


--_007_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_--
--_008_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: application/pdf; name="Defendant's Initial Disclosures.pdf"
Content-Description: Defendant's Initial Disclosures.pdf
Content-Disposition: attachment; filename="Defendant's Initial
Disclosures.pdf"; size=210963; creation-date="Wed, 25 Jun 2025 21:18:49
GMT"; modification-date="Wed, 25 Jun 2025 21:18:51 GMT"
Content-Transfer-Encoding: base64


--_008_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_
Content-Type: application/pdf; name="My Possibilities Document
Production.pdf"
Content-Description: My Possibilities Document Production.pdf
Content-Disposition: attachment; filename="My Possibilities Document
Production.pdf"; size=4728863; creation-date="Wed, 25 Jun 2025 21:18:49
GMT"; modification-date="Wed, 25 Jun 2025 21:18:53 GMT"
Content-Transfer-Encoding: base64


--_008_BY5PR16MB3240F29909F7943B679DCE16C77BABY5PR16MB3240namp_--
```