**Subject:** FW: Shay"s Handbook Request
**Date:** Wednesday, June 25, 2025 11:55:13 AM
**Attachments:** image001.png

---

**From:** Shay Moore <smoore@mptx.org>
**Sent:** Friday, January 24, 2025 1:17 PM
**To:** Dawn Cavil <dcavil@mptx.org>
**Subject:** RE: 2024 Handbook

Thank you!

---

**From:** Dawn Cavil <dcavil@mptx.org>
**Sent:** Friday, January 24, 2025 11:12 AM
**To:** Shay Moore <smoore@mptx.org>
**Subject:** 2024 Handbook

I've attached the 2024 handbook. With our transition to Insperity, new ones sent out shortly. If you have questions let me know.

Thank You,
**Dawn Cavil**
**Chief of People Operations**
dcavil@mptx.org
3601 Mapleshade Lane, Plano, TX  75075
P: 469.241-9100 |



# MY POSSIBILITIES



Employee Handbook

April 21, 2025



©2019 Insperity. All rights reserved.

## ABOUT THIS HANDBOOK/DISCLAIMER

We prepared this handbook to help employees find the answers to many questions that they may have regarding their employment with MY POSSIBILITIES. Please take the necessary time to read it.

We do not expect this handbook to answer all questions. Supervisors and Human Resources also serve as a major source of information.

Neither this handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation, nor does it confer any contractual rights whatsoever. MY POSSIBILITIES adheres to the policy of employment at will, which permits the Company or the employee to end the employment relationship at any time, for any reason, with or without cause or notice.

No Company representative other than the President may modify at-will status and/or provide any special arrangement concerning terms or conditions of employment in an individual case or generally and any such modification must be in a signed writing.

Many matters covered by this handbook, such as benefit plan descriptions, are also described in separate Company documents. These Company documents are always controlling over any statement made in this handbook or by any member of management.

This handbook states only general Company guidelines. The Company may, at any time, in its sole discretion, modify or vary from anything stated in this handbook, with or without notice, except for the rights of the parties to end employment at will, which may only be modified by an express written agreement signed by the employee and the President.

This handbook supersedes all prior handbooks.

# Table of Contents

**Section 1 - GOVERNING PRINCIPLES OF EMPLOYMENT** .................................................5
  **1-1 INTRODUCTION** ...........................................................................................5
  **1-2 MY POSSIBILITIES VISION + MISSION + GUIDING PRINCIPALS** ..................5
  **1-3 EQUAL EMPLOYMENT OPPORTUNITY** ......................................................7
  **1-4 REASONABLE ACCOMMODATIONS & INTERACTIVE DIALOGUE** .............7
  **1-5 DRUG-FREE AND ALCOHOL-FREE WORKPLACE** ........................................9
  **1-6 ANTI-HARASSMENT** ...................................................................................11
  **1-7 WORKPLACE VIOLENCE** ............................................................................13
  **1-8 EMPLOYMENT ELIGIBILITY & VERIFICATION (I-9 FORM)** ......................15
  **1-9 SAFE HARBOR POLICY FOR EXEMPT EMPLOYEES** ..................................15
**Section 2 - BENEFITS** ............................................................................................18
  **2-1 BENEFITS OVERVIEW** ................................................................................18
  **2-2 WORKERS' COMPENSATION** .....................................................................18
  **2-3 RETIREMENT PLAN** ...................................................................................18
  **2-4 EMPLOYEE ASSISTANCE PROGRAM** ........................................................19
  **2-5 PTO (PAID TIME OFF)** ...............................................................................19
  **2-6 FLOATING HOLIDAYS** ...............................................................................20
  **2-7 BEREAVEMENT LEAVE** ..............................................................................21
  **2-8 VOTING LEAVE** .........................................................................................21
  **2-9 JURY DUTY** ...............................................................................................21
  **2-10 LACTATION ACCOMMODATIONS** ...........................................................21
  **2-11 INSPERITY ONLINE SERVICES** .................................................................22
**Section 3 - LEAVES OF ABSENCE** ........................................................................24
  **3-1 FAMILY AND MEDICAL LEAVE** ..................................................................24
  **3-2 MILITARY LEAVE** ......................................................................................32
  **3-3 PERSONAL LEAVE** .....................................................................................33
**Section 4 - GENERAL STANDARDS OF CONDUCT** ...............................................34
  **4-1 WORKPLACE CONDUCT** ...........................................................................34
  **4-2 HIRING RELATIVES/EMPLOYEE RELATIONSHIPS** ....................................35
  **4-3 HEALTH AND SAFETY** ...............................................................................36
  **4-4 INSPECTIONS** ...........................................................................................36
  **4-5 SMOKING** .................................................................................................37
  **4-6 MP CORPORATE CREDIT CARD USAGE AGREEMENT** ..............................37
  **4-7 BUSINESS EXPENSE REIMBURSEMENT** ....................................................37
  **4-8 USE OF COMMUNICATIONS AND COMPUTER SYSTEMS** .........................38
  **4-9 USE OF SOCIAL MEDIA** ............................................................................39

MP 000004

4-10 PERSONAL AND COMPANY-PROVIDED PORTABLE COMMUNICATION DEVICES...40

4-11 PERSONAL VISITS AND TELEPHONE CALLS................................................................41

4-12 SOLICITATION AND DISTRIBUTION ........................................................................42

4-13 USE OF FACILITIES, EQUIPMENT AND PROPERTY, INCLUDING INTELLECTUAL PROPERTY ...................................................................................................................42

4-14 PUBLICITY/STATEMENTS TO THE MEDIA................................................................42

4-15 OPERATION OF VEHICLES .....................................................................................43

4-16 WEAPONS ...........................................................................................................44

Section 5 - OPERATIONAL POLICIES...................................................................................45

5-1 YOUR EMPLOYMENT RECORDS ...............................................................................45

5-2 RECORD RETENTION ...............................................................................................45

5-3 JOB POSTING .........................................................................................................45

5-4 QUARTERLY AND ANNUAL PERFORMANCE REVIEWS................................................46

5-5 WORKING HOURS AND SCHEDULE ..........................................................................47

5-6 REMOTE WORK/TELECOMMUTING .........................................................................47

5-7 TIME KEEPING AND PAYROLL PROCEDURES.............................................................50

5-8 OVERTIME .............................................................................................................51

5-9 YOUR PAYCHECK ....................................................................................................51

5-10 DIRECT DEPOSIT ..................................................................................................51

5-11 CONFLICT OF INTEREST AND BUSINESS ETHICS .....................................................51

5-12 OPEN DOOR POLICY .............................................................................................52

5-13 GUEST AND VISITOR POLICY .................................................................................53

5-14 GROOMING AND APPEARANCE: DRESS CODE POLICY ...........................................53

5-15 PUNCTUALITY AND ATTENDANCE .........................................................................55

5-16 MEDIA RELATIONS POLICY ...................................................................................57

5-17 ARTIFICIAL INTELLIGENCE.....................................................................................60

5-18 INCLEMENT WEATHER EMERGENCY POLICY ..........................................................60

5-19 DRUG/ALCOHOL POLICY .......................................................................................61

5-20 MP PARKING LOT .................................................................................................63

5-21 NEW HIRES ..........................................................................................................63

5-22 IF YOU MUST LEAVE US ........................................................................................64

5-23 EXIT INTERVIEW ...................................................................................................64

5-24 EMPLOYEE DEPARTURE PROCEDURE.....................................................................65

5-25 REFERENCES .........................................................................................................65

5-26 REHIRES ...............................................................................................................65

5-27 A FEW CLOSING WORDS .......................................................................................65

HANDBOOK ACKNOWLEDGEMENT .................................................................................66

MP 000005

## Section 1 – GOVERNING PRINCIPLES OF EMPLOYMENT

### 1-1 INTRODUCTION

For employees who are commencing employment with MY POSSIBILITIES ("MY POSSIBILITIES" or "the Company"), on behalf of MY POSSIBILITIES, let me extend a warm and sincere welcome.

For employees who have been with us, thanks for your past and continued service.

I extend my personal best wishes for success and happiness here at MY POSSIBILITIES. We understand that it is our employees who provide the services that our customers rely upon, and who will enable us to create new opportunities in the years to come.

MY POSSIBILITIES and Insperity are in a co-employment work relationship. This means that MY POSSIBILITIES handles the day-to-day operations related to its core business.  Insperity handles the administrative responsibilities, such as payroll processing and benefits, and supports the Company with human resource issues.

You should have already signed an Employment Agreement outlining your employment relationship with Insperity. Contact your supervisor or an Insperity payroll or human resource specialist if you have any questions.

### 1-2 MY POSSIBILITIES VISION + MISSION + GUIDING PRINCIPALS

 We want to take this opportunity to welcome you to the My Possibilities family. Your employment is very important to us. We look forward to working with you as we continue to serve our mission at My Possibilities while providing our employees with a rewarding and supportive environment. As part of our team, we encourage all employees to continue our tradition of excellence and integrity. Furthermore, we value our employee's loyalty and honesty and encourage open communication. We are confident that we will provide you with a rewarding employment environment, and we welcome you again to the My Possibilities team.

 My Possibilities is a 501(c)(3) *for cause* organization serving adults with disabilities such as Down Syndrome, Autism, Asperger's, Prader-Willi, head injuries, and more. My Possibilities is the first full-day, full-year educational program of its kind in Collin County.

MP 000006

My Possibilities is designed to provide people with cognitive disabilities the chance to continue their education. We provide vocational skills, socialization opportunities, trade skills, and independent living skills to HIPsters that give them a chance to live the life they deserve.

Our program began as the vision of a few mothers of adult children with different abilities in the Collin County area. They were soon to leave the school districts and were unsure about the opportunities that existed for their children beyond high school. Our community had no programs or services to provide regular, full-time, quality programs where their adult children could continue growing, learning, volunteering, working, and contributing to our community. After a few small meetings, town hall meetings, and hard work, the dream became a reality, and My Possibilities opened in June of 2008.

Today, My Possibilities is seen as a leader in the community and North Texas for providing pre-vocational, socialization, and independent living skills for adults with disabilities. As the need continues to grow in our community, we are seeking ways to expand our facilities and outreach in the North Texas area to continue to be the best option for families of this underserved population.



MP 000007

## 1-3 EQUAL EMPLOYMENT OPPORTUNITY

MY POSSIBILITIES is an Equal Opportunity Employer that does not discriminate on the basis of actual or perceived race, color, creed, religion, national origin, ancestry, citizenship status, age, sex or gender (including pregnancy, childbirth, pregnancy-related conditions, and lactation), gender identity or expression (including transgender status), sexual orientation, marital status, military service and veteran status, physical or mental disability, genetic information, or any other characteristic protected by applicable federal, state, or local laws and ordinances. MY POSSIBILITIES's management team is dedicated to this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, employee activities, access to facilities and programs, and general treatment during employment.

Any employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of the employee's supervisor. MY POSSIBILITIES will not allow any form of retaliation against employees who raise issues of equal employment opportunity. If employees feel they have been subjected to any such retaliation, they should contact the employee's supervisor. To ensure the workplace is free of artificial barriers, violation of this policy including any improper retaliatory conduct will lead to discipline, up to and including discharge. All employees must cooperate with all investigations conducted pursuant to this policy.

## 1-4 REASONABLE ACCOMMODATIONS & INTERACTIVE DIALOGUE

MY POSSIBILITIES is committed to complying with applicable federal, state, and local laws governing reasonable accommodations of individuals, including, but not limited to, the Americans with Disabilities Act (ADA) and the Pregnant Workers Fairness Act (PWFA). To that end, MY POSSIBILITIES will endeavor to make a reasonable accommodation to applicants and employees who have requested an accommodation without regard to any protected classifications, or for whom MY POSSIBILITIES has notice may require such an accommodation, related to an individual's:

- Disability, meaning any physical, medical, mental, or psychological impairment, or a history or record of such impairment;
- Sincerely held religious beliefs and practices;
- Needs as a victim of domestic violence, sex offenses, or stalking;
- Needs related to pregnancy, childbirth, or related medical conditions; and/or
- Any other reason required by applicable law, unless the accommodation would impose an undue hardship on the operation of our business.

7

Reasonable accommodations can take many forms. For example, reasonable accommodations for pregnancy, childbirth, or related medical conditions include but are not limited to things such as the ability to carry or keep water near and drink, as needed; allowing the employee additional restroom breaks; allowing the employee whose work requires standing to sit and whose work requires sitting to stand; allowing the employee breaks, as needed, to eat and drink; accommodations related to lactation; time off to recover from childbirth; modification of equipment; appropriate seating; temporary transfer to a different position that the employee is able to perform; restructuring job duties; light duty; or a modified work schedule. MY POSSIBILITIES will work with the employee to determine what accommodation is appropriate for the employee, given the employee's unique circumstances, that does not impose an undue hardship on MY POSSIBILITIES.

Any employee who would like to request an accommodation based on any of the reasons set forth above should contact the employee's supervisor. Accommodation requests can be made in writing using a form which can be obtained from the employee's supervisor. If the employee who has requested an accommodation has not received an initial response within five (5) business days, they should contact the Head of Human Resources.

Unless otherwise required by law, MY POSSIBILITIES may request that the employee provide supporting documentation. Cooperating with MY POSSIBILITIES by returning requested information in a timely fashion is required.

After receiving a request for an accommodation or learning indirectly that the employee may require such an accommodation, MY POSSIBILITIES will engage in an interactive dialogue with the employee.

Even if the employee has not formally requested an accommodation, MY POSSIBILITIES may initiate an interactive dialogue under certain circumstances, such as when MY POSSIBILITIES has knowledge that employee's performance at work has been negatively affected and a reasonable basis to believe that the issue is related to any of the protected classifications set forth above, in compliance with applicable law. In the event MY POSSIBILITIES initiates an interactive dialogue, it should not be construed as MY POSSIBILITIES's belief the employee requires an accommodation, but will serve as an invitation for the employee to share with MY POSSIBILITIES any information the employee desires to share, or to request an accommodation.

The interactive dialogue may take place in person, by telephone, or by electronic means. As part of the interactive dialogue, MY POSSIBILITIES will communicate openly and in good faith with the employee in a timely manner in order to determine whether and how MY POSSIBILITIES may be able to provide a reasonable accommodation. To the extent necessary

MP 000009

and appropriate based on the request, MY POSSIBILITIES will attempt to explore the existence and feasibility of alternative accommodations as well as alternative positions for the employee. MY POSSIBILITIES is not required to provide the specific accommodation sought by the employee, provided the alternatives are reasonable and either meet the specific needs of the employee or specifically address the employee's limitations. As part of the interactive dialogue, MY POSSIBILITIES reserves the right to request supporting documentation to the maximum extent permitted by applicable law.

MY POSSIBILITIES will endeavor to keep confidential all communications regarding requests for reasonable accommodations and all circumstances surrounding the employee's underlying reason for needing an accommodation.

MY POSSIBILITIES will not allow any form of retaliation against employees who have requested an accommodation, for whom MY POSSIBILITIES has notice may require such an accommodation, or who otherwise engage in the interactive dialogue process.

Employees with questions regarding this policy should contact the employee's supervisor.

## 1-5 DRUG-FREE AND ALCOHOL-FREE WORKPLACE

To help ensure a safe, healthy and productive work environment for our employees and others, to protect Company property, and to ensure efficient operations, MY POSSIBILITIES has adopted a policy of maintaining a workplace free of drugs and alcohol. This policy applies to all employees and other individuals who perform work for the Company.

The unlawful or unauthorized use, abuse, solicitation, theft, possession, transfer, purchase, sale, or distribution of controlled substances (including medical marijuana), drug paraphernalia, or alcohol by an individual anywhere on Company premises, while on Company business (whether or not on Company premises) or while representing the Company, is strictly prohibited. Employees and other individuals who work for the Company also are prohibited from reporting to work or working while they are using or under the influence of alcohol or any controlled substances, which may impact the employee's ability to perform their job or otherwise pose safety concerns, except when the use is pursuant to a licensed medical practitioner's instructions and the licensed medical practitioner authorized the employee or individual to report to work. However, this exception does not extend any right to report to work under the influence of lawful recreational or medical marijuana or to use such as a defense to a positive drug test, to the extent the employee is subject to any drug testing requirement, except as permitted by and in accordance with applicable law.

Violation of this policy will result in disciplinary action, up to and including discharge.

9

The Company maintains a policy of non-discrimination and will endeavor to make reasonable accommodations to assist individuals recovering from substance and alcohol dependencies, and those who have a medical history which reflects treatment for substance abuse conditions. However, employees may not request an accommodation to avoid discipline for a policy violation. We encourage employees to seek assistance before their substance abuse or alcohol misuse renders them unable to perform the essential functions of their jobs, or jeopardizes the health and safety of any Company employee, including themselves.

Employees must notify the Company within five (5) calendar days if they are convicted of a criminal drug violation in the workplace. Within ten (10) days of such notification or other actual notice, the Company will advise the contracting agency of such conviction.

All employees are hereby advised that full compliance with the foregoing policy shall be a condition of employment at the Company.

Any employee who violates the foregoing drug-free workplace policy described above shall be subject to discipline up to and including immediate discharge.

In the discretion of the Company, any employee who violates the drug-free workplace policy may be required, in connection with or in lieu of disciplinary sanctions, to participate to the Company's satisfaction in an approved drug assistance or rehabilitation program.

In order to maintain a drug-free workplace, the Company has established a drug-free awareness program to educate employees on the dangers of drug abuse in the workplace, our drug-free workplace policy, the availability of any drug-free counseling, rehabilitation and employee assistance programs and the penalties that may be imposed for violations of our drug-free workplace policy. (Such education may include: (1) distribution of our drug-free workplace policy at the employment interview; (2) a discussion of our policy at the new employee orientation session; (3) distribution of a list of approved drug assistance agencies, organizations, and clinics; (4) distribution of published educational materials regarding the dangers of drug abuse; (5) reorientation of all involved employees in cases in which a drug-related accident or incident occurs; (6) inclusion of the policy in employee handbooks and any other personnel policy publications; (7) lectures or training by local drug abuse assistance experts; (8) discussion by the Company's safety experts on the hazards associated with drug abuse; and (9) video tape presentations on the hazards of drug abuse.)

As a condition of continued employment, all employees must comply with this policy.  An employee who engages in an activity prohibited by this policy shall be subject to disciplinary action, up to and including immediate termination of employment. Contact the Employee

10

Assistance Program (EAP) for information about the availability of treatment programs such as assistance provided by Insperity's health care plan coverage or drug and alcohol abuse rehabilitation and education programs. This policy is not intended to replace or otherwise alter applicable U.S. Department of Transportation obligations or any other federal, state or local agency drug testing regulations related to a particular industry.

## 1-6 ANTI-HARASSMENT

MY POSSIBILITIES and Insperity are committed to a work environment in which all individuals are treated with respect and dignity and are free from all forms of harassment and discrimination. Any form of harassment, even when not unlawful or directed at a protected category, is prohibited and will not be tolerated. All employees, including supervisors, co-workers, vendors, contractors, customers or other third parties, are expected to adhere to this policy.

Reported or suspected occurrences of harassment or discrimination will be promptly and thoroughly investigated. Following an investigation, MY POSSIBILITIES and Insperity will promptly take any necessary and appropriate disciplinary action.

MY POSSIBILITIES and Insperity will not permit or condone any acts of retaliation against anyone who files or cooperates in the investigation of harassment or discrimination complaints.

1. The term "harassment" includes harassment based on any category protected by federal, state or local law, which may include, but is not limited to, unwelcome slurs, jokes, or verbal, graphic or physical conduct relating to an individual's race, color, religious creed, sex, national origin, ancestry, citizenship status, pregnancy, childbirth, physical disability, mental and/or intellectual disability, age, military status or status as a Vietnam-era or special disabled veteran, marital status, registered domestic partner or civil union status, familial status, gender (including sex stereotyping and gender identity or expression), medical condition (including, but not limited to, cancer related or HIV/AIDS related), genetic information, or sexual orientation.
2. Sexual harassment consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature where:

   1. Submission to such conduct is an explicit or implicit term or condition of employment;
   2. Employment decisions are based on an employee's submission to or rejection of such conduct; or
   3. Such conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile or offensive working environment.

MP 000012

### *Complaint Procedure*

MY POSSIBILITIES and Insperity provide you with a convenient and reliable method for reporting incidents of alleged harassment, including sexual harassment, and discrimination. Any employee who feels harassed or discriminated against is encouraged to immediately inform the alleged offender that the behavior is unwelcome. In many instances, the person is unaware their conduct is offensive and this action alone may often resolve the problem. If the informal discussion with the alleged offender is unsuccessful in remedying the problem, or if you do not feel comfortable with such an approach, you should immediately report the conduct to your immediate supervisor, manager or company owner and the Insperity Anti-Harassment Hotline number at 844-677-3030. We cannot resolve a harassment or discrimination problem, unless we know about it. Therefore, it is your responsibility to bring those kinds of problems to our attention so we can take the necessary steps to correct any problems. The report should include all facts available to you regarding the alleged harassment, sexual harassment, or discrimination.

When you call the Insperity Anti-Harassment Hotline, please be sure to leave your name, Insperity employee identification number or the last four digits of your social security number, and the name of the client company for which you work. If you wish to make an anonymous complaint, you may do so.  However, the scope of our investigation may be limited based on the information you provide.

### *Confidentiality*

All reports of alleged harassment, sexual harassment, or discrimination will be treated seriously. Confidentiality will be maintained to the extent possible. However, to conduct a thorough investigation, certain information may need to be disclosed to other individuals, including the alleged offender.   Consequently, absolute confidentiality cannot be promised and cannot be guaranteed.

### *Investigative Procedure*

Once a complaint of alleged harassment, sexual harassment, or discrimination is received, we will begin a prompt and thorough investigation. The investigation may include interviews with all involved employees, including the alleged harasser, and any employees who are aware of facts or incidents alleged to have occurred.

Following an investigation, MY POSSIBILITIES and Insperity will promptly take any necessary and appropriate disciplinary action. Disciplinary action will be taken if the investigation reveals that an employee has acted in a manner that is not in alignment with the goals of this

policy. MY POSSIBILITIES and Insperity may address any workplace issue discovered during an investigation. This may include some or all of the following steps:

1. Restore any lost terms, conditions, or benefits of employment to the complaining employee.
2. Discipline the alleged harasser. This discipline may include written disciplinary warnings, transfer, demotion, suspension and/or termination of employment.

If the alleged harassment, sexual harassment, or discrimination is from a vendor, contractor, customer or other third party, MY POSSIBILITIES and Insperity will take appropriate action to stop the conduct.

If you have made a complaint but feel that the action taken in response has not remedied the situation, you should make an additional complaint following the complaint procedure outlined in this policy.

### ***Duties of Employees and Supervisors***

All employees of the company, both management and non-management, are responsible for assuring that a workplace free of harassment, sexual harassment, and discrimination is maintained. Any employee may file a complaint regarding incidents experienced personally or incidents observed in the workplace. The company strives to maintain a pleasant work environment where all employees are able to effectively perform their work without interference of any type and requests the assistance of all employees in this effort.

All managers and supervisors are responsible for doing all they can to prevent and discourage harassment, sexual harassment, and discrimination from occurring. If a complaint of harassment, sexual harassment or discrimination is raised, the individual to whom the complaint is made (i.e., supervisor, manager, company owner) should act promptly to notify the Insperity Anti-Harassment hotline number so an investigation may promptly proceed. The company and Insperity may discipline any managers or supervisors who fail to follow this policy, which discipline, may include termination.   .

## 1-7 WORKPLACE VIOLENCE

MY POSSIBILITIES is strongly committed to providing a safe workplace. The purpose of this policy is to minimize the risk of personal injury to employees and damage to Company and personal property.

MY POSSIBILITIES does not expect employees to become experts in psychology or to physically subdue a threatening or violent individual. Indeed, MY POSSIBILITIES specifically

13

discourages employees from engaging in any physical confrontation with a violent or potentially violent individual. However, MY POSSIBILITIES does expect and encourage employees to exercise reasonable judgment in identifying potentially dangerous situations.

Experts in the mental health profession state that prior to engaging in acts of violence, troubled individuals often exhibit one or more of the following behaviors or signs: over-resentment, anger and hostility; extreme agitation; making ominous threats such as bad things will happen to a particular person, or a catastrophic event will occur; sudden and significant decline in work performance; irresponsible, irrational, intimidating, aggressive or otherwise inappropriate behavior; reacting to questions with an antagonistic or overtly negative attitude; discussing weapons and their use, and/or brandishing weapons in the workplace; overreacting or reacting harshly to changes in Company policies and procedures; personality conflicts with co-workers; obsession or preoccupation with a co-worker or supervisor; attempts to sabotage the work or equipment of a co-worker; blaming others for mistakes and circumstances; or demonstrating a propensity to behave and react irrationally.

**Prohibited Conduct**

Threats, threatening language or any other acts of aggression or violence made toward or by any Company employee WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal or physical harassment or abuse, any attempt at intimidating or instilling fear in others, menacing gestures, flashing of weapons, stalking or any other hostile, aggressive, injurious or destructive action undertaken for the purpose of domination or intimidation. To the extent permitted by law, employees and visitors are prohibited from carrying weapons onto Company premises.

**Procedures for Reporting a Threat**

All potentially dangerous situations, including threats by co-workers, should be reported immediately to any member of management with whom the employee feels comfortable. Reports of threats may be maintained confidential to the extent maintaining confidentiality does not impede MY POSSIBILITIES's ability to investigate and respond to the complaints. All threats will be promptly investigated. All employees must cooperate with all investigations. No employee will be subjected to retaliation, intimidation or disciplinary action as a result of reporting a threat in good faith under this policy.

If the Company determines, after an appropriate good faith investigation, that someone has violated this policy, the Company will take swift and appropriate corrective action.

If the employee is the recipient of a threat made by an outside party, that employee should follow the steps detailed in this section. It is important for the Company to be aware of any potential danger in its offices. Indeed, the Company wants to take effective measures to protect everyone from the threat of a violent act by employees or by anyone else.

## 1-8 EMPLOYMENT ELIGIBILITY & VERIFICATION (I-9 FORM)

Federal Law requires that every employee hired by the "Employer" after November 6, 1986, complete Section 1 of the Employment Eligibility Verification Form (commonly called the I-9) on the first day of work and Section 2 within three workdays of the start of work. The I-9 provides proof of work eligibility in the United States and at the "Employer." You must complete Section 1 and present documentation of your identity and work eligibility, as described on the back of the I-9 form, to My Possibilities for verification and completion of Section 2. Completing the I-9 process within three workdays of the start is a condition of employment.

Human Resources is responsible for ensuring that you complete Section 1 of the I-9 Form on the first day of work and provide your documentation for Section 2 within three workdays of the first day of work. You will be suspended without pay if you do not provide your documentation in this time frame. If you do not complete the I-9 form within five business days of suspension, My Possibilities may terminate your employment.

If your status documents expire on a particular date, you must come to Human Resources with appropriate documentation before the expiration date of the documents. The suspension and discharge procedures described above will apply if you do not provide the required documentation by the expiration date. Please contact Human Resources if you have any questions about the employment eligibility and verification process.

## 1-9 SAFE HARBOR POLICY FOR EXEMPT EMPLOYEES

It is MY POSSIBILITIES's policy and practice to accurately compensate employees and to do so in compliance with all applicable state and federal laws. To ensure proper payment and that no improper deductions are made, employees must review pay stubs promptly to identify and report all errors.

Those classified as exempt salaried employees will receive a salary which is intended to compensate them for all hours they may work for MY POSSIBILITIES. This salary will be established at the time of hire or classification as an exempt employee. While it may be subject to review and modification from time to time, such as during salary review times, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work performed.

MP 000016

Under federal and state law, salary is subject to certain deductions. For example, unless state law requires otherwise, salary can be reduced for the following reasons:

- full-day absences for personal reasons;
- full-day absences for sickness or disability if the deduction is made in accordance with a bona fide plan, policy or practice of providing wage replacement benefits for such absences (deductions also may be made for the exempt employee's full-day absences due to sickness or disability before the employee has qualified for the plan, policy or practice or after the employee has exhausted the leave allowance under the plan);
- full-day disciplinary suspensions for infractions of our written policies and procedures;
- Family and Medical Leave Act absences (either full- or partial-day absences);
- to offset amounts received as payment from the court for jury and witness fees or from the military as military pay;
- the first or last week of employment in the event the employee works less than a full week; and
- any full work week in which the employee does not perform any work.

Salary may also be reduced for certain types of deductions such as a portion of health, dental or life insurance premiums; state, federal or local taxes; social security; or voluntary contributions to a 401(k) or pension plan.

In any work week in which the employee performed any work, salary will <u>not</u> be reduced for any of the following reasons:

- partial day absences for personal reasons, sickness or disability;
- an absence because the Company has decided to close a facility on a scheduled work day;
- absences for jury duty, attendance as a witness, or military leave in any week in which the employee performed any work (subject to any offsets as set forth above); and
- any other deductions prohibited by state or federal law.

However, unless state law provides otherwise, deductions may be made to accrued leave for full- or partial-day absences for personal reasons, sickness or disability.

If employees believe they have been subject to any improper deductions, they should immediately report the matter to a supervisor. If the supervisor is unavailable or if the employee believes it would be inappropriate to contact that person (or if the employee has not received a prompt and fully acceptable reply), they should immediately contact  Insperity

Payroll Specialist or any other supervisor in MY POSSIBILITIES with whom the employee feels comfortable.

MP 000018

## Section 2 - BENEFITS

### 2-1 BENEFITS OVERVIEW

In addition to good working conditions and competitive pay, it is MY POSSIBILITIES's policy to provide a combination of supplemental benefits to all eligible employees. In keeping with this goal, each benefit program has been carefully devised. These benefits can include time-off benefits, such as vacations and holidays, and insurance and other plan benefits.

Employees may access benefit information through Insperity Premier at: https://portal.insperity.com.  If employees have any questions regarding the benefits provided by Insperity, they should contact the Insperity Contact Center at 1-866-715-3552, 7:00 a.m. – 7:00 p.m. CT, Monday through Friday.

While the intention is to maintain the benefits provided to employees, they can be modified, amended or terminated at any time and for any reason.

### 2-2 WORKERS' COMPENSATION

On-the-job injuries are covered by MY POSSIBILITIES's Workers' Compensation Insurance Policy, which is provided at no cost. If employees are injured on the job, no matter how slightly, they should report the incident immediately to their supervisor. Failure to follow Company procedures may affect the ability of employees to receive Workers Compensation benefits.

This is solely a monetary benefit and not a leave of absence entitlement. Employees who need to miss work due to a workplace injury must also request a formal leave of absence. See the Leave of Absence sections of this handbook for more information.

Questions regarding workers' compensation insurance coverage should be directed to your supervisor or the Insperity Workers' Compensation Department at 866-250-9661.

### 2-3 RETIREMENT PLAN

Eligible employees are able to participate in MY POSSIBILITIES's retirement plan. Plan participants may make pre-tax contributions to a retirement account.

Upon becoming eligible to participate in this plan, employees will receive an SPD describing the plan in greater detail. Please refer to the SPD for detailed plan information. Of course, feel free to speak to the Office Manager and/or your supervisor or Insperity Contact Center if there are any further questions.

**2-4 EMPLOYEE ASSISTANCE PROGRAM**

MY POSSIBILITIES provides the Employee Assistance Program, which offers qualified counselors to help employees cope with personal problems they may be facing. Further details can be obtained through Human Resources.

**2-5 PTO (PAID TIME OFF)**

**PAID TIME OFF (PTO)**

My Possibilities appreciates how hard employees work and recognizes the importance of providing time for rest and relaxation. The Company fully encourages employees to get this rest by taking paid time off (PTO). Time off under this policy includes time-off, such as for a vacation, incidental time due to sickness for themselves and/or for their family member(s), or to handle personal affairs.

All Full-time employees are eligible for PTO.

Employees will be eligible to use their time upon their 90th day of employment.

Continuing thereafter, PTO is granted at the beginning of each calendar year.

For purposes of this policy the plan year is the twelve (12) consecutive months beginning on January 1st and ending December 31st.

Full-time employees earn PTO as follows:

| Length of service | Annual Allotment |
|---|---|
| Date of hire through the end of year 5 | 200.00 Hours (25 Days) |
| Beginning of year 6 and continuing thereafter | 240.00 Hours (30 Days) |

Employees advance to the next PTO allotment on January 1st prior to their designated anniversary date.

At the end of the calendar year, any earned unused PTO will not carry over into the following year.

PTO can be used in minimum increments of 4 hour or 8 hours.

Employees are requested to submit their preferences for PTO as far in advance as possible. Dates for PTO must be approved by your manager in charge and will be given on a first

MP 000020

come, first served basis. Extended PTO (three or more consecutive days) related to rest, relaxation or personal pursuits should be requested two months in advance.

Pay for Paid time-off days will be paid on the regular pay cycle and as straight time hours.

No overtime hours are included in Paid-time-off accrual. Paid-time-off days are not considered hours worked when calculating overtime hours.

Any earned, unused PTO will not be paid out upon separation.

## 2-6 FLOATING HOLIDAYS

Full-time employees are provided with Floating Holidays in addition to company observed holidays and PTO. Employees will be permitted to use the time at their individual discretion.

**Grant**

Upon hire and continuing January 1st each calendar year thereafter, employees are awarded 2 Floating Holidays (16.00 hours).

**Usage**

Employees can use a floating holiday immediately, and 8-hour (full day) increments.

**Time-off Request**

Employees should inform their manager at least two (2) weeks in advance of the requested date off, so that your department can plan to cover your assignments while you are away.

**Carryover**

Floating Holidays do not carry over from one calendar year to the next and if not used by December 31st, will be forfeited.

**Payout upon Separation**

Unused floating holiday's will not be paid out upon separation of employment.

## 2-7 BEREAVEMENT LEAVE

The death of a family member is a time when employees wish to be with their families. If the employee is full-time and loses a close relative, the employee will be allowed paid time off of up to three (3) workdays to assist in attending to obligations and commitments. For the purposes of this policy, a close relative includes a spouse, domestic/civil union partner, parent, sibling, child, or any other relation required by applicable law. Paid leave days may be taken only on regularly scheduled, consecutive workdays following the day of death. Employees must inform their supervisor prior to commencing bereavement leave. In administering this policy, MY POSSIBILITIES may require verification of death.

## 2-8 VOTING LEAVE

In the event employees do not have sufficient time outside of working hours to vote in a statewide election, if required by state law, the employee may take off enough working time to vote. Such time will be paid if required by state law. This time should be taken at the beginning or end of the regular work schedule. Where possible, supervisors should be notified at least two (2) days prior to the voting day.

## 2-9 JURY DUTY

MY POSSIBILITIES realizes that it is the obligation of all U.S. citizens to serve on a jury when summoned to do so. All employees will be allowed time off to perform such civic service as required by law. Employees are expected, however, to provide proper notice of a request to perform jury duty and verification of their service.

Employees also are expected to keep management informed of the expected length of jury duty service and to report to work for the major portion of the day if excused by the court. If the required absence presents a serious conflict for management, employees may be asked to try to postpone jury duty.

Employees on jury duty leave will be paid for their jury duty service in accordance with state law; however, exempt employees will be paid their full salary for any week in which time is missed due to jury duty if work is performed for the Company during such week.

## 2-10 LACTATION ACCOMMODATIONS

MY POSSIBILITIES will provide a reasonable amount of break time to accommodate employees desiring to express breast milk for their child, in accordance with and to the extent required by applicable law. The break time, if possible and permitted by applicable law, must run concurrently with rest and meal periods already provided. If the break time

does not run concurrently with rest and meal periods already provided, the break time will be unpaid, subject to applicable law.

The Company will make reasonable efforts to provide employees with the use of a room or location in close proximity to the employee's work area, other than a bathroom, to express milk in private. This location may be the employee's private office, if applicable. Please consult the Office Manager and/or your supervisor or Insperity Contact Center with questions regarding this policy.

Employees should advise management if they need break time and an area for this purpose. Employees will not be discriminated against or retaliated against for exercising their rights under this policy.

### 2-11 INSPERITY ONLINE SERVICES

Visit Insperity online to access training, secure personal information and work tools. Go to http://portal.insperity.com and click CREATE ACCOUNT. Follow the steps below to log in and begin using Insperity Premier$^{TM}$:

Step 1:  Enter your last name and date of birth

Step 2:  Enter one of the following to identify yourself:

- Your Social Security Number
- Your Individual Taxpayer Identification
- Your Insperity ID (this can be found on your paystub)

Step 3: Enter a username and password of your choice. Then follow the remaining prompts to create the account.

Your personal information is accessible only to you through multiple layers of security and industry-standard data encryption. Since payroll information and other sensitive data are accessible through your account, it is important you do not share your username and password with others.

Contact Insperity's Contact Center toll free at 866-715-3552, Monday through Friday from 7:00 a.m. to 7:00 p.m., CST for questions about Insperity Premier$^{TM}$ and your Insperity benefits.

**Employment Verifications**

Requests for employment verifications, for current or former employees, should be directed to Insperity's Contact Center at 866-715-3552, option 5.  Insperity will only release your last title and dates of employment, unless you have authorized in writing certain additional information to be provided.

MP 000024

## Section 3 - LEAVES OF ABSENCE

### 3-1 FAMILY AND MEDICAL LEAVE

**The Leave Policy**

Employees may be entitled to a leave of absence under the Family and Medical Leave Act (FMLA). This policy provides employees information concerning FMLA entitlements and obligations employees may have during such leaves. If employees have any questions concerning FMLA leave, they should contact Supervisor.

**I. Eligibility**

FMLA leave is available to "eligible employees." To be an "eligible employee," the employee must: 1) have been employed by the Company for at least 12 months (which need not be consecutive); 2) have been employed by the Company for at least 1,250 hours of service during the 12-month period immediately preceding the commencement of the leave; and 3) be employed at a worksite where 50 or more employees are located within 75 miles of the worksite.

Special hours of service eligibility requirements apply to airline flight crew employees.

**II. Entitlements**

As described below, the FMLA provides eligible employees with a right to leave, health insurance benefits and, with some limited exceptions, job restoration.

**A. Basic FMLA Leave Entitlement**

The FMLA provides eligible employees up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. The 12-month period is determined based on a rolling 12-month period measured backward from the date the employee uses their family and medical leave. Leave may be taken for any one (1), or for a combination, of the following reasons:

- To care for the employee's child after birth or placement for adoption or foster care;
- To care for the employee's spouse, son, daughter or parent (but not in-law) who has a **serious health condition**;
- For the employee's own serious health condition (including any period of incapacity due to pregnancy, prenatal medical care or childbirth) that makes the employee

MP 000025

unable to perform one (1) or more of the essential functions of the employee's job;
and/or

• Because of any **qualifying exigency** arising out of the fact that the employee's spouse,
son, daughter or parent is a military member on covered active duty or called to
covered active duty status (or has been notified of an impending call or order to
covered active duty) in the Reserves component of the Armed Forces for deployment
to a foreign country in support of contingency operation or Regular Armed Forces for
deployment to a foreign country.

A **serious health condition** is an illness, injury, impairment or physical or mental condition
that involves either an overnight stay in a medical care facility, or continuing treatment by a
health care provider for a condition that either prevents employees from performing the
functions of their job, or prevents the qualified family member from participating in school
or other daily activities. Subject to certain conditions, the continuing treatment requirement
may be met by a period of incapacity of more than three (3) consecutive calendar days
combined with at least two (2) visits to a health care provider or one (1) visit and a regimen
of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic
condition. Other conditions may meet the definition of continuing treatment.

**Qualifying exigencies** may include attending certain military events, arranging for alternative
childcare, addressing certain financial and legal arrangements, attending certain counseling
sessions, caring for the parents of the military member on covered active duty and attending
post-deployment reintegration briefings.

### B. Additional Military Family Leave Entitlement (Injured Servicemember Leave)

In addition to the basic FMLA leave entitlement discussed above, an eligible employee who is
the spouse, son, daughter, parent or next of kin of a **covered servicemember** is entitled to
take up to 26 weeks of leave during a single 12-month period to care for the servicemember
with a serious injury or illness. Leave to care for a servicemember shall only be available
during a single-12 month period and, when combined with other FMLA-qualifying leave, may
not exceed 26 weeks during the single 12-month period. The single 12-month period begins
on the first day an eligible employee takes leave to care for the injured servicemember.

A "**covered servicemember**" is a current member of the Armed Forces, including a member
of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or
therapy, is otherwise in outpatient status or is on the temporary retired list, for a serious
injury or illness. These individuals are referred to in this policy as "current members of the
Armed Forces." **Covered servicemembers** also include a veteran who is discharged or
released from military services under condition other than dishonorable at any time during

25

the five (5) years preceding the date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness. These individuals are referred to in this policy as "covered veterans."

The FMLA definitions of a "serious injury or illness" for current Armed Forces members and covered veterans are distinct from the FMLA definition of "serious health condition" applicable to FMLA leave to care for a covered family member.

### C. Intermittent Leave and Reduced Leave Schedules

FMLA leave usually will be taken for a period of consecutive days, weeks, or months. However, employees also are entitled to take FMLA leave intermittently or on a reduced leave schedule when medically necessary due to a serious health condition of the employee or covered family member or the serious injury or illness of a covered servicemember. Qualifying exigency leave also may be taken on an intermittent basis.

### D. No Work While on Leave

The taking of another job while on family/medical leave or any other authorized leave of absence is grounds for immediate discharge, to the extent permitted by law.

### E. Protection of Group Health Insurance Benefits

During FMLA leave, eligible employees are entitled to receive group health plan coverage on the same terms and conditions as if they had continued to work.

### F. Restoration of Employment and Benefits

At the end of FMLA leave, subject to some exceptions including situations where job restoration of "key employees" will cause the Company substantial and grievous economic injury, employees generally have a right to return to the same or equivalent positions with equivalent pay, benefits and other employment terms. The Company will notify employees if they qualify as "key employees," if it intends to deny reinstatement, and of their rights in such instances. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an eligible employee's FMLA leave.

### G. Notice of Eligibility for, and Designation of, FMLA Leave

Employees requesting FMLA leave are entitled to receive written notice from the Company telling them whether they are eligible for FMLA leave and, if not eligible, the reasons why they are not eligible. When eligible for FMLA leave, employees are entitled to receive written

notice of: 1) their rights and responsibilities in connection with such leave; 2) Company's designation of leave as FMLA-qualifying or non-qualifying, and if not FMLA-qualifying, the reasons why; and 3) the amount of leave, if known, that will be counted against the employee's leave entitlement.

The Company may retroactively designate leave as FMLA leave with appropriate written notice to employees provided the Company's failure to designate leave as FMLA-qualifying at an earlier date did not cause harm or injury to the employee. In all cases where leaves qualify for FMLA protection, the Company and employee can mutually agree that leave be retroactively designated as FMLA leave.

### III. Employee FMLA Leave Obligations

### A. Provide Notice of the Need for Leave

Employees who take FMLA leave must timely notify the Company of their need for FMLA leave. The following describes the content and timing of such employee notices.

### 1. Content of Employee Notice

To trigger FMLA leave protections, employees must inform their supervisor of the need for FMLA-qualifying leave and the anticipated timing and duration of the leave, if known. Employees may do this by either requesting FMLA leave specifically, or explaining the reasons for leave so as to allow the Company to determine that the leave is FMLA-qualifying. For example, employees might explain that:

- a medical condition renders them unable to perform the functions of their job;
- they are pregnant or have been hospitalized overnight;
- they or a covered family member are under the continuing care of a health care provider;
- the leave is due to a qualifying exigency caused by a military member being on covered active duty or called to covered active duty status to a foreign country; or
- if the leave is for a family member, that the condition renders the family member unable to perform daily activities or that the family member is a covered servicemember with a serious injury or illness.

Calling in "sick," without providing the reasons for the needed leave, will not be considered sufficient notice for FMLA leave under this policy. Employees must respond to the Company's questions to determine if absences are potentially FMLA-qualifying.

MP 000028

If employees fail to explain the reasons for FMLA leave, the leave may be denied. When employees seek leave due to FMLA-qualifying reasons for which the Company has previously provided FMLA-protected leave, they must specifically reference the qualifying reason for the leave or the need for FMLA leave.

**2. Timing of Employee Notice**

Employees must provide 30 days' advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, or the approximate timing of the need for leave is not foreseeable, employees must provide the Company notice of the need for leave as soon as practicable under the facts and circumstances of the particular case. Employees who fail to give 30 days' notice for foreseeable leave without a reasonable excuse for the delay, or otherwise fail to satisfy FMLA notice obligations, may have FMLA leave delayed or denied.

**B. Cooperate in the Scheduling of Planned Medical Treatment (Including Accepting Transfers to Alternative Positions) and Intermittent Leave or Reduced Leave Schedules**

When planning medical treatment, employees must consult with the Company and make a reasonable effort to schedule treatment so as not to unduly disrupt the Company's operations, subject to the approval of the employee's health care provider. Employees must consult with the Company prior to the scheduling of treatment to work out a treatment schedule that best suits the needs of both the Company and the employees, subject to the approval of the employee's health care provider . If employees providing notice of the need to take FMLA leave on an intermittent basis for planned medical treatment neglect to fulfill this obligation, the Company may require employees to attempt to make such arrangements, subject to the approval of the employee's health care provider.

When employees take intermittent or reduced work schedule leave for foreseeable planned medical treatment for the employee or a family member, including during a period of recovery from a serious health condition or to care for a covered servicemember, the Company may temporarily transfer employees, during the period that the intermittent or reduced leave schedules are required, to alternative positions with equivalent pay and benefits for which the employees are qualified and which better accommodate recurring periods of leave.

When employees seek intermittent leave or a reduced leave schedule for reasons unrelated to the planning of medical treatment, upon request, employees must advise the Company of the reason why such leave is medically necessary. In such instances, the Company and employee shall attempt to work out a leave schedule that meets the employee's needs

without unduly disrupting the Company's operations, subject to the approval of the employee's health care provider.

## C. Submit Medical Certifications Supporting Need for FMLA Leave (Unrelated to Requests for Military Family Leave)

Depending on the nature of FMLA leave sought, employees may be required to submit medical certifications supporting their need for FMLA-qualifying leave. As described below, there generally are three (3) types of FMLA medical certifications: an **initial certification**, a **recertification** and a **return to work/fitness for duty certification**.

It is the employee's responsibility to provide the Company with timely, complete and sufficient medical certifications. Whenever the Company requests employees to provide FMLA medical certifications, employees must provide the requested certifications within 15 calendar days after the Company's request, unless it is not practicable to do so despite the employee's diligent, good faith efforts. The Company will inform employees if submitted medical certifications are incomplete or insufficient and provide employees at least seven (7) calendar days to cure deficiencies. The Company will deny FMLA leave to employees who fail to timely cure deficiencies or otherwise fail to timely submit requested medical certifications.

With the employee's permission, the Company (through individuals other than the employee's direct supervisor) may contact the employee's health care provider to authenticate or clarify completed and sufficient medical certifications. If employees choose not to provide the Company with authorization allowing it to clarify or authenticate certifications with health care providers, the Company may deny FMLA leave if certifications are unclear.

Whenever the Company deems it appropriate to do so, it may waive its right to receive timely, complete and/or sufficient FMLA medical certifications.

## 1. Initial Medical Certifications

Employees requesting leave because of their own, or a covered relation's, serious health condition, or to care for a covered servicemember, must supply medical certification supporting the need for such leave from their health care provider or, if applicable, the health care provider of their covered family or service member. If employees provide at least 30 days' notice of medical leave, they should submit the medical certification before leave begins. A new initial medical certification will be required on an annual basis for serious medical conditions lasting beyond a single leave year.

MP 000030

If the Company has reason to doubt initial medical certifications, it may require employees to obtain a second opinion at the Company's expense. If the opinions of the initial and second health care providers differ, the Company may, at its expense, require employees to obtain a third, final and binding certification from a health care provider designated or approved jointly by the Company and the employee.

**2. Medical Recertifications**

Depending on the circumstances and duration of FMLA leave, the Company may require employees to provide recertification of medical conditions giving rise to the need for leave. The Company will notify employees if recertification is required and will give employees at least 15 calendar days to provide medical recertification.

**3. Return to Work/Fitness for Duty Medical Certifications**

Unless notified that providing such certifications is not necessary, employees returning to work from FMLA leaves that were taken because of their own serious health conditions that made them unable to perform their jobs must provide the Company with medical certification confirming they are able to return to work and the employees' ability to perform the essential functions of the employees' position, with or without reasonable accommodation. The Company may delay and/or deny job restoration until employees provide return to work/fitness for duty certifications.

**D. Submit Certifications Supporting Need for Military Family Leave**

Upon request, the first time employees seek leave due to qualifying exigencies arising out of the covered active duty or call to covered active duty status of a military member, the Company may require employees to provide: 1) a copy of the military member's active duty orders or other documentation issued by the military indicating the military member is on covered active duty or call to covered active duty status and the dates of the military member's covered active duty service; and 2) a certification from the employee setting forth information concerning the nature of the qualifying exigency for which leave is requested. Employees shall provide a copy of new active duty orders or other documentation issued by the military for leaves arising out of qualifying exigencies arising out of a different covered active duty or call to covered active duty status of the same or a different military member.

When leave is taken to care for a covered servicemember with a serious injury or illness, the Company may require employees to obtain certifications completed by an authorized health care provider of the covered servicemember. In addition, and in accordance with the FMLA regulations, the Company may request that the certification submitted by employees set

forth additional information provided by the employee and/or the covered servicemember confirming entitlement to such leave.

**E. Substitute Paid Leave for Unpaid FMLA Leave**

Employees must use any accrued paid time while taking unpaid FMLA leave, subject to state or local law.

The substitution of paid time for unpaid FMLA leave time does not extend the length of FMLA leave and the paid time will run concurrently with the employee's FMLA entitlement.

Leaves of absence taken in connection with a disability leave plan or workers' compensation injury/illness shall run concurrently with any FMLA leave entitlement. Upon written request, the Company will allow employees to use accrued paid time to supplement any paid disability benefits.

**F. Pay Employee's Share of Health Insurance Premiums**

During FMLA leave, employees are entitled to continued group health plan coverage under the same conditions as if they had continued to work. Unless the Company notifies employees of other arrangements, whenever employees are receiving pay from the Company during FMLA leave, the Company will deduct the employee portion of the group health plan premium from the employee's paycheck in the same manner as if the employee was actively working.

If FMLA leave is unpaid, employees must pay their portion of the group health premium through a ''pay-as-you-go'' method.

The Company obligation to maintain health care coverage ceases if the employee's premium payment is more than 30 days late. If the employee's payment is more than 15 days late, the Company will send a letter notifying the employees that coverage will be dropped on a specified date unless the co-payment is received before that date. If employees do not return to work within 30 calendar days at the end of the leave period (unless employees cannot return to work because of a serious health condition or other circumstances beyond their control), they will be required to reimburse the Company for the cost of the premiums the Company paid for maintaining coverage during their unpaid FMLA leave.

**IV. Questions and/or Complaints about FMLA Leave**

MP 000032

If you have questions regarding this FMLA policy, please contact Supervisor. The Company is committed to complying with the FMLA and, whenever necessary, shall interpret and apply this policy in a manner consistent with the FMLA.

The FMLA makes it unlawful for employers to: 1) interfere with, restrain, or deny the exercise of any right provided under FMLA; or 2) discharge or discriminate against any person for opposing any practice made unlawful by FMLA or involvement in any proceeding under or relating to FMLA. If employees believe their FMLA rights have been violated, they should contact Supervisor immediately. The Company will investigate any FMLA complaints and take prompt and appropriate remedial action to address and/or remedy any FMLA violation. Employees also may file FMLA complaints with the United States Department of Labor or may bring private lawsuits alleging FMLA violations.

### V. Coordination of FMLA Leave with Other Leave Policies

The FMLA does not affect any federal, state, or local law prohibiting discrimination, or supersede any State or local law that provides greater family or medical leave rights. For additional information concerning leave entitlements and obligations that might arise when FMLA leave is either not available or exhausted, please consult the Company's other leave policies in this handbook or contact Supervisor.

For questions regarding rights or responsibilities under this policy, please call the Insperity Contact Center toll free at 866-715-3552 (select "Benefits"), weekdays between 7 a.m. and 7 p.m. Central time.; For questions regarding 401(k) loan payments, contact Insperity Retirement Services at 888-401-5273.; View the Department of Labor Notice to Employees of Rights Under FMLA document located at http://www.dol.gov/whd/regs/compliance/posters/fmlaen.pdf.

### 3-2 MILITARY LEAVE

If employees are called into active military service or enlist in the uniformed services, they will be eligible to receive an unpaid military leave of absence. To be eligible for military leave, employees must provide management with advance notice of service obligations unless they are prevented from providing such notice by military necessity or it is otherwise impossible or unreasonable to provide such notice. Provided the absence does not exceed applicable statutory limitations, employees will retain reemployment rights and accrue seniority and benefits in accordance with applicable federal and state laws. Employees should ask management for further information about eligibility for Military Leave.

If employees are required to attend yearly Reserves or National Guard duty, they can apply for an unpaid temporary military leave of absence not to exceed the number of days allowed

by law (including travel). They should give management as much advance notice of their need for military leave as possible so that MY POSSIBILITIES can maintain proper coverage while employees are away.

## 3-3 PERSONAL LEAVE

If employees are ineligible for any other Company leave of absence, MY POSSIBILITIES, under certain circumstances, may grant a personal leave of absence without pay. A written request for a personal leave should be presented to management at least two (2) weeks before the anticipated start of the leave. If the leave is requested for medical reasons and employees are not eligible for leave under the federal Family and Medical Leave Act (FMLA) or any state leave law, medical certification also must be submitted. The request will be considered on the basis of staffing requirements and the reasons for the requested leave, as well as performance and attendance records. Normally, a leave of absence will be granted for a period of up to eight (8) weeks. However, a personal leave may be extended if, prior to the end of leave, employees submit a written request for an extension to management and the request is granted. During the leave, employees will not earn vacation, personal days, or sick days. MY POSSIBILITIES will continue health insurance coverage during the leave if employees submit their share of the monthly premium payments to the Company in a timely manner, subject to the terms of the plan documents.

When the employees anticipate returning to work, they should notify management of the expected return date. This notification should be made at least one (1) week before the end of the leave.

Upon completion of the personal leave of absence, the Company will attempt to return employees to their original job or a similar position, subject to prevailing business considerations. Reinstatement, however, is not guaranteed.

Failure to advise management of availability to return to work, failure to return to work when notified or a continued absence from work beyond the time approved by the Company will be considered a voluntary resignation of employment.

Personal leave runs concurrently with any Company-provided Short-Term Disability Leave of Absence.

MP 000034

## Section 4 - GENERAL STANDARDS OF CONDUCT

### 4-1 WORKPLACE CONDUCT

MY POSSIBILITIES endeavors to maintain a positive work environment. Each employee plays a role in fostering this environment. Accordingly, we all must abide by certain rules of conduct, based on honesty, common sense, and fair play.

Because everyone may not have the same idea about proper workplace conduct, it is helpful to adopt and enforce rules all can follow. Unacceptable conduct may subject the offender to disciplinary action, up to and including discharge, in the Company's sole discretion. The following are examples of some, but not all, conduct which can be considered unacceptable:

1. Obtaining employment on the basis of false or misleading information.
2. Stealing, removing, or defacing MY POSSIBILITIES property or a co-worker's property, and/or disclosure of confidential information.
3. Completing another employee's time records.
4. Violation of safety rules and policies.
5. Violation of MY POSSIBILITIES's Drug and Alcohol-Free Workplace Policy.
6. Fighting, threatening, or disrupting the work of others or other violations of MY POSSIBILITIES's Workplace Violence Policy.
7. Failure to follow lawful instructions of a supervisor.
8. Failure to perform assigned job duties.
9. Violation of the Punctuality and Attendance Policy, including but not limited to irregular attendance, habitual lateness, or unexcused absences.
10. Gambling on Company property.
11. Willful or careless destruction or damage to Company assets or to the equipment or possessions of another employee.
12. Wasting work materials.
13. Performing work of a personal nature during working time.
14. Violation of the Solicitation and Distribution Policy.
15. Violation of MY POSSIBILITIES's Harassment or Equal Employment Opportunity Policies.
16. Violation of the Communication and Computer Systems Policy.
17. Unsatisfactory job performance.
18. Any other violation of MY POSSIBILITIES policy.

Where appropriate, supervisors will follow a process of progressive employee discipline. Before or during application of any discipline, employees may be given an opportunity to

relate their version of the incident or problem and provide an explanation. Examples of progressive employee discipline include:

- Verbal Counseling - A conversation with an employee explaining that the employee's conduct or poor performance is unacceptable, and repeated or continued unacceptable conduct or performance will result in more severe disciplinary action. A record of the notice of the verbal counseling may be made and retained in the employee's personnel file.
- Written Counseling - A written document or memo that describes the unacceptable conduct or performance of the employee and specifies needed changes or improvements. A copy of the written counseling generally will be retained in the employee's personnel file.
- Termination - If an employee fails to follow acceptable conduct or performance standards, the Company may terminate the employee's employment.

Depending on the specific circumstances, the Company may suspend or terminate an employee without prior discipline, or without following a particular order of discipline.

Obviously, not every type of misconduct can be listed. Note that all employees are employed at-will, and MY POSSIBILITIES reserves the right to impose whatever discipline it chooses, or none at all, in a particular instance. The Company will deal with each situation individually and nothing in this handbook should be construed as a promise of specific treatment in a given situation. However, MY POSSIBILITIES will endeavor to utilize progressive discipline but reserves the right in its sole discretion to terminate the employee at any time for any reason.

The observance of these rules will help to ensure that our workplace remains a safe and desirable place to work.

## 4-2 HIRING RELATIVES/EMPLOYEE RELATIONSHIPS

A familial relationship among employees can create an actual or at least a potential conflict of interest in the employment setting, especially where one relative supervises another relative. To avoid this problem, MY POSSIBILITIES may refuse to hire or place a relative in a position where the potential for favoritism or conflict exists.

In other cases, such as personal relationships where a conflict or the potential for conflict arises, even if there is no supervisory relationship involved, the parties may be separated by reassignment or discharged from employment, at the discretion of the Company. Accordingly, all parties to any type of intimate personal relationship must inform management.

If two employees marry, become related, or enter into an intimate relationship, they may not remain in a reporting relationship or in positions where one individual may affect the compensation or other terms or conditions of employment of the other individual. The Company generally will attempt to identify other available positions, but if no alternate position is available, the Company retains the right to decide which employee will remain with the Company.

For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.

## 4-3 HEALTH AND SAFETY

The health and safety of employees and others on Company property are of critical concern to MY POSSIBILITIES. The Company intends to comply with all health and safety laws applicable to our business. To this end, the Company must rely upon employees to ensure that work areas are kept safe and free of hazardous conditions. Employees are required to be conscientious about workplace safety, including proper operating methods, and recognize dangerous conditions or hazards. Any unsafe conditions or potential hazards should be reported to management immediately, even if the problem appears to be corrected. Any suspicion of a concealed danger present on the Company's premises, or in a product, facility, piece of equipment, process, or business practice for which the Company is responsible should be brought to the attention of management immediately.

Periodically, the Company may issue rules and guidelines governing workplace safety and health. The Company may also issue rules and guidelines regarding the handling and disposal of hazardous substances and waste. All employees should familiarize themselves with these rules and guidelines as strict compliance will be expected.

Any workplace injury, accident, or illness must be reported to the employee's supervisor as soon as possible, regardless of the severity of the injury or accident.

## 4-4 INSPECTIONS

To the maximum extent permitted by applicable law, MY POSSIBILITIES reserves the right to require employees while on Company property, or on client property, to agree to the inspection of their persons, personal possessions and property, personal vehicles parked on Company or client property, and work areas. This includes lockers, vehicles, desks, cabinets, work stations, packages, handbags, briefcases and other personal possessions or places of concealment, as well as personal mail sent to the Company or to its clients. Employees are expected to cooperate in the conduct of any search or inspection.

MP 000037

## 4-5 SMOKING

Smoking, including the use of e-cigarettes, is prohibited on Company premises and in all Company vehicles.

## 4-6 MP CORPORATE CREDIT CARD USAGE AGREEMENT

As an authorized representative of My Possibilities, I may be issued a physical and/or virtual corporate credit card for the purpose of making business-related purchases on behalf of My Possibilities.

As a condition of the issuance of this account, I agree that I will use this account only for legitimate, budgeted, and approved transactions that are for acceptable business purposes related to the operations of My Possibilities. I will not use this account for personal purchases, and I assume full responsibility for any cards (Physical or Virtual) provided and all their associated transactions.

I understand that documentation for every purchase must be submitted in the method My Possibilities requires.

Misuse of funds will result in cancellation of the card(s) and immediate withdrawal from future corporate card privileges, as determined by My Possibilities. If I misuse the card (i.e., any use other than instructed in this agreement by management or other related policies) or otherwise fail to document and reconcile my purchases within an acceptable timeframe properly, I understand that the company has the right to recover these funds from me personally by requiring reimbursement through payroll deduction or other means, for any purchase(s) that infringe on this agreement.

If the corporate card is in any way compromised, lost, or stolen, I will immediately notify my supervisor and the accounting department. I also understand that failure to abide by the Corporate Card Usage Agreement can result in disciplinary action up to and including termination of employment.

I further agree to immediately return physical cards to My Possibilities upon separation of my employment.

## 4-7 BUSINESS EXPENSE REIMBURSEMENT

Employees will be reimbursed for reasonable approved expenses incurred in the course of business. These expenses must be approved by the employee's Supervisor, and may include air travel, hotels, motels, meals, cab fare, rental vehicles, or gas and car mileage for personal

MP 000038

vehicles. All expenses incurred should be submitted to the employee's Supervisor along with
the receipts in a timely manner.

Employees are expected to exercise restraint and good judgment when incurring expenses.
Employees should contact their Supervisor in advance if they have any questions about
whether an expense will be reimbursed.

## 4-8 USE OF COMMUNICATIONS AND COMPUTER SYSTEMS

MY POSSIBILITIES's communication and computer systems are intended primarily for
business purposes; however limited personal usage is permitted if it does not hinder
performance of job duties or violate any other Company policy. This includes the voice mail,
e-mail and Internet systems. Users have no legitimate expectation of privacy in regard to
their use of the MY POSSIBILITIES systems.

MY POSSIBILITIES may access the voice mail and e-mail systems and obtain the
communications within the systems, including past voice mail and e-mail messages, without
notice to users of the system, in the ordinary course of business when the Company deems it
appropriate to do so. The reasons for which the Company may obtain such access include,
but are not limited to: maintaining the system; preventing or investigating allegations of
system abuse or misuse; assuring compliance with software copyright laws; complying with
legal and regulatory requests for information; and ensuring that Company operations
continue appropriately during the employee's absence.

Further, MY POSSIBILITIES may review Internet usage to ensure that such use with Company
property, or communications sent via the Internet with Company property, are appropriate.
The reasons for which the Company may review employees' use of the Internet with
Company property include, but are not limited to: maintaining the system; preventing or
investigating allegations of system abuse or misuse; assuring compliance with software
copyright laws; complying with legal and regulatory requests for information; and ensuring
that Company operations continue appropriately during the employee's absence.

The Company may store electronic communications for a period of time after the
communication is created. From time to time, copies of communications may be deleted.

The Company's policies prohibiting harassment, in their entirety, apply to the use of
Company's communication and computer systems. No one may use any communication or
computer system in a manner that may be construed by others as harassing or offensive
based on race, national origin, sex, sexual orientation, age, disability, religious beliefs or any
other characteristic protected by federal, state or local law.

MP 000039

Further, since the Company's communication and computer systems are intended for business use, all employees, upon request, must inform management of any private access codes or passwords.

MY POSSIBILITIES intends to prevent computer viruses and unauthorized use of copyrighted materials belonging to entities other than the Company. You should obtain prior approval before downloading any software. Users are not permitted to copy, transfer, rename, add or delete information or programs belonging to other users unless given express permission to do so by the owner. Failure to observe copyright or license agreements may result in disciplinary action from the Company, up to and including immediate termination or legal action by the copyright owner.

No employee may access, or attempt to obtain access to, another employee's computer systems without appropriate authorization.

Violators of this policy may be subject to disciplinary action, up to and including discharge.

### 4-9 USE OF SOCIAL MEDIA

MY POSSIBILITIES respects the right of any employee to maintain a blog or web page or to participate in a social networking on or through websites or services such as X (formerly Twitter), Facebook, Threads, LinkedIn, YouTube, Instagram, TikTok, SnapChat, or similar sites/services (collectively "social media"). However, to protect Company interests and ensure employees focus on their job duties, employees must adhere to the following rules:

Employees may not use social media during work time or at any time with Company equipment or property.

All rules regarding confidential and proprietary business information apply in full to social media. Any information that cannot be disclosed through a conversation, a note, or an e-mail also cannot be disclosed through social media.

When using social media, if the employee mentions the Company and also expresses either a political opinion or an opinion regarding the Company's actions that could pose an actual or potential conflict of interest with the Company, and it is either implicit or explicit that the poster is affiliated with the Company, the poster must include a disclaimer. The poster should specifically state that the opinion expressed is a personal opinion and not the Company's position. This is necessary to preserve the Company's goodwill in the marketplace.

MP 000040

Employees may not use the Company's logos or trademarks for commercial purposes or to endorse any product or service.

Any conduct that is impermissible under the law if expressed in any other form or forum is impermissible if expressed through social media. For example, posted material that is discriminatory, obscene, defamatory, libelous, or violent is forbidden. Company policies apply equally to employee social media usage.

Employees with any questions should review the guidelines above and/or consult with their manager. Failure to follow these guidelines may result in discipline, up to and including discharge.

### 4-10 PERSONAL AND COMPANY-PROVIDED PORTABLE COMMUNICATION DEVICES

MY POSSIBILITIES-provided portable communication devices (PCDs), including cell phones and personal digital assistants, should be used primarily for business purposes. Employees have no reasonable expectation of privacy in regard to the use of such devices, and all use is subject to monitoring, to the maximum extent permitted by applicable law. This includes, as permitted, the right to monitor personal communications as necessary.

Some employees may be authorized to use their own PCD for business purposes. These employees should work with the IT department to configure their PCD for business use. Communications sent via a personal PCD also may subject to monitoring if sent through the Company's networks, and the PCD must be provided for inspection and review upon request.

All conversations, text messages, and e-mails must be professional. When sending a text message or using a PCD for business purposes, whether it is a Company-provided or personal device, employees must comply with applicable Company guidelines, including policies on sexual harassment, discrimination, conduct, confidentiality, equipment use, and operation of vehicles. Using a Company-issued PCD to send or receive personal text messages is prohibited at all times and personal use during working hours should be limited to emergency situations.

If employees who use a personal PCD for business resign or are discharged, they will be required to submit the device to the IT department for resetting on or before their last day of work. At that time, the IT department will reset and remove all information from the device, including but not limited to, Company information and personal data (such as contacts, e-mails, and photographs). The IT department will make efforts to provide employees with the personal data in another form (e.g., on a disk) to the extent practicable; however, the employee may lose some or all personal data saved on the device.

Employees may not use their personal PCD for business unless they agree to submit the device to the IT department on or before their last day of work for resetting and removal of Company information. This is the only way currently possible to ensure that all Company information is removed from the device at the time of termination. The removal of Company information is crucial to ensure compliance with the Company's confidentiality and proprietary information policies and objectives.

Please note that whether employees use their personal PCD or a Company-issued device, the Company's electronic communications policies, including but not limited to, proper use of communications and computer systems, remain in effect.

**Portable Communication Device Use While Driving**

Employees who drive on Company business must abide by all state or local laws prohibiting or limiting PCD (cell phone or personal digital assistant) use while driving. Further, even if usage is permitted, employees may choose to refrain from using any PCD while driving. "Use" includes, but is not limited to, talking or listening to another person or sending an electronic or text message via the PCD.

Regardless of the circumstances, including slow or stopped traffic, if any use is permitted while driving, employees should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is absolutely necessary while driving, and permitted by law, employees must use a hands-free option and advise the caller that they are unable to speak at that time and will return the call shortly.

Under no circumstances should employees feel that they need to place themselves at risk to fulfill business needs.

Since this policy does not require any employee to use a cell phone while driving, employees who are charged with traffic violations resulting from the use of their PCDs while driving will be solely responsible for all liabilities that result from such actions.

Texting and e-mailing while driving are prohibited in all circumstances.

## 4-11 PERSONAL VISITS AND TELEPHONE CALLS

Disruptions during work time can lead to errors and delays. Therefore, personal telephone calls must be kept to a minimum, and only be made or received after working time, or during lunch or break time.

MP 000042

For safety and security reasons, employees are prohibited from having personal guests visit or accompanying them anywhere in MY POSSIBILITIES facilities other than the reception areas.

## 4-12 SOLICITATION AND DISTRIBUTION

To avoid distractions, solicitation by the employee of another employee is prohibited while either employee is on work time. "Work time" is defined as the time the employee is engaged, or should be engaged, in performing their work tasks for MY POSSIBILITIES. Solicitation of any kind by non-employees on Company premises is prohibited at all times.

Distribution of advertising material, handbills, printed or written literature of any kind in working areas of the Company is prohibited at all times. Distribution of literature by non-employees on Company premises is prohibited at all times.

## 4-13 USE OF FACILITIES, EQUIPMENT AND PROPERTY, INCLUDING INTELLECTUAL PROPERTY

Equipment essential in accomplishing job duties is often expensive and may be difficult to replace. When using property, employees are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards and guidelines.

Employees should notify their supervisor if any equipment, machines, or tools appear to be damaged, defective or in need of repair. Prompt reporting of loss, damages, defects and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. Supervisors can answer any questions about the employees' responsibility for maintenance and care of equipment used on the job.

Employees also are prohibited from any unauthorized use of the Company's intellectual property, such as audio and video tapes, print materials and software.

Improper, careless, negligent, destructive, or unsafe use or operation of equipment can result in discipline, up to and including discharge.

Further, the Company is not responsible for any damage to employees' personal belongings unless the employee's supervisor provided advance approval for the employee to bring the personal property to work.

## 4-14 PUBLICITY/STATEMENTS TO THE MEDIA

All media inquiries seeking the Company's official position as to any issue of the Company must be referred to the Head of Human Resources. Only the Head of Human Resources is

authorized to make or approve public statements on behalf of the Company. No employees, unless specifically designated by the Head of Human Resources, are authorized to make those statements on behalf of the Company. Any employee wishing to write and/or publish an article, paper, or other publication on behalf of the Company must first obtain approval from the Head of Human Resources.

## 4-15 OPERATION OF VEHICLES

All employees authorized to drive Company-owned or leased vehicles or personal vehicles in conducting Company business must possess a current, valid driver's license and an acceptable driving record. Any change in license status or driving record must be reported to management immediately.

Employees must have a valid driver's license in their possession while operating a vehicle off or on Company property. It is the responsibility of every employee to drive safely and obey all traffic, vehicle safety, and parking laws or regulations. Drivers must demonstrate safe driving habits at all times.

Company-owned or leased vehicles may be used only as authorized by management.

**Portable Communication Device Use While Driving**

Employees who drive on Company business must abide by all state or local laws prohibiting or limiting portable communication device (PCD) use, including cell phones or personal digital assistants, while driving. Further, even if use is permitted, employees may choose to refrain from using any PCD while driving. "Use" includes, but is not limited to, talking or listening to another person or sending an electronic or text message via the PCD.

Regardless of the circumstances, including slow or stopped traffic, if any use is permitted while driving, employees should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is absolutely necessary while the employees are driving, and permitted by law, they must use a hands-free option and advise the caller that they are unable to speak at that time and will return the call shortly.

Under no circumstances should employees feel that they need to place themselves at risk to fulfill business needs.

MP 000044

Since this policy does not require any employee to use a PCD while driving, employees who are charged with traffic violations resulting from the use of their PCDs while driving will be solely responsible for all liabilities that result from such actions.

Texting and e-mailing while driving is prohibited in all circumstances.

## 4-16 WEAPONS

MY POSSIBILITIES strives to provide a safe and secure workplace for employees, clients, customers and visitors. The company has zero tolerance for, and forbids the possession of any type of weapon, firearm, explosive and/or ammunition while on company property or conducting company business. For purposes of this policy, company property includes, but is not limited to, all company facilities, company-provided vehicles and equipment that are either leased or owned by the company or a company client.

Possession of firearms or other weapons may be cause for discipline, including, but not limited to, immediate termination of employment. In enforcing this policy, MY POSSIBILITIES reserves the right to request inspections of any employee and their personal effects while on company property, to the extent allowable under applicable law. Any employee who refuses to allow an inspection will be subject to the same disciplinary action as having been found in possession of firearms or other weapons.

In the event an employee lawfully possesses a firearm, the employee can store the firearm in the employee's personal vehicle while on company-provided parking areas; however, the firearm must be stored in the employee's locked vehicle, or locked to the vehicle, and hidden from plain view.

Employees share the responsibility of identifying violators of this policy. If you either witness or suspect another individual of violating this policy you should immediately report this information to their onsite supervisor.

MP 000045

## Section 5 - OPERATIONAL POLICIES

### 5-1 YOUR EMPLOYMENT RECORDS

In order to obtain their position, employees have provided personal information, such as address and telephone number. This information is contained in their personnel file.

Unreported changes of address, marital status, etc. can affect withholding tax and benefit coverage. Further, an "out of date" emergency contact or an inability to reach employees in a crisis could cause a severe health or safety risk or other significant problem.

To ensure that your personnel file is up-to-date at all times, update your file through Insperity Premier at http://portal.insperity.com with any changes in your name, telephone number, home address, withholding instructions, number of dependents, beneficiary designations, or the individuals to notify in case of an emergency. You may update your file through the Insperity Premier™ at http://portal.insperity.com. Assistance may also be provided through the Insperity Contact Center at 866-715-3552, 7AM-7PM CT Monday-Friday.

Employees should also provide updates of any specialized training or skills they acquire, as well as any changes to any required visas to the employee's supervisor.

### 5-2 RECORD RETENTION

MY POSSIBILITIES acknowledges its responsibility to preserve information relating to litigation, audits and investigations. Failure on the part of employees to follow this policy can result in possible civil and criminal sanctions against the Company and its employees and possible disciplinary action against responsible individuals (up to and including discharge of the employee). Each employee has an obligation to contact the Supervisor to inform them of potential or actual litigation, external audit, investigation or similar proceeding involving the Company that may have an impact on record retention protocols.

### 5-3 JOB POSTING

My Possibilities is dedicated to assisting employees in managing their careers and reaching their professional goals through promotion and transfer opportunities. This policy outlines the online job posting program which is in place for all employees. To be eligible to apply for an open position, the employees must meet the following requirements:

- Be a current, regular, full-time, or part-time employee;

MP 000046

- Have been in current position for at least
  six (6) months
- Maintain a performance rating of
  satisfactory or above;
- Not be on conduct/performance-related probation or PIP
- Not have received a written warning within the
  last 6 months
- Meet the job qualifications listed on the job
  posting
- Provide their current manager with notice prior to applying for the position.

If employees find a position of interest on the job posting website and they meet the eligibility requirements, an online job posting application must be completed in order to be considered for the position. Not all positions are guaranteed to be posted. My Possibilities reserves the right to seek applicants solely from outside sources or to post positions internally and externally simultaneously.

For more specific information about the program, please contact the Human Resources Department.

**Accepting a new position with My Possibilities**

Upon meeting all qualifications for a new position with My Possibilities, a job description and job offer letter must be written and approved by the relevant department director or manager, and Human Resources before a new position is offered to the employee. The start date of the position may begin on or after the date the employee has reviewed, signed, and returned their job description and job offer letter to Human Resources. The start date of the position must be stated on the job offer letter.

## 5-4 QUARTERLY AND ANNUAL PERFORMANCE REVIEWS

Depending on the employee's position and classification, My Possibilities endeavors to review performance quarterly and annually. However, a positive performance evaluation does not guarantee an increase in salary, a promotion, or continued employment. Compensation increases and the terms and conditions of employment, including job assignments, promotions, and demotions, are determined by and at the discretion of management.

In addition to these formal performance evaluations, My Possibilities encourages employees and supervisors to discuss job performance on a frequent and ongoing basis.

MP 000047

## 5-5 WORKING HOURS AND SCHEDULE

My Possibilities normally is open for business from 8:00 AM to 6:00 PM, Monday through Friday.

Employees will be assigned a work schedule and will be expected to begin and end work according to the schedule. To accommodate the needs of the business, at some point MY POSSIBILITIES may need to change individual work schedules on either a short-term or long-term basis.

Employees will be provided meal and rest periods as required by law. A supervisor will provide further details.

## 5-6 REMOTE WORK/TELECOMMUTING

MY POSSIBILITIES may allow employees to work remotely if their job duties and work performance are determined to be eligible for remote work. Eligibility will be decided on a case-by-case basis by the Company. Employees also may be required to work remotely during periods of public health emergencies if government orders and mandates recommend such work.

This policy provides general information regarding remote work/telecommuting. Employees who are approved to work remotely should consult their individual agreement for specific details of their remote work/telecommuting arrangement, such as expected work hours, equipment provided, and other important information.

Any remote work/telecommuting arrangement may be discontinued by the Company at any time and at the discretion of the Company. Employees also may discontinue the arrangement but may not be guaranteed office space at the Company's location.

**At-Will Employment**

This policy and any individual agreement addressing this work arrangement do not create a contract of employment and are not intended to be considered or construed as a promise of continued employment. Employment is at will and may be discontinued at any time by the Company or employee without notice, cause, or liability.

**Hours of Work**

47

Employees will work full time from home. Scheduled hours of work will be set by the
employees' manager or supervisor. Employees should maintain regular contact with their
supervisors and managers.

Nonexempt employees must accurately record all hours worked pursuant to the Company's
timekeeping system and take rest and meal breaks as if in the Company's workplace and as
required by law. Nonexempt employees may not work beyond scheduled working hours
(including working more than 40 hours in a workweek) without prior, written authorization
from their manager or supervisor.

**Location**

Employees will provide, at their expense, a secure, dedicated work area. Employees are
responsible for maintaining the work area in a safe, secure, and nonhazardous condition at
all times. Employees will maintain security devices and procedures necessary to prevent use
by unauthorized persons, including by preventing the connection of any Company-furnished
computer system, network, or database to any computer, network, or database other than a
computer, network, or database to which connections are provided or authorized by the
Company.

**Duties**

Employees are expected to follow all existing Company policies and procedures. The duties,
obligations, responsibilities, and conditions of employment with the Company remain
unchanged. Employees must stay engaged with work throughout the workday and be fully
available during normal business hours. If employees do not successfully perform their job
duties remotely, this arrangement will be revoked. Employees are expected to follow
existing Company policies with respect to scheduled and unscheduled time off, including the
obligation to speak with their manager or supervisor before the scheduled start time in the
event of an unscheduled absence, tardy, or early departure.

**Accidents and Injuries**

Employees agree to maintain safe conditions in the remote work space and to practice the
same safety habits and rules applied on Company premises. If employees incur an injury
arising out of the course and scope of the assigned job duties while working in the remote
work space, the workers' compensation provisions in place for the state in which the
employees are working will apply. Employees must notify their supervisor or manager
immediately and complete all necessary and/or requested documents regarding the
reported injury. The Company assumes no responsibility for injuries occurring in the remote

work space outside normal working hours or for injuries that occur as a result of a reasonably recognizable unsafe remote work space.

### Equipment

Employees agree to use electronic equipment that has been encrypted and meets all of the Company's security requirements. If the Company provides equipment for home use, employees agree to provide a secure location for Company-owned equipment and will not use, or allow others to use, such equipment for purposes other than Company business. Employees have no expectation of ownership in such equipment, linkages, property, or other items installed or provided by the Company. The Company will bear the expense of removal of any such equipment, linkages, and installations provided by the Company upon the termination of the remote work/telecommuting arrangement but not modification of or repairs to the work location. Employees hereby release the Company from any damage or liability incurred in the installing or removal of the equipment provided by the Company.

### Return of Company Property

All equipment, records, and materials provided by the Company will remain Company property. Employees agree to return Company equipment, records, and materials upon request. All Company equipment will be returned by employees for inspection, repair, or replacement as needed or requested or immediately upon termination of the remote work/telecommuting arrangement. All equipment must be returned within five (5) business days of written notice to the employees.

### Expenses

Upon presentment of receipts and in accordance with the Business Expense Reimbursement policy, the Company will reimburse employees for certain preapproved expenses.

Regular household utility charges, such as electricity, water, phone, Internet service, auto, homeowners' insurance, etc., are not reimbursable unless state law requires reimbursement.

### Confidentiality

Employees agree that they are subject to the Company's policies prohibiting the nonbusiness use or dissemination of the Company's confidential business information. Employees will take all appropriate steps to safeguard the Company's confidential business information, including segregating it from personal papers and documents, not allowing nonemployees to access such information, and keeping such information in locked drawers or file cabinets

MP 000050

when not in use. Employees will maintain confidential information, including, but not limited to, information regarding the Company's products or services, processing, marketing and sales, client lists, client e-mail addresses and mailing addresses, client data, orders, memoranda, notes, records, technical data, sketches, designs, plans, drawings, trade secrets, research and development data, experimental work, proposals, new product and/or service developments, project reports, sources of supply and material, operating and cost data, and corporate financial information.

**Contact**

If employees have any questions concerning this policy or would like to apply to work remotely, they should contact the Office Manager and/or your supervisor or Insperity Contact Center.

## 5-7 TIME KEEPING AND PAYROLL PROCEDURES

Employees must record their actual time worked for payroll and benefit purposes. Non-exempt employees must record the time work begins and ends, as well as the beginning and ending time of any departure from work for any non-work-related reason, on forms as prescribed by management.

Altering, falsifying or tampering with time records is prohibited and subjects the employee to discipline, up to and including discharge.

Exempt employees are required to record their daily work attendance and report full days of absence from work for reasons such as leaves of absence, sick leave or personal business.

Non-exempt employees may not start work until their scheduled starting time.

It is the employee's responsibility to sign time records to certify the accuracy of all time recorded. Any errors in the time record should be reported immediately to a supervisor, who will attempt to correct legitimate errors.

**Payroll Procedures**

Timesheets and any payroll inputs (ex., other pay and any reimbursements) are due **Monday at 9 am** of the week payroll is being processed.

MP 000051

## 5-8 OVERTIME

Like most successful companies, MY POSSIBILITIES experiences periods of extremely high activity, additional work may be required. Supervisors are responsible for monitoring business activity and requesting overtime work if it is necessary. Effort will be made to provide employees with adequate advance notice in such situations.

Any non-exempt employee who works overtime will be compensated at the rate of one and one-half times (1.5) their regular hourly wage for all time worked in excess of 40 hours each workweek, unless otherwise required by applicable law. Employees may work overtime only with prior management authorization.  For purposes of calculating overtime for non-exempt employees, the workweek begins at 12 a.m. on Saturday and ends 168 hours later at 12 a.m. on the following Saturday.

## 5-9 YOUR PAYCHECK

Employees will be paid bi-weekly for all the time worked during the past pay period.

Payroll stubs itemize deductions made from gross earnings. By law, MY POSSIBILITIES is required to make deductions for Social Security, federal income tax and any other appropriate taxes. These required deductions also may include any court-ordered garnishments. Payroll stubs also will differentiate between regular pay received and overtime pay received.

If there is an error in any employee's pay, the employee should bring the matter to the attention of the Office Manager and/or Employee's Supervisor and Insperity Payroll Specialist immediately so the Company can resolve the matter quickly and amicably.

Paychecks will be given only to the employee, unless the employee requests that they be mailed or authorizes in writing that another person may accept the check.

## 5-10 DIRECT DEPOSIT

MY POSSIBILITIES strongly encourages employees to use direct deposit. Authorization forms are available from Employee's Supervisor and Insperity Payroll Specialist.

## 5-11 CONFLICT OF INTEREST AND BUSINESS ETHICS

It is MY POSSIBILITIES's policy that all employees avoid any conflict between their personal interests and those of the Company. The purpose of this policy is to ensure that the Company's honesty and integrity, and therefore its reputation, are not compromised. The

fundamental principle guiding this policy is that no employee should have, or appear to have, personal interests or relationships that actually or potentially conflict with the best interests of the Company.

It is not possible to give an exhaustive list of situations that might involve violations of this policy. However, the situations that would constitute a conflict in most cases include but are not limited to:

1. Holding an interest in or accepting free or discounted goods from any organization that does, or is seeking to do, business with the Company, by any employee who is in a position to directly or indirectly influence either the Company's decision to do business, or the terms upon which business would be done with such organization;
2. Holding any interest in an organization that competes with the Company;
3. Being employed by (including as a consultant) or serving on the board of any organization which does, or is seeking to do, business with the Company or which competes with the Company; and/or
4. Profiting personally, e.g., through commissions, loans, expense reimbursements, or other payments, from any organization seeking to do business with the Company.

A conflict of interest would also exist when a member of the employee's immediate family is involved in situations such as those above.

This policy is not intended to prohibit the acceptance of modest courtesies, openly given and accepted as part of the usual business amenities, for example, occasional business-related meals or promotional items of nominal or minor value.

It is the employee's responsibility to report any actual or potential conflict that may exist between the employee (and the employee's immediate family) and the Company.

## 5-12 OPEN DOOR POLICY

All employees have the opportunity to express ideas and opinions to management. The Company believes that open communication is essential to a successful work environment, as well as to the Company's success. All employees may express ideas and opinions directly to Company management. Employees who would like to bring an idea or suggestion to the Company's attention, or just simply wishes to discuss an issue not covered by a separate reporting procedure, are always welcome to send an email or make a call to Human Resources.

MP 000053

## 5-13 GUEST AND VISITOR POLICY

All guests and visitors, including family of staff, must sign in and enter through the visitor's entrance. Guests and visitors **must** always be accompanied by a My Possibilities staff member**.**

**Former Employees**

Any former employee of My Possibilities wishing to visit must first be cleared by Human Resources. Once cleared, they will be accompanied by a member of Human Resources while on campus.

Please reach out to Human Resources for any questions regarding this policy.

## 5-14 GROOMING AND APPEARANCE: DRESS CODE POLICY

All My Possibilities employees are expected to present a professional, businesslike image to clients, visitors, customers, and the public. Acceptable personal appearance, like maintaining work areas, is an ongoing employment requirement with My Possibilities. Any questions about the department's guidelines for attire should be discussed with the employee's manager or supervisor. **Any staff member who does not meet the attire or grooming standards will be subject to corrective action and may be asked to leave the premises to change clothing.**

Management may make exceptions for special occasions, holidays, or in the case of inclement weather, at which time employees will be notified in advance. Staff members may be permitted to dress more casually than is normally required on some of the following occasions, such as CBI's or North Texas Giving Day. On these occasions, staff members are still expected to present a neat appearance and are not permitted to wear ripped, frayed, or disheveled clothing. Likewise, revealing or otherwise workplace-inappropriate dress is not permitted.

We understand that, at times, staff may attend or participate in sporting events (including Special Olympics) or teach a workout class and may have the need to wear leggings or exercise wear. In this event, staff must ensure the leggings are not see-through and wear an appropriate length shirt that covers past their waist.

Below is a general overview of acceptable office "business-casual" wear and a listing of some of the more common items that are inappropriate for the office. Neither list is intended to be all-inclusive.

MP 000054

**Acceptable Business Casual**

- Slacks
- Casual slacks like khakis
  or chinos
- Skorts or capris
- Jeans *(must be clean and free of rips, tears, and fraying; may not be excessively
  tight or revealing)
- Knee-length golf or dress shorts
- Dresses or skirts at or below the knee
- Leggings that are paired with a
  knee-length top
- Sport coat or casual blazer
- Collared shirt or casual
  button-down
- Collared or uncollared
  blouse
- MP branded t-shirts

**Not Acceptable**

- Jeans with holes, rips, and/or tearing on any part of them
  (including the knee).
- Sweatpants, leggings, exercise wear
- Shorts, low-rise or hip-
  hugger pants
- Spaghetti straps or crop
  tops
- Miniskirts or mini-dresses
- All graphic tees or non-MP branded t-shirts (including shirts with inappropriate sayings,
  images, drawings, or sayings).
- Revealing items, including see-through items that reveal
  undergarments.
- Dirty clothes
- Flip-flops

*An employee who is unsure of what is and isn't appropriate should check with their manager
or supervisor.*

MP 000055

## 5-15 PUNCTUALITY AND ATTENDANCE

Punctual and regular attendance is an essential responsibility of each employee at My Possibilities. Employees are expected to report to work as scheduled, on time, and prepared to start working. Employees also are expected to remain at work for their entire work schedule. Late arrival, early departure, or other absences from scheduled hours are disruptive and must be avoided.

This policy does not apply to absences covered by the Family and Medical Leave Act (FMLA) or leave provided as a reasonable accommodation under the Americans with Disabilities Act (ADA). These exceptions are described in separate policies.

**Absence**

"Absence" is defined as the failure of an employee to report for work when they are scheduled to work. The two types of absences are defined below

**Excused absence**

Absence request is approved in advance by the employee's manager/supervisor. Any of the below listed excused absences.

**List of excused absences**

The following absences are "excused" and will be permitted in the circumstances indicated below and will not count as lost time or an occurrence for the purpose of discipline under this policy.

- Approved PTO
- FMLA
- Leave provided as a reasonable accommodation under the Americans with Disabilities Act (ADA) Pre-approved Short-term Disability
- Pre-approved Personal Leave of Absence
- Funeral/Bereavement Leave for eligible family members.
- Time off to vote if time outside of normal working hours is unavailable. Military leave (Reserves, National Guard, or Active Duty)
- Verified Jury Duty
- Company-initiated time-off (shutdown, partial shutdown, lack of work)
- Absence due to work-related injury/illness in accordance with applicable law

**Unexcused absence**

Absence request is not approved in advance by the employee's manager/supervisor. Callouts because of an illness, injury, or emergency.

MP 000056

If it is necessary for an employee to be absent or late for work because of an illness, injury, or emergency, the employee must notify their manager/supervisor no later than the employee's scheduled starting time on that same day. If the employee is unable to call, they must have someone make the call.

If an employee needs to leave work before the end of their shift, the time missed will be taken from their earned PTO.

Employees must take earned PTO for every absence unless otherwise allowed by company policy (e.g., leave of absence, bereavement, jury duty).

**Doctor's Note**

Employees with three or more consecutive days of absence because of illness or injury must give My Possibilities proof of physician's care (doctor's note) before returning to work. If an employee does not provide a "doctor's note", they will not be allowed to return to work until they have done so. Earned PTO will be charged during their absence.

**Tardiness and Early Departures**

Employees are expected to report to work and return from scheduled breaks on time. A tardy is defined as being five (5) or more minutes late for a scheduled shift. Employees who cannot report to work as scheduled must notify their manager/supervisor no later than their regular starting time. This notification does not excuse the tardiness but notifies the manager/supervisor that a schedule change may be necessary.

Employees who must leave work before the end of their scheduled shift must notify their manager/supervisor immediately.

Managers/supervisors will maintain written records of employees' absences and tardiness, which will include the reasons given by employees for missing work.

**Occurrences**

- An "unexcused" absence of 1-3 consecutive days equals one (1) occurrence.
- Tardy's and early departures both count as one-half (1/2) of an occurrence.

**Attendance Corrective Counseling**

Corrective counseling will begin once an employee has two (2) occurrences in a 30-day period.

| **Two (2)** occurrences in a 30-day period | Verbal Warning |
|---|---|

| | |
|---|---|
| **Four (4)** occurrences in a rolling 12-month period | 1st Written Warning |
| **Six (6)** occurrences in a rolling 12-month period | 2nd Written Warning |
| **Eight (8)** occurrences in a rolling 12-month period | Final Written Warning |

Considerations are made for employees who have exhibited good attendance for a long period and who encounter a sudden temporary situation that causes excessive absenteeism. An employee's total attendance record will be reviewed by Human Resources before a termination decision.

**Repetitive Violators**

Employees found to abuse the attendance policy and/ or cause themselves to repeatedly receive 1st, 2nd, or final warnings for attendance may also be subject to termination.

**Job Abandonment**

Any employee who fails to report to work for a period of three (3) consecutive days without notifying their manager/supervisor or Human Resources will be considered to have abandoned the job and voluntarily terminated the employment relationship.

### 5-16 MEDIA RELATIONS POLICY

Our mission is to courageously and relentlessly pursue the full, untapped possibilities of our Hugely Important People making every day count. My Possibilities stands on its reputation as a respected nonprofit that serves people with intellectual and developmental disabilities in the community. With this mission in mind, we have established the following policy to ensure clear guidelines to protect the interests of all parties involved with My Possibilities.

**Media Relations Policy Guidelines**

1. All media inquiries are to be directed to and handled by the **Marketing Department**. This guarantees that the media is presented with consistent and accurate information. **E-mail: marketing@mptx.or**g
2. Employees should refrain from offering information to the media, even if the answer is known. If contacted by the media, please refer them to the Marketing and Communications Manager. As the Public Relations point of contact, the Marketing Department is best suited to meet the needs of whatever the media may be seeking.
3. 3. If an employee needs media coverage for an event or a project, you should communicate all needs to the Marketing Department, who then decides how to proceed.

4. There are three primary designated spokespeople for My Possibilities - the CEO, the Founder, Charmaine Solomon, and the BOD Chair. If they are unavailable, or it is deemed necessary, only other members of leadership may be designated as a spokespersons on behalf of MP.

**Social Media Policy**

Social media is a great communication tool to educate and spread awareness of My Possibilities and various organization happenings. My Possibilities recognize the importance of social media as a public outlet for expression and encourages you to utilize social media on any platform available to you to positively promote the mission. As an agency, we value and protect the HIPsters' confidentiality (as required by law) as well as the reputation of our brand. Before posting content on the internet through social media, please review the social media policy below to ensure that the external voice (post) aligns with the internal values.

These online social media guidelines are intended to continue sustainable growth as well as maintain our reputable image in the community.

A. The social media presence surrounding My Possibilities should serve as an extension of our organization, as are all employees. As such, the following is expected:

1. Whether one's affiliation is explicitly stated or not, employees should conduct themselves on the internet through social media under the assumption that the public is aware of their affiliation. This means that all posts should maintain an appropriate, respectful, transparent, and knowledgeable dialogue.
2. All posts should be clearly branded as one's personal thoughts so that My Possibilities does not assume liability.
3. Employees should conduct themselves honorably online through social media, forums, reviews, etc. Posts that are disrespectful, hateful, racist, discriminatory, or disreputable in any manner will not be tolerated.
4. Under no circumstances should employees publicly disclose classified information about the agency, HIPsters, fellow employees, or volunteers. This includes but is not limited to, personal information about HIPsters, finances, or legal information.

B. If the content is determined to be in violation of these standards, employees will be asked to take the content down due to an undesirable reflection of My Possibilities.
C. Employees are not allowed to post pictures of HIPsters on any of their personal social media accounts.

MP 000059

D.  All social media inquiries should be directed to the Marketing Department, who maintains the social media presence of My Possibilities on Facebook, Twitter, Instagram, YouTube, LinkedIn, TikTok, etc.
E.  The reposting and sharing of My Possibilities social media posts is allowed.
F.  If an employee has a great story to tell but needs help with how to go about publicizing it on their personal social media, seek the guidance of the Marketing Department.
G.  Employees should strive to achieve a positive and clean social media presence for the benefit of themselves, as well as My Possibilities.

**HIPster Protection/Staff Personal Privacy/Health & Safety Protocol/HIPAA Compliance**

Currently, and in accordance with HIPAA guidelines, and to keep employee's  personal lives private as well as protect HIPsters, we require employees to only interact with HIPsters on social media via the private MP Staff (for colleagues), the HIPster Family Facebook, and/or the HIPster/Staff Facebook page. We ask that any Instagram page is made private. These measures are in place to protect HIPsters, staff members, and My Possibilities as an agency and maintain HIPAA compliance. This measure allows staff to keep a professional relationship with HIPsters and protects staff and HIPster privacy. Should a staff member wish to share work- related content (celebrations, milestones, anniversaries, etc.) on social media, send photos of your choosing to the Marketing Department with the information you wish to share.

The Marketing Department will, if appropriate, post the photos/blurb in compliance with HIPAA on one or several MP social media accounts and tag staff member(s) within the following week. Staff members are always encouraged to tag and promote My Possibilities social media accounts as shared by My Possibilities.

**Zero Tolerance Policy:** Employees found to be in violation of this policy will be subject to disciplinary action, up to and including immediate termination.

**The exception to this policy** would include MP-sanctioned fundraising events that leadership communicates as appropriate. Marketing will give guidance on how/when to post.

Note: The HIPster photo release form does not give permission for MP to disclose HIPster names, birthdays, or any other Protected Health Information (PHI) to media or any person outside of the organization. We are in the process of obtaining a more thorough social media release and will communicate any changes to this policy once these have been obtained. If you have any questions, please contact the marketing department at marketing@mptx.org

**Any concerns about HIPAA compliance, please contact HR.**

## 5-17 ARTIFICIAL INTELLIGENCE

The Company recognizes that the use of artificial intelligence (AI) tools can potentially assist employees with the performance of job duties. However, there are many risks. To ensure the protection of confidential information and the integrity of our operations, as set forth below, all employees who wish to use AI tools must receive management approval and, if granted, comply with the below best practices.

**Evaluation of AI tools.** Employees must evaluate the utility and security of any AI tool before using it. This includes reviewing the tool's security features, terms of service, and privacy policy. Employees also should review the reputation of the tool developer and any third-party services used by the tool. But most importantly, employees must receive management approval prior to using any AI tool after explaining the manner in which it will be used and the benefits to the business.

**Protection of confidential data.** In using any AI tool, employees must not upload or share any confidential, proprietary, or protected data without prior written approval from the immediate manager. This includes data related to customers, employees, or partners. Similarly, employees must ensure any AI tool does not utilize confidential or copyrighted information of a third party.

**Access control.** Employees must not give access to any AI tools approved for business use to anyone outside the Company without prior approval from the immediate manager and implementation of processes as required to meet security compliance requirements. This includes sharing login credentials or other sensitive information with third parties.

**Compliance with security policies.** Employees must apply the same security best practices we use for all MY POSSIBILITIES and customer data. This includes using strong passwords, keeping software up-to-date, and following the Company's data retention and disposal policies.

## 5-18 INCLEMENT WEATHER EMERGENCY POLICY

Employees are expected to make an effort to get to work during periods of inclement weather, but it is not the intention of My Possibilities to require employees to take risks that may endanger their safety. In general, My Possibilities will follow the Plano ISD in regard to inclement weather closures. If they are closed due to weather, My Possibilities will be closed. However, employees and clients should call the main phone number in the event of a weather emergency, as My Possibilities will communicate any closures by leaving a voice message on the system. If the office is closed, employees should not report to work and will be paid their normal pay for the day. If the office is open, employees should report to work.

If the employee cannot report to work, he or she should notify his or her supervisor immediately, and employees may apply for PTO for the absence.

## 5-19 DRUG/ALCOHOL POLICY

My Possibilities employs a drug testing program and, in certain circumstances, alcohol testing. The degree and/or frequency of testing varies according to the requirements of the position held and the requirements of relevant state and federal laws.

**Reasons for Testing**

1. Post Offer/Pre-employment
2. Post-Accident
3. Reasonable Suspicion

**Post-Offer/Pre-employment Testing**

All job offers will be contingent upon passing a drug test. A positive drug test will result in the employment offer being withdrawn.

**Post-Accident Testing**

Employees are required to submit to testing to determine the presence of illegal drugs or alcohol under the following circumstances:

When an employee is involved in a driving accident in a company vehicle or when transporting HIPsters.

**Reasonable Suspicion**

When two or more members of management make observations significant enough to warrant reasonable- suspicion drug testing, it will be documented and explained to the employee before they are sent for testing.

*Under no circumstances will the employee be allowed to drive themselves to the testing facility. A member of supervision/management must escort the employee; the supervisor/manager will make arrangements for the employee to be transported home.*

**Substances Covered by Drug and Alcohol Testing**

Employees will be tested for their use of any drug determined by the FDA and State Law to be a controlled substance. This includes but is not limited to amphetamines, barbiturates,

MP 000062

benzodiazepines, MDMA (ecstasy), methamphetamines, opiates, cocaine, methadone, phencyclidine (PCP), THC (marijuana), and chemical derivatives of these substances. Employees must advise testing lab employees of all prescription drugs taken in the past month before the test and be prepared to show proof of such prescriptions to testing lab personnel. Any employee who, for medical reasons, is prescribed medication that is one of the above-controlled substances must immediately advise HR of this fact. My Possibilities reserves the right to determine whether the employee taking the named controlled substance can continue in their current role and will make the necessary decisions. Should it be determined that continuation in the current role is not in the best interests of the company, fair attempts at accommodation will be made.

**Testing Methods and Procedure**

All testing will be conducted by a licensed independent medical laboratory following testing standards established by the state or federal government. Testing will be conducted on a urine sample provided by the employee to the testing laboratory under procedures established by the laboratory to ensure the privacy of the employee, while protecting against tampering/alteration of the test results. Employees will be considered to be engaged at work for the time spent in taking any tests and will be compensated for such time at their regular rate. My Possibilities will pay for the cost of the testing, including the confirmation of any positive test result. The testing lab will retain samples in accordance with state law so that an employee may request a retest of the sample at his or her own expense if the employee disagrees with the test result.

**Refusal to Undergo Testing**

Employees who refuse to submit to a test are subject to immediate termination.

**Test Results**

If an employee receives an "inconclusive" or "needs further testing" result, the employee will be temporarily suspended while the test is sent for further testing. Upon receipt of further testing results, a positive test will result in termination.

If an employee receives a "dilute" result, the employee will also be temporarily suspended while the test is sent for further testing, or the employee will be sent for a re-test. Upon receipt of further testing results, a positive test will result in termination.

A positive result will result in the employee being terminated.

**Right to Explain Test Results**

MP 000063

All employees and applicants have the right to meet with the testing laboratory personnel and with My Possibilities to explain their test results. These discussions should be considered confidential except that information disclosed in such tests will be communicated to personnel within My Possibilities or the lab who need to know such information to make proper decisions regarding the test results or regarding the employment of the individual.

**Right to Review Records**

Employees have a right to obtain copies of all test results from the testing laboratory or from My Possibilities. When an employee disagrees with the test results, the individual may request that the testing laboratory repeat the test. Such repeated testing will be at the expense of the employee.

**Termination and Rehire**

Employees who test positive for any drug(s) listed on the disclosure list will be terminated immediately and will not be considered for rehire until they show that they have remained drug-free for a period of one year or more.

## 5-20 MP PARKING LOT

**Preserving our parking lot**

We expect employees to maintain a clean and safe parking lot as they would maintain their working spaces. The following rules apply at all times:

- No littering is allowed.
- No car wash or detailing services are allowed.
- Drivers must respect others' property.
- Drivers shouldn't speed, turn carelessly or drive irresponsibly.
- Employees shouldn't conduct maintenance or repair jobs to their cars while they are parked in our lot, except if they can not start them.

**My Possibilities will not assume any liability for theft, vandalism, fire, or damage to an employee's vehicle while parked on our property.**

## 5-21 NEW HIRES

My Possibilities defines a "new hire" as an employee who has not previously been employed by the employer or an employee who was previously employed by the employer but has been separated from such prior employment for 365 consecutive days.

MP 000064

- New Hire benefits must be elected within 30 days from their start date. If benefits are not elected within the 30-day time period, the employee will have to wait till open enrollment. (Unless a qualified life event occurs)
- Callouts within the new hire's 90-day probationary period are not permitted.
- New hires must be past their 90-day probationary periods before they can submit any PTO or Floating Holiday requests.

## 5-22 IF YOU MUST LEAVE US

Should any employees decide to leave the Company, we ask that they provide a supervisor with at least 2 weeks advance notice of departure. Thoughtfulness will be appreciated. All Company property including, but not limited to, keys, security cards, parking passes, laptop computers, fax machines, uniforms, etc., must be returned at separation. Employees also must return all the Company's confidential information upon separation. To the extent permitted by law, employees will be required to repay the Company (through payroll deduction, if lawful) for any lost or damaged Company property.

**Upon resignation and at the discretion of My Possibilities, an employee can be asked to leave the premises at once or at any time prior to the expiration of the notice.**

The following is the guidelines for what will be accepted as "adequate" minimum notice:

| | |
|---|---|
| Administrative and Non-Management Staff | 2 weeks |
| Managers (who do not supervise any staff) | 2 weeks |
| Managers (who supervise staff) | 3 weeks |
| Therapists | 4 weeks |
| Directors | 4 weeks |
| C-Suite | 4 weeks |

*PTO and Floating Holiday requests will not be approved once the resignation notice has been submitted.*

*Staff must work during their "adequate" minimum notice and not be on any pre-approved PTO/Floating Holiday*

## 5-23 EXIT INTERVIEW

Employees who resign are requested to participate in an exit interview with Human Resources, if possible.

MP 000065

## 5-24 EMPLOYEE DEPARTURE PROCEDURE

All employees at My Possibilities are employed "at-will." Upon termination or departure, an employee is expected to do the following:

1. Return to his/her immediate supervisor any and all properties of My Possibilities (i.e. credit cards, security access cards, computers, laptops, keys, car phones, walkie-talkies, manuals, software, or any other company- related property in employee's possession).
2. Settle all accounting of any cash funds in the employee's possession.
3. Provide payment of any outstanding bill.

## 5-25 REFERENCES

MY POSSIBILITIES will respond to reference requests through Insperity's Contact Center at 866-715-3552, option 5 Department. The Company will provide general information concerning the employee such as date of hire, date of discharge, and positions held. Requests for reference information must be in writing, and responses will be in writing. Please refer all requests for references to Insperity's Contact Center at 866-715-3552, option 5 Department.

**Only Insperity's Contact Center at 866-715-3552, option 5 Department may provide references.**

## 5-26 REHIRES

Any employee rehired more than one year after the termination date will be treated as a new hire with regard to compensation, benefits, leave, tenure, and all other terms and conditions of employment.

## 5-27 A FEW CLOSING WORDS

This handbook is intended to give employees a broad summary of things they should know about MY POSSIBILITIES. The information in this handbook is general in nature and, should questions arise, any member of management should be consulted for complete details. While we intend to continue the policies, rules and benefits described in this handbook, MY POSSIBILITIES, in its sole discretion, may always amend, add to, delete from or modify the provisions of this handbook and/or change its interpretation of any provision set forth in this handbook. Employees should not hesitate to speak to management if they have any questions about the Company or its personnel policies and practices.

## HANDBOOK ACKNOWLEDGEMENT

I acknowledge receipt of MY POSSIBILITIES's Employee Handbook ("Handbook"). I understand this handbook contains information regarding the Company's rules and benefits which affect me as an employee.

I understand the Handbook is not a written employment contract for any specific term. My employment with Insperity is at-will. My employment with Company is at-will unless an authorized employment agreement with MY POSSIBILITIES provides otherwise.

I further understand that only Company authorized and designated Leadership personnel has any authority to change my at-will status or enter into any agreement guaranteeing employment with the Company for any specific period of time. I also understand that if any agreement is made, it will not be authorized and enforceable unless it is in writing and signed by both parties.

I also understand that an agreement made by designated Company Leadership personnel of MY POSSIBILITIES is not binding on Insperity unless it is agreed to in writing by either the president or senior vice president of Insperity.

I understand, if requested by MY POSSIBILITIES, I must repay the company any vacation/PTO used but not accrued at the time my employment ends, and I hereby authorize the company to deduct such amounts from my final paycheck to the extent permitted by law. I also agree that if requested, I will complete a new deduction authorization form to facilitate such deductions.

I understand that if I have any questions about the interpretation or application of any policies contained in the Handbook, I should direct these questions to the onsite supervisor.

I further understand the Company reserves the right to modify the policies and benefits in the Handbook at any time without notice.

My signature below acknowledges that I have received the Handbook and understand it is my responsibility to read and comply with all policies contained in this Handbook, including state specific addendums (if any), and any revisions made to it.


_____          _____

*Employee Signature*                              *Date*

_____          _____

*Print Name*                              *Insperity Employee ID Number*

**Please sign and return one acknowledgment to your supervisor and retain the other for your records. A copy of this signed acknowledgment should be sent to Insperity.**

**Vocational Program Coordinator**

**JOB TITLE:** Vocational Program Coordinator

**LOCATION:** Plano, TX

**HOURS:** Full Time, Permanent

**REPORTS TO:** Vocational Program Manager

**SALARY:** $38,000-$42,000

**Who We Are**

We are an innovative mission-driven organization that serves adults with Intellectual and Developmental Disabilities, also known as Hugely Important People (HIPsters). We envision a world of inclusion, dignity, and opportunity for people of all abilities. We believe people can do meaningful work, love their jobs, AND enjoy life. If you want to be challenged daily, make a huge impact, and help define the future of disability inclusion, let's talk!

**Who We Want**

The educational programs are the heartbeat of My Possibilities. As the Vocational Program Coordinator, you would have the honor and privilege to directly support our HIPsters and make every day count. The Vocational Program Coordinator will work directly with the Vocational Program Manager to ensure that Vocational Program staff is supported, assist in day to day running of the vocational program, and assist with behaviors as needed. Success factors include compassion for different abilities/disabilities, flexibility to meet the needs of the program, ability to adapt to a fast-paced environment, and a passion for serving our mission. This position will be making quick day to day decisions regarding programming and will need to be able to problem solve through difficult situations.

**How You Can Add Value**

This role is the key to success as an organization. Through working directly with the Vocational Program Manager, you are giving opportunities to this often-overlooked population to experience inclusion in the community. You are the orchestrator of creating engaging vocational education for our HIPsters. Putting HIPsters first in all decision-making, strong communication skills to HIPsters and staff, as well as a desire for fun will make you a great fit for this role.

**Essential Functions**

- Maintain open and honest communication with your team
- Ensure MP culture is clearly visible and shown to all staff
- Work with the Vocational Program Manager to run the day-to-day of the Employment Innovations School
- Assist with Vocational Program staff scheduling
- Assist with HIPster scheduling and semester preparation
- Oversee Medicaid Waiver note requirements and corrections
- Oversee Employment Innovations School classroom observations
- Conduct training for new Vocational Program staff.
- Assist with behaviors, medical concerns, and other emergency situations
- Assist with parent communication
- Must adhere to all confidentiality guidelines of our HIPsters and their families

**Competencies (Knowledge, skills and abilities):**

- Experience working with adults with special needs
- Experience in working with behaviors
- Experience in using Microsoft applications and Google Drive, preferred
- Excellent verbal and written communication skills, sign language a plus
- Supervisory experience, preferred

**Education:**

- Bachelor's degree in Special Education or related field
- 4+ years of direct experience will be considered in lieu of a degree.

**Experience:**

- At least 1 year of working with individuals with special needs

**Specialized Knowledge, Licenses, etc.:**

- Current driver's license, acceptable driving record and valid car insurance required.
- Current certification in First Aid, CPR, AED, and CPI/SAMA, preferred.

**Success factors:**

- Personal qualities of integrity, credibility, and a commitment to and a passion for My Possibilities' mission.
- Must be able to demonstrate competency in social skills and leadership.
- Strong writing skills and verbal communication

**Working conditions**

This position will be required to:

- Sit, stand, and bend throughout the day
- Occasionally lift up to 75lbs.
- Sometimes clean up body fluids in order to maintain safety and dignity of HIPsters

**All potential employees must pass a background check and drug screen.**

**Belonging and Accommodation Statement**

MP 000071

My Possibilities is committed to building a team that represents a variety of backgrounds, perspectives, and skills. We believe diversity of ideas fosters innovation and engagement. All qualified individuals are encouraged to apply. If you need assistance or a reasonable accommodation during the application and recruiting process, please get in touch with us.

**Equal Opportunity Employer**

My Possibilities is committed to creating a diverse environment and is a proud Equal Opportunity Employer. All qualified applicants will receive consideration for employment regardless of race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, disability, age, veteran status, or any other protected status under the law.

**Program Coordinator**

**JOB TITLE:** Program Coordinator

**LOCATION:** Plano, TX

**HOURS:** Full Time, Permanent

**REPORTS TO:** Program Manager

**LEVEL:** Coordinator

**SALARY:** $38,000-$42,000

**Who We Are**

We are an innovative mission-driven organization that serves adults with Intellectual and Developmental Disabilities, also known as Hugely Important People (HIPsters). We envision a world of inclusion, dignity, and opportunity for people of all abilities. We believe people can do meaningful work, love their jobs, AND enjoy life. If you want to be challenged daily, make a huge impact, and help define the future of disability inclusion, let's talk!

**Who We Want**

The Education Program is the heartbeat of My Possibilities. As the Program Coordinator, you would have the honor and privilege to directly support our HIPsters and make everyday count. The Program Coordinator will work directly with the Program Manager to ensure that Program Staff is supported, assist in day to day running of the education program and assisting with behavior and Personal Care as needed. Success factors Include, compassion for different abilities/disabilities, flexibility to meet the needs of the program, ability to adapt to a fast-paced environment and a passion for serving our mission. This position will be making quick day-to-day decisions regarding programming and will need to be able to solve problems through difficult situations.

**How You Can Add Value**

This role is the key to success as an organization. Through working directly with the program manager, you are giving opportunities to this often-overlooked population to experience joy in their adulthood. You are the orchestrator of creating engaging education for our HIPsters. HIPsters first in all decision-making, strong communication skills to HIPsters and staff, as well as a desire for fun will make you a great fit for this role.

**Essential Functions**

- Maintain open and honest communication with your team.
- Ensure MP Culture is clearly visible and shown to all staff.
- Working with the Program Manager to run the day-to-day of the Education Program
- Assist with Program Staff Scheduling
- Assist with HIPster scheduling and semester preparation.
- Partner with the Program Manager on Program Note requirements/Corrective Actions
- Partner with the Program Manager to perform Program Observations
- Partner with the Program Manager in the New Hire Program
- Assist with HIPster Behavior, Personal Care and Medical Concerns as needed.
- Perform HIPster direct support duties as needed.
- Drive and/or accompany HIPsters in the community for Community Based Instruction
- Assist with Parent Communication
- Adhere to all confidentiality guidelines of our HIPsters and their families.
- Act as a role model and mentor to our HIPsters and staff, working hard to always keep a professional demeanor.
- Perform additional duties as dictated by the needs of the program.

**Competencies (Knowledge, skills and abilities):**

- Experience working with adults with special needs.
- Experience in working with behaviors.
- Must have experience in using Microsoft applications and Google Drive
- Possess excellent verbal and written communication skills (sign language a plus)

**Education:**

- Bachelor's degree or Equivalent Experience
  - Preferably in Special Education
  - A degree in relevant field will also be considered.

**Experience:**

- At least 1 year of working with individuals with special needs.
- Leadership experience

**Specialized Knowledge, Licenses, etc.:**

- Current driver's license, acceptable driving record and valid car insurance required.

**Success factors:**

- Personal qualities of integrity, credibility, and a commitment to and a passion for My Possibilities' mission.
- Must be able to demonstrate competency in social skills and leadership.
- Strong writing skills and verbal communication

**Working conditions**

This position will be required to:

- Sit, stand, and bend throughout the day.
- Occasionally lift up to 75lbs.
- Sometimes, clean up body fluids in order to maintain safety and dignity of HIPsters.

**All potential employees must pass a background check and drug screen.**

**Belonging and Accommodation Statement**

My Possibilities are committed to building a team that represents a variety of backgrounds, perspectives, and skills. We believe diversity of ideas fosters innovation and engagement. All qualified individuals are encouraged to apply. If you need assistance or reasonable accommodation during the application and recruiting process, please get in touch with us.

**Equal Opportunity Employer**

My Possibilities are committed to creating a diverse environment and is a proud Equal Opportunity Employer. All qualified applicants will receive consideration for employment regardless of race, color, religion, gender, gender identity or expression, sexual orientation,

national origin, genetics, disability, age, veteran status, or any other protected status under the
law.

MP 000076

PC326 MDR-1| 0419

# Certificate showing this property does not have mold damage
## Certificate of mold damage remediation

**Property owner:** Keep this certificate and give a copy to your insurance agent or company.

## Property owner and location

Property owner's name __My Possibilities__

Mailing address __3601 Mapleshade Lane, Plano , Texas 75075__

Property address __3601 Mapleshade Lane, Plano , Texas 75075__

Lot _____   Block _____   Addition or tract _____   County __Collin__

## Instructions

- **If mold damage has been treated (remediated):** Both Box A and B below must be filled out. The mold remediation contractor must fill out Box A. The mold assessment consultant must fill out Box B.

- **If no mold damage was found:** The mold assessment consultant or insurance adjuster must fill out Box C.

▶ **Mold damage has been treated** (If Box A and B are filled out, Box C does not need to be filled out.):

| **Box A:** To be filled out by the mold remediation contractor. | |
|---|---|
| I certify that: | |
| • I treated the damage caused by mold at this property. Treatment can include removing, cleaning, sanitizing, and preventing mold damage. | |
| • I gave this certificate to the property owner within 10 days after completing the work. | |
| 24-92M | |
| **Certificate number** | **Date issued** |
| Mold remediation contractor's signature | Date |
| John Moala - 3637 Marquis Drive, Garland, Texas 75042 | |
| Contractor's printed name and address | Date treatment completed |
| RCO1645 | |
| Texas Department of Licensing and Regulation license number | License expiration date |

MP 000077

PC326 MDR-1| 0419

**Box B:** To be filled out by the mold assessment consultant.

I certify that:

- Damage caused by mold at this property has been treated (remediated).
- With reasonable certainty, the underlying causes of the mold have been treated so mold will not return.
- I gave a copy of my report to the property owner.

Per Occupations Code Section 1958.154: Based on visual, procedural, and analytical evaluation, the mold contamination identified for the project has been remediated as outlined in the mold management plan or remediation protocol.

_____    12/16/24
Mold assessment consultant's signature    Date

_____
Steven B Petersen
Consultant's printed name and address

_____    3/14/2026
MAC 0164
Texas Department of Licensing and Regulation license number    License expiration date

► **No mold damage was found** (If Box C is filled out, Box A and B do not need to be filled out.):

**Box C:** To be filled out by the mold assessment consultant or insurance adjuster.

I certify that:

- I inspected this property.
- I did not find signs (evidence) of any mold damage.
- I gave a copy of my report to the property owner.

_____    _____
**Certificate number**    **Date issued**

_____    _____
Mold assessment consultant or insurance adjuster's signature    Date

_____
Consultant or adjuster's printed name and address

_____    _____
Texas Department of Licensing and Regulation license number, or    License expiration date
Texas Department of Insurance license number



**From:** Shay Moore <brushalmoore@gmail.com>
**Sent:** Thursday, April 10, 2025 3:52 PM
**To:** Tod Marvin <tmarvin@mptx.org>; Charmaine Solomon <Charmaine@mptx.org>; Dawn Cavil <dcavil@mptx.org>; Shelley Crowder <scrowder@mptx.org>
**Subject:** Letter of Resignation

> Some people who received this message don't often get email from brushalmoore@gmail.com. Learn why this is important
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and trust that the content is safe.

To My Possibilities Leadership Team:

I am writing to formally resign from my position as Lifelong Learning Coordinator at My Possibilities, effective April 10th, 2025 at 5 p.m. While I have appreciated the opportunity to work here, I believe it is time for me to move on to new opportunities.

During my time at My Possibilities, I have encountered several concerns regarding workplace conditions, some of which I do not wish to address in detail at this time. However, I trust these matters will be addressed through the appropriate channels.

I will be submitting more detailed complaints to the relevant authorities to ensure that these concerns are properly investigated.

Thank you for the opportunity to work with the team.


Sincerely,

Brusha Moore (Shay)



**From:** Shay Moore <smoore@mptx.org>
**Sent:** Thursday, April 10, 2025 11:07 AM
**To:** Dawn Cavil <dcavil@mptx.org>
**Subject:** Re: Disparities in Coordinator Responsibilities and Racial Discrimination

Sounds good, thanks!

---

**From:** Dawn Cavil <dcavil@mptx.org>
**Sent:** Thursday, April 10, 2025 10:53 AM
**To:** Shay Moore <smoore@mptx.org>
**Subject:** Re: Disparities in Coordinator Responsibilities and Racial Discrimination

I'm on my way to the office now. I will work to get us sometime today.

Dawn Cavil

---

**From:** Shay Moore <smoore@mptx.org>
**Sent:** Wednesday, April 9, 2025 10:50:52 PM
**To:** Dawn Cavil <dcavil@mptx.org>
**Subject:** Re: Disparities in Coordinator Responsibilities and Racial Discrimination

Thank you for your response. I've already sat down with Anne and Shelly. We went over the roles and responsibilities that aren't equal or remotely like that of the manager/coordinators. At this point, I don't feel that my concerns have been adequately addressed, despite previous conversations. I'm choosing to move forward with the appropriate next steps to formally report my experiences.

Get Outlook for iOS

---

**From:** Dawn Cavil <dcavil@mptx.org>
**Sent:** Wednesday, April 9, 2025 9:00:20 PM
**To:** Shay Moore <smoore@mptx.org>
**Subject:** RE: Disparities in Coordinator Responsibilities and Racial Discrimination

Thank you for providing me with this information. Are you comfortable speaking with Shelley Crowder about your concerns?

Dawn

---

**From:** Shay Moore <smoore@mptx.org>
**Sent:** Wednesday, April 9, 2025 6:54 PM
**To:** Dawn Cavil <dcavil@mptx.org>
**Subject:** Disparities in Coordinator Responsibilities and Racial Discrimination

I am writing to document a significant and ongoing disparity in the responsibilities assigned to me compared to my colleague, Becca, who holds the same title of "Coordinator."

While we share the same job title, our roles differ greatly in practice. I am routinely assigned to cover classrooms, often with little to no notice, and frequently participate in Community-Based Instruction (CBI) outings when instructors are absent. These tasks place me in direct service roles, similar to those of instructors, leaving little room for me to perform any broader coordination or administrative duties.

In contrast, Becca functions more as a manager. She remains in the office, controls the instructor schedules, and is the primary point of contact when additional classroom support is needed. Her role involves more authority and decision-making, while mine remains focused on coverage and supervision—despite our identical titles.

This discrepancy creates not only a workload imbalance, but also raises serious concerns about racial discrimination. I am the only Black person in a coordinator or managerial role at this organization, yet I am consistently placed in more demanding, less visible positions without the authority or support given to my white counterpart. The pattern of unequal treatment along racial lines cannot be ignored and points to systemic issues within our workplace.

I am formally including racial discrimination as part of my ongoing documentation of workplace violations and inequities. These differences in treatment should be investigated to ensure that all employees are treated fairly, without bias or discrimination based on race.


Sincerely,

Shay Moore




Get Outlook for iOS

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Certificate

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
**Give Form W-4 to your employer.**
**Your withholding is subject to review by the IRS.**

OMB No. 1545-0074

**2025**

### Step 1: Enter Personal Information

**(a)** First name and middle initial
BRUSHA

Last name
MOORE

**(b)** Social security number

Address
2120 ROYAL ACRES TRL

City or town, state, and ZIP code
FRISCO, TX 75036

**Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*.

**(c)**  ☐ **Single** or **Married filing separately**

☐ **Married filing jointly** or **Qualifying surviving spouse**

☑ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**TIP:** Consider using the estimator at *www.irs.gov/W4App* to determine the most accurate withholding for the rest of the year if: you are completing this form after the beginning of the year; expect to work only part of the year; or have changes during the year in your marital status, number of jobs for you (and/or your spouse if married filing jointly), dependents, other income (not from jobs), deductions, or credits. Have your most recent pay stub(s) from this year available when using the estimator. At the beginning of next year, use the estimator again to recheck your withholding.

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, and when to use the estimator at *www.irs.gov/W4App*.

### Step 2: Multiple Jobs or Spouse Works

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

**(a)** Use the estimator at *www.irs.gov/W4App* for the most accurate withholding for this step (and Steps 3–4). If you or your spouse have self-employment income, use this option; **or**

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is generally more accurate than (b) if pay at the lower paying job is more than half of the pay at the higher paying job. Otherwise, (b) is more accurate . . . . . . . . . . . . . . . . ☐

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

### Step 3: Claim Dependent and Other Credits

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000   $   **2,000.00**

Multiply the number of other dependents by $500   . . . . .   $   **500.00**

Add the amounts above for qualifying children and other dependents. You may add to this the amount of any other credits. Enter the total here . . . . . . .  **3** | $ **2,500.00**

### Step 4 (optional): Other Adjustments

**(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . .  **4(a)** | $

**(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . .  **4(b)** | $

**(c) Extra withholding.** Enter any additional tax you want withheld each **pay period** . .  **4(c)** | $

### Step 5: Sign Here

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

Digitally signed by: BRUSHA MOORE
1/21/2025 1:09:35 PM - Insperity Premier

**Employee's signature** (This form is not valid unless you sign it.)

01/21/2025

**Date**

### Employers Only

Employer's name and address

First date of employment

Employer identification number (EIN)

**Insperity, 19001 Crescent Springs Drive., Kingwood, Texas 77339**

**For Privacy Act and Paperwork Reduction Act Notice, see page 3.**

Cat. No. 10220Q

Form **W-4** (2025)

MP 000083

# MOORE, BRUSHA (4688180)

## MY POSSIBILITIES (6134300)

| Effective Date | Action Date | Status | Notes |
|---|---|---|---|
| 01/21/2025 | | Entered | |

**Submitted:**  Cron Guy - 01/21/2025 04:14 PM

**Modified:**

**Change Reason:**  Other

---

# Salary - Exempt

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| Before | - | - | | | - | - | - |
| After | 01/21/2025 | - | ☑ | ☑ | Salary - Exempt | 27055368-PLANO, TX 75075, COLLIN County | New Hire |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| Before | - | - | - | - |
| After | $20.19 | 80.00 | $1,615.38 | $42,000.00 |

# MOORE, BRUSHA (4688180)

## MY POSSIBILITIES (6134300)

| Effective Date | Action Date | Status | Notes |
|---|---|---|---|
| 02/02/2025 | | Automated | |

**Submitted:**   SUHAELA WALSH - 02/13/2025 12:49 PM

**Modified:**

**Change Reason:**   Job Costing Change

**Automation Successful**

# 100 Salary - Exempt

**Pay Type:** Base Pay & Payroll Input

| | Effective Date | Pay Rate | Units | Per Period | Annual | Stop Date | Change Reason |
|---|---|---|---|---|---|---|---|
| **Before** | 01/21/2025 | $20.19 | 80.00 | $1,615.38 | $42,000.00 | - | - |
| **After** | 02/02/2025 | $20.19 | 80.00 | $1,615.38 | $42,000.00 | - | Job Cost Change |

| Job Costing | DEPARTMENT | Change Reason |
|---|---|---|
| **Before** | - | - |
| **After** | Life Long Learning | Job Cost Change |

# MOORE, BRUSHA (4688180)

## MY POSSIBILITIES (6134300)

| Effective Date | Action Date | Status | Notes |
|---|---|---|---|
| 02/02/2025 | | Entered | |

**Submitted:**   JAMIE WHITE - 02/21/2025 04:04 PM

**Modified:**

**Change Reason:**   Other

---

# Tracking PTO - Reg

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| Before | - | - | | | - | - | - |
| After | 02/02/2025 | - | ☐ | ☑ | Tracking PTO - Reg | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| Before | - | - | - | - |
| After | $0.00 | 0.00 | $0.00 | $0.00 |

| Job Costing | | | | DEPARTMENT |
|---|---|---|---|---|
| Before | | | | - |
| After | | | | Life Long Learning |

# Tracking Holiday

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| Before | - | - | | | - | - | - |
| After | 02/02/2025 | - | ☐ | ☑ | Tracking Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| Before | - | - | - | - |

| | | | | |
|---|---|---|---|---|
| **After** | $0.00 | 0.00 | $0.00 | $0.00 |

**Job Costing**                                   DEPARTMENT

| | |
|---|---|
| **Before** | - |
| **After** | Life Long Learning |

# Tracking Floating Holiday

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| **Before** | - | - | | - | - | - | - |
| **After** | 02/02/2025 | - | ☐ | ☑ | Tracking Floating Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| **Before** | - | - | - | - |
| **After** | $0.00 | 0.00 | $0.00 | $0.00 |

**Job Costing**                                   DEPARTMENT

| | |
|---|---|
| **Before** | - |
| **After** | Life Long Learning |

MP 000087

# MOORE, BRUSHA (4688180)

## MY POSSIBILITIES (6134300)

| Effective Date | Action Date | Status | Notes |
|---|---|---|---|
| 02/02/2025 | | Entered | |

**Submitted:**  MELINDA BENTLEY - 04/16/2025 10:36 AM

**Modified:**

**Change Reason:**  Other

---

# Salary - Exempt

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| **Before** | 02/02/2025 | - | ☑ | ☑ | Salary - Exempt | 27055368-PLANO, TX 75075, COLLIN County | Job Cost Change |
| **After** | 02/02/2025 | 04/11/2025 | ☑ | ☑ | Salary - Exempt | 27055368-PLANO, TX 75075, COLLIN County | Job Cost Change |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| **Before** | $20.19 | 80.00 | $1,615.38 | $42,000.00 |
| **After** | $20.19 | 80.00 | $1,615.38 | $42,000.00 |

# Tracking PTO - Reg

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| **Before** | 02/02/2025 | - | ☐ | ☑ | Tracking PTO - Reg | 27055368-PLANO, TX 75075, COLLIN County | - |
| **After** | 02/02/2025 | 04/11/2025 | ☐ | ☑ | Tracking PTO - Reg | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| **Before** | $0.00 | 0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| After | $0.00 | 0.00 | $0.00 | $0.00 |

# Tracking Holiday

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| Before | 02/02/2025 | - | ☐ | ☑ | Tracking Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |
| After | 02/02/2025 | 04/11/2025 | ☐ | ☑ | Tracking Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| Before | $0.00 | 0.00 | $0.00 | $0.00 |
| After | $0.00 | 0.00 | $0.00 | $0.00 |

# Tracking Floating Holiday

| | Effective Date | Stop Date | Base Pay | Payroll Input | Pay Code | Tax Location | Change Reason |
|---|---|---|---|---|---|---|---|
| Before | 02/02/2025 | - | ☐ | ☑ | Tracking Floating Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |
| After | 02/02/2025 | 04/11/2025 | ☐ | ☑ | Tracking Floating Holiday | 27055368-PLANO, TX 75075, COLLIN County | - |

| | Pay Rate | Units | Per Period | Annual |
|---|---|---|---|---|
| Before | $0.00 | 0.00 | $0.00 | $0.00 |
| After | $0.00 | 0.00 | $0.00 | $0.00 |

Insperity Holdings, Inc.
PO Box 2998
Omaha, NE 68103



4/16/2025

BRUSHA MOORE
2120 ROYAL ACRES TRL
FRISCO, TX 75036

Dear BRUSHA MOORE:

Please read this notice carefully. It contains important information about your right to continue group health plan coverage under a federal law known as the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA applies to the following plans sponsored by Insperity: Insperity Group Health Plan, Insperity Health Care Flexible Spending Account (FSA) Plan, and the Insperity Employee Assistance Program (EAP).

**What is COBRA?**

COBRA requires most group health plans to give employees and their dependents the opportunity to continue coverage for a limited period of time after losing coverage due to a "qualifying event". Qualifying events include (i) termination of employment, (ii) reduction in hours of employment, (iii) death of the covered employee, (iv) divorce, legal separation, or termination of a domestic partnership with the covered employee, and (v) loss of dependent child status under the plan.

Each person who loses coverage due to a qualifying event is referred to as a "qualified beneficiary". In addition, children born to or placed for adoption with a covered employee during a period of COBRA coverage are also considered qualified beneficiaries.

COBRA coverage is the same coverage given to other participants or beneficiaries who aren't enrolled in COBRA. Qualified beneficiaries who elect COBRA will generally have the same rights under the plan as other participants and beneficiaries, including open enrollment and special enrollment rights. Except as otherwise required by applicable state law, the Plans provide no greater COBRA rights than what COBRA requires – nothing in this notice is intended to expand your rights beyond COBRA's requirements.

**Why am I receiving this notice?**

On 4/11/2025, you experienced a qualifying event that was a Termination which caused you and your covered dependents (if any) to lose coverage under the Insperity Group Health Plan and/or Insperity Health Care FSA Plan. The enclosed COBRA Election Form sets forth the number of months your COBRA coverage could last if elected, as well as the first and last day of coverage.

**Note**: Coverage under the EAP is automatically extended for 36 months after an initial qualifying event. This means you are not required to elect COBRA or take any further action to be eligible for EAP benefits during your COBRA coverage period.

**How long do I have to elect COBRA?**

You have 60 days from the date of this notice to elect COBRA coverage. Your election period will end on the "Last Day to Elect" reflected in the enclosed "COBRA Election Form". You lose your right to elect COBRA coverage under the plan(s) once the deadline has passed.

Any claims submitted for expenses incurred following the date of the qualifying event will be denied until you have elected COBRA coverage and your first COBRA premium payment has been received. You will be required to resubmit (or request a reprocessing of) claims once you have elected COBRA and made your first premium payment.



**How do I elect COBRA?**

COBRA gives each qualified beneficiary the right to elect coverage independently, so if you have covered dependents at the time coverage is lost, each of those dependents may elect COBRA coverage even if you choose not to elect coverage. An employee, spouse, or domestic partner can elect coverage on behalf of all qualified beneficiaries, and a parent or legal guardian can elect coverage on behalf of any minor children.

You may elect COBRA coverage using any of the following methods:

• Elect coverage online through the COBRA self-service portal. Refer to the "New Member Login Notice" included in this package for instructions on how to set up your online account. (Note: if you choose not to enroll in COBRA coverage but want to elect coverage for an eligible dependent, you must do so using the enclosed COBRA Election Form. The online enrollment option is not available when electing COBRA coverage for dependents only.)

• Complete the enclosed "COBRA Election Form" and mail it to **Insperity Holdings, Inc., P.O. Box 2998, Omaha, NE 68103.** The envelope must be postmarked no later than the election deadline.

• Complete the enclosed "COBRA Election Form" and email it to cobra_administration@insperity.com no later than the election deadline.

As a COBRA qualified beneficiary, you will have online access to plan documents and information through cobra.insperity.com, including any Summary Plan Descriptions and carrier-issued documents, such as the Certificate of Coverage and Summary of Benefits and Coverage specific to your coverage option(s). Paper copies of these documents are available by calling Insperity at (866) 715-3552.

**Note**: if you are already enrolled in Medicare or will become eligible for Medicare during your period of COBRA coverage, please review the Medicare section under "Alternatives to COBRA Coverage" later in this notice for important information.

**Can I ever modify my COBRA coverage?**

If you elect COBRA coverage under the Insperity Group Health Plan, you may be able to make changes during the annual open enrollment period which typically occurs in November. Changes include adding/dropping dependents and changing medical coverage options.  If you are eligible to make changes during the annual open enrollment period, you will be provided with additional information prior to the start of the open enrollment period.

You can also add new dependents to your Insperity Group Health Plan COBRA coverage outside of the annual open enrollment period through a special enrollment event. You have 60 days to provide the Plan Administrator with a written request to add a new dependent. Written requests must be sent to the Plan Administrator following the procedures outlined in the "Notice Procedures" section below.

COBRA coverage can be dropped at any time online through the COBRA self-service portal (accessible through cobra.insperity.com) or by sending a written request to the Plan Administrator following the procedures outlined in the "Notice Procedures" section below.

**How long does COBRA last?**

COBRA coverage can last for 18 months if the qualifying event is a termination of employment or reduction in hours. The attached COBRA Election Form indicates which type of qualifying event apples to you, and when your COBRA coverage will start and end (if elected). COBRA coverage may end before the date noted in the COBRA Election Form as described in the "Early termination of COBRA coverage" section below.

The period of COBRA coverage under the Insperity Group Health Plan may be extended in certain cases due to (i) a second qualifying event, (ii) a disability determination, (iii) Medicare enrollment, or (iv) as required under applicable state law. Each of these scenarios are described below.

The period of COBRA coverage under the Insperity Health Care FSA Plan cannot be extended beyond the year in which your qualifying event occurs. If COBRA coverage is elected for the Insperity Health Care FSA Plan, you may continue to access any unused amounts (including any amounts carried over from prior years) through the end of that year. Any unused amounts will be forfeited once the plan year has ended.



Extension of coverage due to a second qualifying event

Dependent qualified beneficiaries who experience one of the following qualifying events during an 18 or 24-month period of COBRA coverage can extend their coverage for an additional period of time, not to exceed 36 months from the date of the original qualifying event: death of a covered employee, divorce or legal separation from the covered employee, termination of a domestic partnership with the covered employee, or loss of dependent child status under the plan.

To receive an extension of coverage due to a second qualifying event, notice must be provided to the Plan Administrator within 60 days after the date of the second qualifying event using the procedures outlined in the "Notice Procedures" section below. A new COBRA election is also required to extend coverage due to a second qualifying event.

Extension of coverage due to Medicare enrollment of a covered employee

If a covered employee enrolled in Medicare **before their termination or reduction in hours**, and the Medicare effective date was less than 18 months before the qualifying event date, dependent qualified beneficiaries may extend their COBRA coverage for a maximum coverage period of 36 months from the Medicare effective date. This extension is not available to the covered employee. termination or reduction in hours*Example:* If an employee enrolled in Medicare on February 15, 2024 and terminated employment on August 10, 2024, the 18-month period of COBRA coverage provided as a result of the termination of employment may be extended for the dependent qualified beneficiaries for a period of time not to exceed 36 months from February 15, 2024.

If a covered employee enrolls in Medicare **after their termination or reduction in hours**, there is no extension of coverage for dependent qualified beneficiaries. *Example:* If an employee's COBRA coverage started on August 10, 2024, and the employee enrolled in Medicare on November 15, 2024, the dependent qualified beneficiaries would not be eligible for an additional 18 months of COBRA coverage but could remain enrolled in COBRA for the duration of the original 18-month COBRA coverage period.

To receive an extension of coverage due to the covered employee's Medicare enrollment, notice must be provided to the Plan Administrator before the end of the 18-month (or 29 month) coverage period using the procedures outlined in the "Notice Procedures" section below.

Extension of coverage due to disability

If a qualified beneficiary receiving an 18-month period of COBRA coverage is determined by the Social Security Administration to be disabled, COBRA coverage may be extended by 11 months for a maximum COBRA coverage period of 29 months. The disability onset date must be prior to or within the first 60 days of COBRA coverage, and last until at least the end of the initial 18-month period of COBRA coverage. Each qualified beneficiary in the family who is enrolled in COBRA coverage at the end of the 18-month period will be entitled to the disability extension.

The disability extension is available only if the Plan Administrator receives a copy of the Social Security Administration's disability determination letter before the initial 18-month period of COBRA coverage has ended. Notice of the disability determination must also be provided within 60 days after the latest of:

· the date of the Social Security Administration's disability determination;
· the date of the covered employee's termination of employment or reduction of hours; or
· the date on which coverage was lost due to the termination of employment or reduction in hours.

Notice of the disability determination must be provided following the procedures outlined in the "Notice Procedures" section below.

If the Social Security Administration determines the disabled qualified beneficiary is no longer disabled, notice must be provided to the Plan Administrator no later than 30 days after such determination using the procedures outlined in the "Notice Procedures" section below. The 11-month disability extension period may be terminated early if the qualified beneficiary is no longer disabled.

Extension of medical coverage due to state law

Medical coverage under the Insperity Group Health Plan may be extended under state law when your federal COBRA period is exhausted if either of the following apply to you:



· If you are a California resident covered under a California HMO at the time your 18 or 29-month federal COBRA period is exhausted, you have the right under California state law to extend your medical coverage for an additional period of time not to exceed 36 months from the date of the initial qualifying event. More information on this option will be provided before your federal COBRA period ends.

· If you are covered under a Texas-sitused UnitedHealthcare Choice Plus PPO or Out-of-Area coverage option (generally, any such option other than those covering individuals in Nevada, Hawaii or South Carolina)at the time your federal COBRA period is exhausted, you have the right under Texas state law to continue your medical coverage for an additional 6 months For more information, please review the enclosed "Notice of additional 6-month state law  continuation coverage right".

Neither of these state extensions applies to dental or vision coverage.

**Early Termination of COBRA Coverage**

COBRA coverage may be terminated early by the Plan Administrator if:

• The required premium payment is not paid when due.
• After the date of your COBRA election, you become covered under a group health plan that does not impose any limitations on your coverage due to pre-existing conditions.
• After the date of your COBRA election, you enroll in Medicare.
• The plan under which COBRA coverage is provided is terminated.
• Coverage is extended an additional 11 months due to disability, and the individual who was disabled is determined to no longer be disabled by the Social Security Administration.
• An event happens that would cause coverage to be terminated for a participant or beneficiary not receiving COBRA coverage (such as fraud).

COBRA coverage is provided subject to all plan rules, including your eligibility. Insperity reserves the right to terminate your COBRA coverage retroactively if you are determined to be ineligible for coverage.

**How much does COBRA cost?**

The amount you are required to pay for COBRA coverage may not exceed 102 percent (or, in the case of an extension of COBRA due to a disability, 150 percent) of the cost (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving COBRA. The cost to you for COBRA will change from time to time as plan costs change.

If you elect COBRA coverage under more than one plan, the COBRA premium due will be a combined premium for all plans under which coverage was elected. If you do not timely pay the combined premium due each month for all plans, your coverage under all plans will be terminated.

**How and when must payment for COBRA be made?**

You may pay for COBRA in one of two ways:

• You can make your first payment and subsequent monthly payments online via electronic funds transfer (EFT) or credit card through the COBRA self-service portal accessible through cobra.insperity.com. Each online payment is subject to a service fee.

• You can send a check or money order made payable to "Insperity Holdings" to the address indicated below via mail.  Do not send payment in cash.  Personal hand-delivery of a COBRA payment is not permitted and will not be accepted. Your check or money order must be postmarked by the applicable due date.

> Insperity Holdings, Inc.
> PO Box 2998
> Omaha, NE 68103

First payment for COBRA



You do not have to make your first COBRA payment at the same time you enroll. However, you must make your first payment no later than 45 days after the date you elect COBRA (or the date your COBRA Election Form is post-marked, if mailed.)  If your first payment is not made in full within 45 days after the date of your election, you will lose all COBRA rights.  You are responsible for making sure that the amount of your first payment is correct. You may contact Insperity at (866)715-3552 to confirm the correct amount of your first payment.

<u>Monthly payments for COBRA</u>

After your first payment for COBRA, you will be required to make monthly payments for each subsequent month. Each monthly payment is due on the first of the month for that month's coverage. For example, the monthly payment for December is due on December 1.  If you make a monthly payment on or before the first day of the month to which it applies, your coverage will continue with no interruption for that month. Monthly payment notices will not be sent.

Although monthly payments are due on the first of each month, you will be given a grace period of 30 days after the first of each month to make each monthly payment.  If you pay a monthly payment later than the first day of the month to which it applies, but before the end of the grace period for the month, COBRA will be suspended as of the first day of the month and retroactively reinstated (going back to the first day of the month) when the monthly payment is received. Any claim you submit for benefits while COBRA is suspended may be denied and may have to be resubmitted once your coverage is reinstated. If you fail to make a monthly payment for COBRA before the end of the grace period for that month, you will lose all rights to COBRA.

<u>Partial Payments</u>

If you make a partial payment and the Plan Administrator determines the underpayment amount is "insignificant", you will be provided notice and an opportunity to pay the remaining amount due. If you do not pay the remaining amount due by the due date, your COBRA coverage will be terminated.  A COBRA payment is considered "insignificantly short" if the payment is short by the lesser of $50 or 10% of the premium due. (Note: if you are enrolled in more than one plan, COBRA premiums for all plans will be added together when applying this rule.)

**Alternatives to COBRA coverage**

Before you decide to enroll in COBRA, you may want to consider other, more affordable coverage options for you and your family, as outlined below. You should compare your other coverage options with COBRA coverage and choose the coverage that is best for you.  If you have questions about your alternatives to COBRA coverage, or need assistance evaluating your options, you can call the Mercer Marketplace at (800) 713-2859 to speak to a licensed customer service agent. You may also explore options online at www.insurance.mercermarketplace.com.

<u>Health Insurance Marketplaces</u>

Individuals can enroll in medical (and possibly dental and vision) coverage through Health Insurance Marketplaces created by the Affordable Care Act. In the Marketplace, you can find and compare private health insurance options. You may also be eligible for tax credits or cost sharing reductions that lower your out-of-pocket costs, and you can see what your premium, deductibles and out-of-pocket costs will be before you enroll. The Marketplaces will also let you know if you are eligible for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP). For information on Marketplace coverage available in your state of residence, please visit www.healthcare.gov or call or 1-800-318-2596.

You have 60 days from the date your job-based coverage is terminated to enroll in Marketplace coverage. Losing your job-based coverage is considered a "special enrollment period" for Marketplace coverage. In addition, anyone can enroll in Marketplace coverage during the annual open enrollment period.

If you sign up for Marketplace coverage instead of COBRA, you cannot switch to COBRA coverage later. However, if you sign up for COBRA coverage first, you can switch to a Marketplace plan later during a Marketplace annual open enrollment period or if you experience a special enrollment event, such as marriage or birth of a child. You can also switch to Marketplace coverage when your COBRA coverage is exhausted. For information on Marketplace enrollment periods and rules, visit www.healthcare.gov or call or 1-800-318-2596.

<u>Another Group Health Plan</u>



The loss of coverage under the Insperity Group Health Plan may qualify you for a special enrollment opportunity under another group health plan, such as a spouse's or domestic partner's plan, or another employer's plan. Special enrollment must typically be requested within 30 days of the date you lose eligibility. If you elect COBRA coverage instead of enrolling in another group health plan, you'll have another opportunity to enroll in the other group health plan within 30 days after your COBRA coverage is exhausted.

Individual Policy

You may also purchase an individual policy from a health insurance carrier. The Affordable Care Act has eliminated pre-existing condition limitations and made the purchase of individual policies easier and more affordable.

Medicaid or the Children's Health Insurance Program (CHIP)

You may qualify for Medicaid or your child(ren) may qualify for CHIP coverage. Each of these programs provide health coverage for free or at a low-cost for those that qualify. To access more information visit www.healthcare.gov.

Enrollment in Medicare

If you are eligible for Medicare but have not yet enrolled, you may also enroll in Medicare as an alternative to COBRA coverage. In general, if you do not enroll in Medicare Part A or B when you are first eligible because you are still employed and enrolled in your employer plan, you have an 8-month special enrollment period to sign up, beginning on the earlier of:

• the month after your employment ends; or
• the month after your employment-based group health plan coverage ends.

If you do not enroll in Medicare Part B when your employer coverage ends and you elect COBRA coverage instead, you may have to pay a Part B late enrollment penalty and you may have a gap in coverage if you decide you want Part B later. For more information visit https://www.medicare.gov/medicare-and-you.

If you elect COBRA coverage and then enroll in Medicare Part A or B before the COBRA coverage ends, the plan has the right to terminate your COBRA coverage early. However, if Medicare Part A or B was effective on or before the date of the COBRA election, COBRA coverage may not be discontinued on account of Medicare enrollment, even if you enroll in the other part of Medicare after the date you elect COBRA coverage.

If you are enrolled in COBRA coverage and Medicare at the same time, Medicare will generally pay first (primary payer), and COBRA will pay second. Certain COBRA plans may pay second to Medicare if you are eligible for Medicare, even if you are not enrolled. Before enrolling in COBRA, you should review the rules outlined in your carrier's Certificate of Coverage regarding the impact Medicare eligibility and/or enrollment will have on your COBRA coverage. More information is also available at www.medicare.gov/medicare-and-you.

**What factors should I consider when evaluating my options?**

When considering your options for health coverage, you may want to think about:

• Premiums: You will be charged 102% of the total plan cost (150% during a disability extension) for COBRA coverage.  Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.

• Provider Networks: If you're currently receiving care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network as you consider options for health coverage.

• Drug Formularies: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan.  You may want to check to see if your current medications are listed in drug formularies for other health coverage.

• Severance payments:  If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time.  In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.



• Service Areas: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.

• Other Cost-Sharing: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

**Notice procedures**

After you are enrolled in COBRA, if you need to provide notice of an event that would extend your COBRA coverage, or any other notice required to be provided to the Plan Administrator, the notice must be in writing and follow the process outlined below. Any attempted notice to the Plan Administrator that is not in writing (for example, an oral notification by telephone) will not be effective.

If you fax your notice, it must be faxed to (800)748-1582. If you email your notice, it must be emailed to cobra_administration@Insperity.com. Notices by fax or email must be received by the Plan Administrator no later than 5:00 p.m. CST on the last day of the notice period.

If you mail your written notice, it must be postmarked no later than the last day of the notice period and sent to the following address:

> Insperity Holdings, Inc.
> 19001 Crescent Springs Drive
> Kingwood, TX 77339

Your notice must include all of the following information, and will be rejected as insufficient if any of the following is not included:

• the name of the affected plan(s) (i.e., the "Insperity Group Health Plan," the "Insperity Health Care Flexible Spending Account Plan," or both),

• the full name and address of all individuals covered under the plan(s),

• a description of the event and the date it occurred (as applicable).

In addition to the above notification requirements, the following rules apply:

• If the notice relates to a disability extension, it must also include the disabled qualified beneficiary's name, the date the disability occurred, the date the Social Security Administration (SSA) made its determination of the disability, and proof of SSA's determination (such as a copy of the SSA determination letter).

• If you fail to provide notice of an event that causes your COBRA coverage to terminate before the end of the maximum coverage period (for example, a determination that a qualified beneficiary is no longer disabled), the Plan Administrator may terminate your coverage retroactively to the date coverage otherwise would have ceased.

**For more information**

This notice is a summary of your COBRA rights. It does not fully describe COBRA or other rights you may have under the plan(s). More information about COBRA and your rights can be found in the applicable summary plan description or upon request from the Plan Administrator. Insperity is the Plan Administrator and can be contacted via the address and phone number provided below:

> Insperity Holdings, Inc.
> COBRA Administration
> 19001 Crescent Springs Drive
> Kingwood, TX 77339
> (866) 715-3552



For more information about your rights under ERISA, COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at (866) 444-3272.

**Keep the Plan Administrator Informed of Address Changes**

To ensure you receive the necessary information concerning your rights, you should keep Insperity informed of any address changes. You can make address changes online through the COBRA self-service portal accessible through cobra.insperity.com, or via mail or email using the addresses listed in the "Notice Procedures" section above.

Sincerely,

Insperity COBRA Administration



# COBRA ELECTION FORM
## FOR COVERAGE UNDER THE INSPERITY GROUP HEALTH PLAN
## AND/OR THE INSPERITY HEALTH CARE FSA PLAN
### IMPORTANT: PLEASE RETAIN A COPY OF THIS COBRA ELECTION FORM FOR FUTURE REFERENCE.

To continue coverage under COBRA, you must enroll using one of the methods described in the attached notice. If you waive COBRA coverage before the "Last Day to Elect" noted below, you may change your mind as long as you submit a completed Election Form before that date. However, if you change your mind after waiving COBRA, your COBRA coverage cannot begin until you enroll for coverage and make your initial premium payment. If you do not enroll by the "Last Day to Elect" indicated below, you will lose your right to elect coverage. If you have questions about COBRA or need assistance enrolling, please contact Insperity at (866) 715-3552 between the hours of 8:00 am and 5:00 pm CST Monday through Friday.

**Instructions:**

To enroll using this form, please (i) complete the "Election Options" section below to indicate which plans and individuals are electing coverage, and (ii) sign and date the form and mail it to **Insperity Holdings, Inc., P. O. Box 2998, Omaha, NE 68103** or email it to cobra_administration@insperity.com.

Alternatively, you may elect coverage online through the COBRA self-service portal. Refer to the "New Member Login Notice" included in this package for instructions on how to set up your online account. (Note: if you choose not to enroll yourself in COBRA coverage but want to elect coverage for an eligible dependent, you must do so using this form; online enrollment is not available when electing COBRA coverage for dependents only.)

Before enrolling, please note:

The "Qualified Beneficiary" identified immediately below indicates only the primary qualified beneficiary. Covered family members can also be qualified beneficiaries if the qualifying event caused them to lose coverage under the plan(s). If you have covered dependents who are qualified beneficiaries, those dependents will be listed in the "Election Options" section below. COBRA gives each qualified beneficiary the right to elect coverage independently even if you do not elect coverage.

The "Premium Information" section below indicates the COBRA premium required to maintain the same coverage you had at the time of the qualifying event for the same dependents (if any). If you were covering one or more dependents at the time of the qualifying event, your Election Form will include an "Alternative Election Options" section. The purpose of the Alternative Election Options" section is to show you the difference in COBRA premium should one or more qualified beneficiaries not elect COBRA or want to elect COBRA separately from other qualified beneficiaries.

**Qualified Beneficiary(QB):**
BRUSHA MOORE
2120 ROYAL ACRES TRL
FRISCO, TX 75036

| | |
|---|---|
| Event Date: | 4/11/2025 |
| Event Type: | Termination |
| Second Event: | No |

**Premium Information:**

| Plan Name | Coverage Level | Pro-rated Premium | Monthly Premium |
|---|---|---|---|
| UnitedHealthcare Choice Plus HDHP 6350 Texas | QB Only | $414.51 | $654.48 |
| Bundle: Dental & Vision | QB Only | $27.01 | $42.65 |
| UnitedHealthcare Dental PPO 50 | | | |
| VSP Vision Service Plan | | | |
| **Total Premium:** | | $441.52 | $697.13 |

**Continuation Information:**

| Plan Name | First Day of COBRA | Last Day of COBRA | # Months of COBRA | Last Day To Elect | Initial Grace Period Days | Subsequent Grace Period Days |
|---|---|---|---|---|---|---|
| UnitedHealthcare Choice Plus HDHP 6350 Texas | 4/12/2025 | 4/11/2027 | 24 | 6/15/2025 | 45 | 30 |
| Bundle: Dental & Vision | 4/12/2025 | 10/11/2026 | 18 | 6/15/2025 | 45 | 30 |

**Election Options (Individuals Enrolled Prior to Qualifying Event):**

Please indicate the plan(s) you are electing by checking the corresponding "accept" box for each qualified beneficiary. There is no requirement to check the "waive" box or return this form if you do not want to enroll in COBRA coverage. Your failure to make an affirmative election to enroll in COBRA coverage will be considered a waiver of COBRA coverage.

| Name | Relationship |
|---|---|
| BRUSHA MOORE | QB |

Accept ☐ Waive ☐ UnitedHealthcare Choice Plus HDHP 6350 Texas
Accept ☐ Waive ☐ Bundle: Dental & Vision

By signing this document, I am confirming an election of COBRA coverage for the individuals and plans indicated above.

Signature _____ Date _____

*NOTE: If signature line is on a second page, be sure to include all pages of the election form. We will not be able to process your election without the entire form.



**Notice of 6-month state law continuation coverage right**

**(applies to most UnitedHealthcare coverage options)**

This notice describes a Texas state law that allows certain individuals enrolled in the Insperity Group Health Plan (Plan) to continue medical coverage for an additional 6-month period after the exhaustion of federal COBRA coverage. This right applies only to medical coverage for individuals enrolled in a "Texas-sitused" United Healthcare Choice Plus, PPO or Out-of-Area coverage option (generally, any such option other than those covering individuals in Nevada, Hawaii or South Carolina). Contact Insperity with questions regarding this 6-month state law continuation coverage.

If you are eligible for extended medical coverage under this law, the number of months of COBRA coverage reflected on the enclosed COBRA Election Form will include the 6-month extension. For example, if your qualifying event is a termination of employment and you are eligible for this 6-month extension, your COBRA Election Form will indicate that you are eligible for a total of 24 months of coverage (18 months of federal COBRA, plus an additional 6 months of Texas state continuation coverage). The medical coverage you have been receiving under federal COBRA will automatically transition to Texas state continuation coverage when your federal COBRA period ends.

If you elect federal COBRA coverage and you are eligible for this 6-month extension, no additional election is required on your part to extend your coverage, but you must continue to make your premium payments when due. Please reference the attached COBRA notice and COBRA Election Form for important information regarding how to elect and pay for continuation coverage.

### Right to Continued Group Health Coverage

Once you exhaust your federal COBRA coverage, and assuming premium payments are current through that date, you and your covered dependents, if any, are eligible for up to six months of additional <u>medical</u> coverage under Texas law.  Your right to continued group coverage under Texas law continues until the **earliest** of:

      (1) six months after the date your COBRA coverage ends;
      (2) the date you fail to make timely payments;
      (3) the date the employer's group coverage terminates in its entirety;
      (4) the date you are or could be covered under Medicare;
      (5) the date you become covered for similar benefits by another plan or program, including: (a) a hospital, surgical, medical, or major medical expense insurance policy; (b) a hospital or medical service subscriber contract; or (c) a medical practice or other prepayment plan;
      (6) the date you are or become eligible for similar benefits, whether or not covered for those benefits, under any arrangement of coverage for individuals in a group, whether on an insured or uninsured basis; or
      (7) the date similar benefits are provided or available to you under any state or federal law other than COBRA.

### Cost of Texas Continuation Coverage

The Plan charges the same monthly premium for Texas state continuation coverage as it does for federal COBRA. This means that unless your coverage changes (e.g., from family to individual coverage) or the Plan's costs change (e.g., an annual premium change), your medical premium cost should not change when you transition to Texas state continuation coverage.  However, because Texas state continuation coverage is not available for dental or vision coverage, your Texas continuation premium may be less than your federal COBRA premium if you were previously enrolled in those coverages.

If you have questions regarding your rights for continuation of your health insurance, contact Insperity at (866)715-3552.  If you have additional questions, you may contact the Texas Department of Insurance, toll-free, at (800) 252-3439.

*Si usted tiene una pregunta sobre sus derechos bajo el proceso de convertir o de continuar el seguro de salud, hable a Insperity al numero (866)715-3552. Si usted necesita mas informacion, se puede comunicar con el Departamento de Seguros de Texas al numero gratuito (800) 252-3439. Se habla espanol.*



**New Member Login Notice**

Your unique registration number is set out below. You will need this registration number (along with your Social Security number) to set up your account on Insperity's new COBRA self-service portal. To start the registration process, please follow the instructions below:

**REGISTRATION CODE  WSamaZNJ**

Registration steps:
1. Go to cobra.insperity.com.
2. Review the system information and elect "Manage COBRA Account."
3. Select "New User Registration."
4. Enter your registration number in the field for "Registration Code."
5. Enter the required user information.
6. Select "Submit Registration."
7. Review the New User License Agreement. Select "I Accept" and then "Submit."
8. You will then be allowed to enter your email address and create a unique username and password.
9. Select "Submit & Create Account."
10. After activating your account, you will be redirected to the log-in page. Sign in using your new credentials.
11. Complete the email validation by selecting "Send Validation Code." The email address you entered when you created your account will automatically populate. Follow the validation directions in the email.

If you have any questions about setting up your account on the new self-service portal, please contact Insperity at 866.715.3552.

Sincerely,

Insperity COBRA Administration



*Online Benefits Enrollment/Change Request*
*Confirmation*

Insperity Contact Center: 866.715.3552 (weekdays, 7 a.m. to 7 p.m. CT) ▪ Insperity Premier™: <u>portal.insperity.com</u>

**This confirms that you submitted your online request for enrollment/change in coverage under the <u>Insperity® Group Health Plan</u> on the date shown below:**

| | |
|---|---|
| Date Online Request Submitted: | 2/17/2025 12:38 PM |
| Confirmation No: | 9HXC3PQBES |

## Employee Identification

| | |
|---|---|
| Employee Name: | Brusha  Moore |
| Employee Identification No: | 4688180 |
| Employee Address: | 2120 ROYAL ACRES TRL  / FRISCO / TX / 75036 |
| Client Company No: | 6134300 |
| Client Company Name: | MY POSSIBILITIES |

## Your Benefits Enrollment

| | |
|---|---|
| Enrollment Type: | New Enrollment |
| Coverage Effective Date*: | 01/21/2025 |
| Elected Medical Coverage Tier: | Employee |
| Elected Dental/Vision Coverage Tier: | Employee |

*\*Your Coverage Effective Date shown on this confirmation page is calculated based on information available to Insperity at the time of your online enrollment.  Any documentation or information received after your online enrollment was submitted that changes your employment or enrollment data (such as a different hire date) may result in a revised Coverage Effective Date.  As a result, the Coverage Effective Date provided in the written confirmation of enrollment that Insperity will mail to you should be considered your Coverage Effective Date of record.*

Please review carefully your benefits enrollment election(s) listed below.  If you need to make any changes, **and are still within your enrollment eligibility period**, please visit Benefits under My Account of Insperity Premier™ and make your changes online.  If you are unable to make changes to your election online, please contact the Insperity Contact Center by phone toll-free at **866.715.3552** (weekdays, 7 a.m. to 7 p.m. CT), or by email at <u>contactcenter@insperity.com</u>.

If needed, you may correct or make changes to any of your **personal** information (i.e., address, telephone number, client company name, etc.) online at <u>portal.insperity.com</u>, or by contacting the Insperity Contact Center Changes to your personal information can be made any time, regardless of whether or not you are still within your eligibility period.

To help explain the coverage you have elected, Insperity provides an easy-to-understand **Summary of Benefits and Coverage** (SBC) that includes important information about your elected coverage option, presented in a standardized format to make it easy to compare across options, and a uniform **Glossary** that defines commonly used terms.  These and other important documents are available online in Insperity Premier at <u>portal.insperity.com</u> under Benefits.  You may also call at the Contact Center at **866.715.3552** to request that copies of Insperity SBCs and/or the Glossary be sent to you free of charge.

In addition to this online confirmation page, you will also receive a mailed Group Health Plan enrollment confirmation letter from Insperity for the benefits coverage(s) you have elected.  This letter will contain important information about your COBRA benefits continuation rights that you should retain for your records.

*Please see Page 2 of this confirmation for your health care benefits coverage election(s) or change(s) and a list of the dependents you have selected to cover (or drop from coverage).*

**Client No.**  6134300                    **Employee ID No.**  4688180



*Online Benefits Enrollment/Change Request*
*Confirmation*

## Health Care Benefits Coverage you Elected or Changed:

| Coverage Type | Coverage Option | Group No. | Effective Date of Election or Change | Status |
|---|---|---|---|---|
| Dental | UnitedHealthcare Dental PPO 50 | 701648 | 01/21/2025 | Enrolled |
| Vision | VSP Vision Service Plan | 701648 | 01/21/2025 | Enrolled |
| Medical | UnitedHealthcare Choice Plus HDHP 6350 | 701648 | 01/21/2025 | Added |

## Individuals you Selected to be Covered or Terminated from Coverage:

| Participant Name | Social Security No. | Gender | Date of Birth | Relationship | Effective Date of Election or Change | Medical | Dental/Vision |
|---|---|---|---|---|---|---|---|
| Brusha  Moore | ▉▉▉▉ |  | 11/01/1989 | Employee | 01/21/2025 | Enrolled | Enrolled |

1.  *Employee attested that this dependent is under one year of age.  Please provide a Social Security Number for this dependent as soon as one is obtained.*
2.  *Employee attested that this dependent is a non-resident alien, and is therefore exempt from the requirement to provide a Social Security Number.*
3.  *Employee attested that this dependent either is presently or was previously enrolled in Medicare Part A or B.  This dependent's Social Security Number is required to complete Insperity's Group Health Plan enrollment records – please provide as soon as possible.*
4.  *Employee attested that this dependent is not a non-resident alien and neither presently nor previously enrolled in Medicare Part A or B.*

**IMPORTANT:  If any enrolled dependent loses eligibility under the Insperity Group Health Plan, it is your responsibility to notify Insperity of such change as soon as possible.**

**Employee E-Signature**  Brusha  Moore

**Date Signed**  2/17/2025 12:38 PM       **Time Zone**  Central Standard Time

**Premier**

**Login**  smoore@mptx.org



*Terms and Conditions*
*Group Health Plan*

**Your electronic signature acknowledges that you have read and agreed to the following Terms and Conditions and that all information and statements provided in the online enrollment process (including with respect to you or your dependents' eligibility) are accurate and complete to the best of your knowledge and belief.**

- I am requesting the enrollment/change designated. I agree to pay any required contributions, and authorize all applicable reductions from my compensation in payment of any required contributions. I further understand that the deductions I have authorized from my pay will include deductions for any contributions owed by me for coverage beginning on the effective date regardless of when this form is submitted.

- I have been provided the opportunity to enroll based on having satisfied all eligibility requirements at the time coverage takes effect. If I never become an employee under the terms of my employment agreement with Insperity, or otherwise do not meet the eligibility requirements, I will not be covered under the plan. This enrollment request does not constitute a contract to provide group health plan coverage.

- I understand that any material misstatements, misrepresentations or omissions (including with respect to my own or my dependents' eligibility) may result in coverage being void as of its effective date. I also understand that the failure to notify Insperity of an enrolled dependent's loss of eligibility may result in the retroactive termination of coverage as of the date of such loss.

- I understand that all coverage elected is subject to the terms of the Insperity Group Health Plan, including applicable insurance documents. The Summary Plan Description and Insurer Benefits Description can be found on Insperity Premier™ at portal.insperity.com. A copy of the documents may be sent free of charge by contacting the Insperity Contact Center by calling 866-715-3552 (weekdays between 7a.m. and 7 p.m. CT), or email contactcenter@insperity.com.

- If I have elected high deductible health plan (HDHP) coverage, I also authorize the transmission of identifying data to Insperity's health savings account (HSA) vendor. If I choose to make HSA contributions through the HSA Program, I authorize the reduction of my compensation on a pre-tax/post-tax basis (as applicable) for any required HSA contributions.

- I understand that the reduction in my compensation authorized pursuant to these Terms of Participation will be in addition to any reductions under other agreements or benefits plans.

- I understand that I cannot change or revoke my enrollment election (including an election of no coverage) until the next open enrollment period, unless a mid-year election change event occurs that lets me cancel or change my election mid-year.

- If eligible, I elect to participate in the Insperity Group Health Plan Cafeteria Plan, and authorize Insperity to reduce my compensation on a pre-tax basis by an amount equal to my required contribution for coverage. If not eligible for cafeteria plan participation, my compensation will be reduced on an after-tax basis by an amount equal to the required contribution for coverage.

- I understand that I will not be eligible to participate in the Insperity Group Health Plan Cafeteria Plan if the Plan Administrator determines that I do not satisfy the eligibility rules of the cafeteria plan as of the date my election would have been effective, and in such case Insperity will treat as taxable income any pre-tax contributions made while ineligible.

- I understand that the Plan Administrator (in its discretion and with or without my consent) may deem taxable any or all of my contributions at any time to the extent it deems appropriate for compliance with applicable law or the terms of the applicable plan.

- I understand that the amount of my required contribution for coverage (and corresponding compensation reduction) is subject to change, and that the administrator for the applicable plan may change or cancel the amount of my compensation reduction in accordance with the terms of such plan(s), in its sole discretion and to the extent it deems appropriate for compliance with applicable law or the terms of such plan(s).

**State Required Acknowledgments of Waived Health Benefits**

**Hawaii Residents.** If you waive medical coverage and you live in Hawaii, you must complete and return to Insperity the State of Hawaii Form HC-5 Employee Notification to Employer. Employees who waive medical coverage and who live in Hawaii will be required to complete and return a Form HC-5 annually. Insperity will provide Hawaii employees with the HC-5 form as applicable.

**Other States/Municipal Entities Which Require Acknowledgments of Waived Benefits.** If you waive medical coverage and you live or work in one of the states or municipal entities listed below, you may be required to complete a specific form to acknowledge that you have waived coverage upon your initial eligibility for enrollment, and each year thereafter in which medical coverage is waived. Such forms are required **only** if your client company is subject to or covered under a specific Health Care Ordinance. Please ask your company if you are required to complete one of the following forms. Your company will maintain these forms for their records. You are **not** required to submit a copy for Insperity's records.

- **Massachusetts** – *Employee Health Insurance Reporting and Disclosure Form*
- **San Francisco** – *Employee Voluntary Waiver*
- **Vermont** – *Vermont Department of Labor Declaration of Health Care Coverage*



**Online Basic Life and AD&D Insurance**
**Beneficiary Designation(s)**
**Confirmation**

This confirms that you have submitted your online beneficiary designation for the Insperity Basic (employer-paid) Life Insurance/Accidental Death & Dismemberment (AD&D) Insurance policy, FLX-051416, through Cigna, on the date shown below:

**Date Online Request Submitted:** 1/22/2025 8:55 PM        **Confirmation No:** 011VVM0661

<u>Employee Identification</u>

**Employee Name:**                          **Employee Address:**
Brusha  Moore                               2120 ROYAL ACRES TRL  / FRISCO / TX / 75036

**Basic Life and AD&D (Policy FLX-051416) Primary Beneficiaries You Designated:**

| Beneficiary Name | Address | Country | Gender (M/F) | Date of Birth | SSN or Tax ID | Percent (%) | Relationship |
|---|---|---|---|---|---|---|---|
| Rosie  Morton | 19130 Highway 61 North, Lyon, MS 38645 | United States | F | 11/28/1968 | ■■■ | 50.00 % | Parent |
| Korbin S Roberts | 2120 Royal Acres Trl, Frisco, TX 75036 | United States | M | 11/17/2010 | ■■■ | 50.00 % | Child |

**Basic Life and AD&D (Policy FLX-051416) Contingent Beneficiaries You Designated:**

| Beneficiary Name | Address | Country | Gender (M/F) | Date of Birth | SSN or Tax ID | Percent (%) | Relationship |
|---|---|---|---|---|---|---|---|
| L.T.  Moore | 307 Eleitha Street P.O. Box 214, Jonestown, MS 38639 | United States | M | 01/11/1957 | ■■■ | 100.00% | Parent |

You may review and change your Basic (employer-paid) Life/AD&D Beneficiary Designation(s) at any time online by visiting My Account on Insperity Premier™ at portal.insperity.com. This beneficiary designation applies only to Insperity's Basic Life Insurance and Accidental Death & Dismemberment (AD&D) policy FLX-051416, through Cigna. Any Basic Life/AD&D beneficiary designations (online or paper versions) you submit to Insperity, dated later than this designation, will supersede any prior designations. Additional information regarding the Basic (employer-paid) Life/AD&D coverage may also be found online at portal.insperity.com.

**Employee Signature:** Brusha  Moore                    **Date Signed:** 1/22/2025 8:55 PM
**Time Zone:** Central Standard Time    **Premier Login:**  smoore@mptx.org    **Client No:** 6134300    **Employee ID No:** 4688180



*Online Benefits Enrollment/Change Request*
*Confirmation*

Insperity Contact Center: 866.715.3552 (weekdays, 7 a.m. to 7 p.m. CT) ▪ Insperity Premier™: portal.insperity.com

**This confirms that you submitted your online request for enrollment/change in coverage under the <u>Insperity® Group Health Plan</u> on the date shown below:**

| | |
|---|---|
| Date Online Request Submitted: | 1/23/2025 4:40 PM |
| Confirmation No: | PWLXDFGFI0 |

## Employee Identification

| | |
|---|---|
| Employee Name: | Brusha  Moore |
| Employee Identification No: | 4688180 |
| Employee Address: | 2120 ROYAL ACRES TRL  / FRISCO / TX / 75036 |
| Client Company No: | 6134300 |
| Client Company Name: | MY POSSIBILITIES |

## Your Benefits Enrollment

| | |
|---|---|
| Enrollment Type: | New Enrollment |
| Coverage Effective Date*: | 01/21/2025 |
| Elected Medical Coverage Tier: | Employee |
| Elected Dental/Vision Coverage Tier: | Employee |

*\*Your Coverage Effective Date shown on this confirmation page is calculated based on information available to Insperity at the time of your online enrollment.  Any documentation or information received after your online enrollment was submitted that changes your employment or enrollment data (such as a different hire date) may result in a revised Coverage Effective Date.  As a result, the Coverage Effective Date provided in the written confirmation of enrollment that Insperity will mail to you should be considered your Coverage Effective Date of record.*

Please review carefully your benefits enrollment election(s) listed below.  If you need to make any changes, **and are still within your enrollment eligibility period**, please visit Benefits under My Account of Insperity Premier™ and make your changes online. If you are unable to make changes to your election online, please contact the Insperity Contact Center by phone toll-free at **866.715.3552** (weekdays, 7 a.m. to 7 p.m. CT), or by email at contactcenter@insperity.com.

If needed, you may correct or make changes to any of your **personal** information (i.e., address, telephone number, client company name, etc.) online at portal.insperity.com, or by contacting the Insperity Contact Center Changes to your personal information can be made any time, regardless of whether or not you are still within your eligibility period.

To help explain the coverage you have elected, Insperity provides an easy-to-understand **Summary of Benefits and Coverage** (SBC) that includes important information about your elected coverage option, presented in a standardized format to make it easy to compare across options, and a uniform **Glossary** that defines commonly used terms.  These and other important documents are available online in Insperity Premier at portal.insperity.com under Benefits.  You may also call at the Contact Center at **866.715.3552** to request that copies of Insperity SBCs and/or the Glossary be sent to you free of charge.

In addition to this online confirmation page, you will also receive a mailed Group Health Plan enrollment confirmation letter from Insperity for the benefits coverage(s) you have elected.  This letter will contain important information about your COBRA benefits continuation rights that you should retain for your records.

*Please see Page 2 of this confirmation for your health care benefits coverage election(s) or change(s) and a list of the dependents you have selected to cover (or drop from coverage).*

**Client No.** 6134300          **Employee ID No.** 4688180



*Online Benefits Enrollment/Change Request Confirmation*

**Health Care Benefits Coverage you Elected or Changed:**

| Coverage Type | Coverage Option | Group No. | Effective Date of Election or Change | Status |
|---|---|---|---|---|
| Dental | UnitedHealthcare Dental PPO 50 | 701648 | 01/21/2025 | Added |
| Vision | VSP Vision Service Plan | 701648 | 01/21/2025 | Added |
| Medical | UnitedHealthcare Choice Plus 1500 | 701648 | 01/21/2025 | Added |

**Individuals you Selected to be Covered or Terminated from Coverage:**

| Participant Name | Social Security No. | Gender | Date of Birth | Relationship | Effective Date of Election or Change | Medical | Dental/Vision |
|---|---|---|---|---|---|---|---|
| Brusha  Moore | ███████ | | 11/01/1989 | Employee | 01/21/2025 | Added | Added |

1. *Employee attested that this dependent is under one year of age.  Please provide a Social Security Number for this dependent as soon as one is obtained.*
2. *Employee attested that this dependent is a non-resident alien, and is therefore exempt from the requirement to provide a Social Security Number.*
3. *Employee attested that this dependent either is presently or was previously enrolled in Medicare Part A or B.  This dependent's Social Security Number is required to complete Insperity's Group Health Plan enrollment records – please provide as soon as possible.*
4. *Employee attested that this dependent is not a non-resident alien and neither presently nor previously enrolled in Medicare Part A or B.*

**IMPORTANT:  If any enrolled dependent loses eligibility under the Insperity Group Health Plan, it is your responsibility to notify Insperity of such change as soon as possible.**

**Employee E-Signature**  Brusha  Moore

**Date Signed**  1/23/2025 4:40 PM          **Time Zone**  Central Standard Time

**Premier**

**Login**  smoore@mptx.org



*Terms and Conditions*
*Group Health Plan*

**Your electronic signature acknowledges that you have read and agreed to the following Terms and Conditions and that all information and statements provided in the online enrollment process (including with respect to you or your dependents' eligibility) are accurate and complete to the best of your knowledge and belief.**

- I am requesting the enrollment/change designated. I agree to pay any required contributions, and authorize all applicable reductions from my compensation in payment of any required contributions. I further understand that the deductions I have authorized from my pay will include deductions for any contributions owed by me for coverage beginning on the effective date regardless of when this form is submitted.

- I have been provided the opportunity to enroll based on having satisfied all eligibility requirements at the time coverage takes effect. If I never become an employee under the terms of my employment agreement with Insperity, or otherwise do not meet the eligibility requirements, I will not be covered under the plan. This enrollment request does not constitute a contract to provide group health plan coverage.

- I understand that any material misstatements, misrepresentations or omissions (including with respect to my own or my dependents' eligibility) may result in coverage being void as of its effective date. I also understand that the failure to notify Insperity of an enrolled dependent's loss of eligibility may result in the retroactive termination of coverage as of the date of such loss.

- I understand that all coverage elected is subject to the terms of the Insperity Group Health Plan, including applicable insurance documents. The Summary Plan Description and Insurer Benefits Description can be found on Insperity Premier™ at portal.insperity.com. A copy of the documents may be sent free of charge by contacting the Insperity Contact Center by calling 866-715-3552 (weekdays between 7a.m. and 7 p.m. CT), or email contactcenter@insperity.com.

- If I have elected high deductible health plan (HDHP) coverage, I also authorize the transmission of identifying data to Insperity's health savings account (HSA) vendor. If I choose to make HSA contributions through the HSA Program, I authorize the reduction of my compensation on a pre-tax/post-tax basis (as applicable) for any required HSA contributions.

- I understand that the reduction in my compensation authorized pursuant to these Terms of Participation will be in addition to any reductions under other agreements or benefits plans.

- I understand that I cannot change or revoke my enrollment election (including an election of no coverage) until the next open enrollment period, unless a mid-year election change event occurs that lets me cancel or change my election mid-year.

- If eligible, I elect to participate in the Insperity Group Health Plan Cafeteria Plan, and authorize Insperity to reduce my compensation on a pre-tax basis by an amount equal to my required contribution for coverage. If not eligible for cafeteria plan participation, my compensation will be reduced on an after-tax basis by an amount equal to the required contribution for coverage.

- I understand that I will not be eligible to participate in the Insperity Group Health Plan Cafeteria Plan if the Plan Administrator determines that I do not satisfy the eligibility rules of the cafeteria plan as of the date my election would have been effective, and in such case Insperity will treat as taxable income any pre-tax contributions made while ineligible.

- I understand that the Plan Administrator (in its discretion and with or without my consent) may deem taxable any or all of my contributions at any time to the extent it deems appropriate for compliance with applicable law or the terms of the applicable plan.

- I understand that the amount of my required contribution for coverage (and corresponding compensation reduction) is subject to change, and that the administrator for the applicable plan may change or cancel the amount of my compensation reduction in accordance with the terms of such plan(s), in its sole discretion and to the extent it deems appropriate for compliance with applicable law or the terms of such plan(s).

---

**State Required Acknowledgments of Waived Health Benefits**

**Hawaii Residents.** If you waive medical coverage and you live in Hawaii, you must complete and return to Insperity the State of Hawaii Form HC-5 Employee Notification to Employer. Employees who waive medical coverage and who live in Hawaii will be required to complete and return a Form HC-5 annually. Insperity will provide Hawaii employees with the HC-5 form as applicable.

**Other States/Municipal Entitles Which Require Acknowledgments of Waived Benefits.** If you waive medical coverage and you live or work in one of the states or municipal entities listed below, you may be required to complete a specific form to acknowledge that you have waived coverage upon your initial eligibility for enrollment, and each year thereafter in which medical coverage is waived. Such forms are required **only** if your client company is subject to or covered under a specific Health Care Ordinance. Please ask your company if you are required to complete one of the following forms. Your company will maintain these forms for their records. You are **not** required to submit a copy for Insperity's records.

- **Massachusetts** – *Employee Health Insurance Reporting and Disclosure Form*
- **San Francisco** – *Employee Voluntary Waiver*
- **Vermont** – *Vermont Department of Labor Declaration of Health Care Coverage*

**Insperity.**
*HR that Makes a Difference®*

January 22, 2025

000450  T2  P1 **********AUTO**MIXED AADC 773
6134300 4688180 Exchange Notice
Brusha Moore
2120 Royal Acres Trl
Frisco TX 75036-8706

# Health Insurance Marketplace Coverage Options and Your Health Coverage

## General Information

To assist you as you evaluate health insurance options for you and your family, this notice provides some basic information about the Health Insurance Marketplace as well as information on the employer-sponsored health coverage that may be available to you as an employee. This notice is provided to you on behalf of Insperity and MY POSSIBILITIES as your co-employers.

## What is the Health Insurance Marketplace?

The Marketplace is a place to find and compare private health insurance options. If you purchase health insurance through the Marketplace, you may be eligible for a premium tax credit that lowers your monthly premium right away. Each fall the Marketplace holds an open enrollment period for coverage starting as early as January 1 of the following year. More information on the marketplace's annual open enrollment period, as well as other opportunities that may allow you to enroll in Marketplace coverage, can be found at Healthcare.gov.

## Can I save money on my health insurance premiums in the Marketplace?

You may qualify to save money and lower your monthly premium, but only if your employer does not offer you coverage or offers you coverage that doesn't meet certain standards. The savings on your premium that you're eligible for depends on your household income.

## Does employer health coverage affect eligibility for premium savings through the Marketplace?

Yes. If you have an offer of health coverage from your employer that meets certain standards, you will not be eligible for a tax credit through the Marketplace and may wish to enroll in your employer's health plan. However, you may be eligible for a tax credit that lowers your monthly premium, or a reduction in cost-sharing, if your employer does not offer coverage to you at all or does not offer coverage that meets certain standards.

If the cost of employer coverage for just you (not including other members of your family) is more than a certain percent of your household income for the year (9.02% for 2025), or if the coverage your employer provides does not meet the "minimum value" standard set by the Affordable Care Act, you may be eligible for a premium tax credit. (An employer-sponsored health plan meets the minimum value standard if the plan's share of the total allowed benefit cost covered by the plan is no less than 60% of such cost.)

**Insperity.**
*HR that Makes a Difference®*

NOTE:  If you purchase a health plan through the Marketplace instead of enrolling in health coverage offered by your employer, you will lose any contribution made by your employer to help reduce the cost of your employer-sponsored coverage. Also, this employer contribution – as well as your employee contribution to employer-offered coverage – is often excluded from income for federal and state income tax purposes. Your payments for coverage through the Marketplace are made on an after-tax basis.

## How can I get more information?

For more information about the employer-sponsored health coverage that may be available to you as an employee, please contact Insperity at 866.715.3552 (contact_center@insperity.com).

The Marketplace can help you evaluate your coverage options, including your eligibility for coverage through the Marketplace and its cost. Please visit HealthCare.gov for more information, including an online application for health insurance coverage and contact information for a Health Insurance Marketplace in your area.

## Information about Health Coverage Offered by Your Employer

This section contains information about the employer-sponsored health coverage (Plan) provided to eligible employees at and their dependents through the co-employment relationship with Insperity.

If you decide to complete an application for Marketplace coverage, and you are also eligible for coverage under the Plan, you should use the information provided below when completing the Marketplace application. This information is numbered to correspond to the Marketplace application.

3.      **Employer: Insperity PEO Services, L.P.**

4.      **Employer Identification Number (EIN): 76-0689539**

5.      **Employer Street Address:  19001 Crescent Springs Drive**

6.      **Employer Phone Number:  866.715.3552**

7.      **City:  Kingwood**

8.      **State:  Texas**

9.      **ZIP Code:  77339-3802**

10.     **Who can we contact about employee health coverage at this job?  Insperity Contact Center**

11.     **Phone Number (if different from above):  866.715.3552**

12.     **Email Address:  contact_center@insperity.com**

**Insperity.**
*HR that Makes a Difference®*

Following is additional information about Plan coverage that can be used to complete a Marketplace application:

- Health coverage under the Plan is generally available to full-time employees working, on average, 30 or more hours per week (20 hours or more per week in Hawaii), after any applicable waiting period has been satisfied. Certain individuals may not be eligible for coverage. For more information on eligibility requirements, please contact Insperity at 866.715.3552 (contact_center@insperity.com).

- Health coverage under the Plan is also available to eligible dependents. Eligible dependents include a spouse, domestic partner, and child under age 26. For more information on eligible dependents, please contact Insperity at 866.715.3552 (contact_center@insperity.com).

- All coverage under the plan for employees and dependents satisfies the "minimum value" standard (described in more detail on page 1).

- Coverage under the Plan is intended to be affordable for any given month if employee-only coverage under the lowest cost coverage option does not exceed a certain percent of the annual federal poverty line in the employee's state of residence, divided by 12 (9.02% for 2025). If you have questions about the annual federal poverty line in your state or the lowest cost coverage option available under the Plan, please contact Insperity at 866.715.3552 (contact_center@insperity.com).

Even if your employer intends your coverage to be affordable, you may still be eligible for a premium discount through the Marketplace. The Marketplace will use your household income, along with other factors, to determine whether you may be eligible for a premium discount. If, for example, your wages vary from week to week (perhaps you are an hourly employee or you work on a commission basis), if you are newly employed mid-year, or if you have other income losses, you may still qualify for a premium discount. If you decide to shop for coverage in the Marketplace, HealthCare.gov will guide you through the process.

# ≋ **Insperity.**
*HR that Makes a Difference®*

**YOUR 30-DAY ENROLLMENT PERIOD IS FROM**
# 01/21/2025 to 02/19/2025
Enroll by 11:59 CT on the last day of your enrollment period
**For coverage effective** Jan 21, 2025

01/25/2025



6134300 4688180 Offer of Coverage
NonOT 2025 Independence Value Choice 33
000709
Brusha Moore
2120 Royal Acres Trl
Frisco, TX 75036-8706

**SUBJECT:** **Your enrollment opportunity for the Insperity Group Health Plan**

Dear Brusha Moore,

**You have a new enrollment opportunity for health coverage through the Insperity Group Health Plan, as well as for guaranteed issue of any voluntary benefits you would like to apply for at this time.**

To assist you with your enrollment decisions, enclosed you will find:

- **A summary of the coverage options and contribution rates available to you during this opportunity.** The contribution rates in this summary are current as of the date of this letter, however, the rates that you see in the Insperity Premier™ platform at the time you make your elections will be the rates that apply when your coverage goes into effect.

- **An Insperity Benefits Book.** This provides an overview of all the benefits in your Insperity benefits package, including deductible, annual out-of-pocket maximum, coinsurance, and copay information for all medical coverage options available to you by carrier and region. It also provides eligibility requirements for coverage, as well as enrollment instructions.

- **A Voluntary Benefits Book.** During this enrollment opportunity, you can also apply for guaranteed issue of New York Life voluntary benefits such as term life coverage for yourself and any eligible dependents. The *Voluntary Benefits Book* provides complete details on available coverage amounts and rates. For coverage over guaranteed issue amounts, or for any amount of coverage elected outside of your 30-day enrollment period, proof of good health will be required.

- **The Insperity Benefits Quick Guide to Coverage and Care** provides Member Services information for each Insperity Group Health Plan insurance carrier, including phone numbers, websites, and apps. It also includes instructions for accessing ID cards, telemedicine providers, and other resources available through your selected carrier.

- **Important legal notices regarding Insperity Group Health Plan participation.** These include the Notice of Privacy Practices for the Insperity Group Health Plan and Medicare Part D Notice.

**Enroll online**

Log on to Insperity Premier at portal.insperity.com and select "Benefits" to view your available enrollment opportunities, enrollment deadlines, and current contribution rates. You can also view a self-paced orientation presentation for an overview of your Insperity benefits, and access Insperity's interactive enrollment tool ALEX® to explain your options and help find the most cost-effective coverage based on your estimated medical needs.

**When coverage takes effect**

**Participation in the Insperity Group Health Plan is not automatic. You must enroll during this opportunity if you wish to be covered under the Insperity Group Health Plan.**

If you choose to enroll during this opportunity, your Insperity Group Health Plan coverage will be effective as of the first day of your 30-day enrollment period. Please note that this offer of coverage only applies if you are (or become) an employee of Insperity and satisfy all eligibility requirements as of your coverage effective date. If you never become an Insperity employee, or do not otherwise meet eligibility requirements for the Insperity Group Health Plan, you will not be covered.

**No online access or need assistance?**

**If you need assistance with enrollment, or you receive this letter after your enrollment opportunity has ended, please call the Insperity Contact Center at 866-715-3552, weekdays from 7 a.m. to 7 p.m. Central time.**

MP 000112



**Your New Enrollment Opportunity for the Insperity Group Health Plan is from 01/21/2025 to 02/19/2025**

**The first day of your initial enrollment period is also your coverage effective date.**

After this initial enrollment opportunity, your next opportunity to enroll, terminate, or make changes to your coverage will be your annual open enrollment period - unless you experience a qualifying life event that allows you to make changes.

**Your Medical Coverage Options and Monthly Contribution Rates\* for Coverage Effective Jan 21, 2025**

| Medical Coverage | Employee Only | Employee & Spouse | Employee & Child | Employee & Children | Employee & Family |
|---|---|---|---|---|---|
| UnitedHealthcare Choice Plus 1500 | $324.83 | $864.82 | $696.07 | $696.07 | $1,170.55 |
| UnitedHealthcare Choice Plus 2500 | $269.69 | $762.02 | $597.00 | $597.00 | $1,015.42 |
| UnitedHealthcare Choice Plus 4000 | $291.18 | $794.73 | $631.58 | $631.58 | $1,067.75 |
| UnitedHealthcare Choice Plus 6000 | $231.38 | $671.38 | $518.51 | $518.51 | $887.40 |
| UnitedHealthcare Primary Advantage CP 0 | $291.18 | $799.40 | $636.25 | $636.25 | $1,073.36 |
| UnitedHealthcare Primary Advantage CP 4500 | $188.39 | $584.47 | $440.94 | $440.94 | $756.57 |
| UnitedHealthcare Primary Advantage CP 5000 | $136.99 | $476.06 | $340.95 | $340.95 | $593.96 |
| UnitedHealthcare Primary Advantage CP 6500 | $129.52 | $460.18 | $328.81 | $328.81 | $573.41 |
| UnitedHealthcare Choice Plus HDHP 3300 | $137.26 | $475.19 | $343.94 | $343.94 | $599.46 |
| UnitedHealthcare Choice Plus HDHP 5000 | $71.33 | $335.10 | $213.73 | $213.73 | $391.79 |
| UnitedHealthcare Choice Plus HDHP 6350 | $83.69 | $364.76 | $241.75 | $241.75 | $432.16 |

**Your Insperity Group Health Plan elections must be submitted by 11:59 p.m. Central time on Feb 19, 2025**

*\*The per pay period contribution amount for each option is determined by taking the Monthly Contribution Rate reflected above, multiplying by 12, and dividing by 26, 52, 24 or 12, depending on your pay frequency. The per pay period contribution amount will apply to every pay date falling in the coverage period and will be adjusted for enrollment changes occurring within a pay period.*



**Your Dental and Vision Monthly Contribution Rates\* for Coverage Jan 21, 2025**

| Dental Coverage | Employee Only | Employee & Spouse | Employee & Child | Employee & Children | Employee & Family |
|---|---|---|---|---|---|
| UnitedHealthcare Dental PPO 50 | $18.00 | $43.27 | $53.73 | $53.73 | $86.28 |

**Your Insperity Group Health Plan elections must be submitted by 11:59 p.m. Central time on Feb 19, 2025**

*\*The per pay period contribution amount for each option is determined by taking the Monthly Contribution Rate reflected above, multiplying by 12, and dividing by 26, 52, 24 or 12, depending on your pay frequency. The per pay period contribution amount will apply to every pay date falling in the coverage period and will be adjusted for enrollment changes occurring within a pay period.*

**Insperity.**
*HR that Makes a Difference®*

February 28, 2025

6134300 4688180 WELCOME GHP INITIAL COBRA
000242  T1  P17 *************AUTO**3-DIGIT 750
Brusha Moore
2120 Royal Acres Trl
Frisco TX 75036-8706

**Your Enrollment in the Insperity Group Health Plan and Notice of Continuation Coverage Rights Under COBRA**

Dear Brusha Moore:

Our records indicate that you recently enrolled yourself (and/or one or more dependents) in coverage under the Insperity Group Health Plan (Plan). You can access information on your coverage, including the cost of coverage and the names of any covered dependents, online through the Insperity Premier™ platform at portal.insperity.com.

You can also  access important Plan documents and information through Insperity Premier, including:

- **Summary Plan Description (SPD).** The SPD sets out the Plan's eligibility rules, explains other laws that may impact your Plan coverage (such as FMLA and COBRA), and provides other important information.

- **Insurer's Certificate or Evidence of Coverage.** This document is issued by the insurance carrier and considered part of the SPD. It provides detailed information about the benefits available under your coverage option(s).

- **Summary of Material Modifications (SMM).** The SMM is issued at the end of each year and updates the SPD. It outlines important changes to Plan coverage for the next Plan year, so watch for this document and note any changes that may impact your coverage.

- **Qualifying Life Events.** You will not be able to change or revoke your coverage outside of the annual open enrollment period unless you experience a qualifying life event (such as marriage, divorce, birth of a child, or change in employment status). You can request a mid-year change due to a qualifying life event online.

- **Summary of Benefits and Coverage (SBC) and Glossary of Health Coverage and Medical Terms.** The SBC summarizes important information about your medical coverage in a standardized format, which makes it easy to compare options. The Glossary of Health Coverage and Medical Terms explains common terms used in the SBC and other carrier-produced documents.

If you do not have online access to these documents, you can request copies free of charge by contacting Insperity.

**Initial COBRA notice enclosed**

Enclosed is a Notice of Continuation Coverage Rights Under COBRA. This notice has important information about your right to COBRA continuation coverage, which is a temporary extension of Plan coverage when coverage would otherwise end due to certain circumstances.

This notice generally explains COBRA coverage, when it may become available to you and any covered dependents, and what you need to do to protect your right to get it. Note that certain events – such as death or divorce – require you to provide notice to the Plan within a certain period of time in order to exercise your right to COBRA coverage. Refer to the enclosed Notice for more information. Please take the time to read this Notice carefully, and keep it in your files for reference.

**Important notice regarding eligibility for coverage**

You were provided with the opportunity to enroll in the Plan based on the representation by your client company that you are (or will be) an employee of Insperity who has satisfied all eligibility requirements at the time your Plan coverage takes effect. If you never become an employee under the terms of your employment agreement with Insperity, or otherwise do not meet the Plan's eligibility requirements, you will not be covered under the Plan. Your enrollment in the Plan does not constitute a contract to provide group health plan coverage.

**Insperity is here to help**

We look forward to serving you and helping you make the most of your Insperity employee benefits. If you have any questions, please contact the Insperity Contact Center at 866.715.3552, weekdays from 7 a.m. to 7 p.m. CT.

MP 000116



# NOTICE OF CONTINUATION COVERAGE RIGHTS UNDER COBRA

This notice contains important information about your right to COBRA continuation coverage ("COBRA").

COBRA is a temporary extension of your group health coverage that includes any coverage you have under the Insperity Group Health Plan or the Insperity Health Care Flexible Spending Account Plan (individually a "Plan" and collectively the "Plans"). **This notice generally explains COBRA, when it may be available to employees and certain of their covered family members, what must be done to protect the right to receive COBRA, and provides information you should consider before electing COBRA, such as other coverage alternatives.** If you receive this notice because a qualifying event has occurred, you will also receive COBRA Enrollment Form materials provided by the Plan Administrator. These materials include important information about qualified beneficiary(ies) for such event and election rights under COBRA.

The right to COBRA was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985. To the extent required by this law and as described in this notice, COBRA can become available to an employee, his or her covered spouse or domestic partner, and dependent children when group health plan coverage would otherwise be lost due to certain "qualifying events" described below. For additional information about your rights and obligations under a Plan and under federal law, you should review such Plan's summary plan description or contact the Plan Administrator.

Solely with respect to benefits available under the Plan's employee assistance program ("EAP"), COBRA is automatically extended to qualified beneficiaries following a COBRA qualifying event described below. This means that a qualified beneficiary is not required to make a COBRA election or take any further action in order to be eligible for EAP benefits for the applicable COBRA continuation period. Otherwise, the Plans offer no greater COBRA rights than what the COBRA statute requires, and this notice of COBRA rights should be interpreted accordingly. **Even if an insurer benefits description or other document provided by your insurer or HMO says you would have greater rights than we describe below, the rights described below will control subject to applicable state insurance law.**

---

**IMPORTANT NOTICE REQUIREMENTS!** Any notice that you provide to the Plan Administrator under COBRA must be in writing and must follow the notice procedures described below. Any attempted notice to the Plan Administrator that is not in writing (for example, an oral notification by telephone) will not be effective.

---

## What is COBRA?

COBRA is the same coverage a Plan gives to similarly situated participants or beneficiaries under such Plan who are not receiving COBRA. Each qualified beneficiary who elects COBRA under a Plan generally will have the same rights as other participants or beneficiaries covered under such Plan, including open enrollment and special enrollment rights (as applicable). In addition, Plan changes for similarly situated non-COBRA beneficiaries can also apply to COBRA qualified beneficiaries.

After a qualifying event, COBRA must be offered to each person who is a "qualified beneficiary." An employee, his or her spouse (as defined by federal law) and his or her dependent children (including a child covered due to a qualified medical child support order) can be qualified beneficiaries if coverage under a Plan is lost because of the qualifying event. Any child born to or placed for adoption with a qualified beneficiary who was a covered employee is also a "qualified beneficiary" for whom COBRA may be elected. In addition, a domestic partner whose coverage is lost because of a qualifying event will also be treated as a qualified beneficiary for all purposes under the Plan. Qualified beneficiaries who elect COBRA must pay for such coverage.

**IMPORTANT: To be a qualified beneficiary for purposes of COBRA, you must be covered under the Plan immediately before your qualifying event. Plan coverage may be retroactively terminated or voided in its entirety on account of fraud or an intentional misrepresentation of material fact made in connection with you (or your family member's) participation in or coverage under the Plan. If your coverage is terminated as a result of fraud or an intentional misrepresentation of material fact, you will not be a qualified beneficiary for purposes of COBRA or any state continuation coverage.**

Qualified beneficiaries (including those who are not former employees) may add dependents to COBRA in the same manner as active employees. These dependents are generally not qualified beneficiaries and are thus not entitled to make separate COBRA elections. Furthermore, coverage for these dependents will terminate no later than the date the qualified beneficiary's coverage terminates.

## What are Qualifying Events?

If you are an employee, you will become a qualified beneficiary under a Plan if one of the following qualifying events occurs and it causes you to lose Plan coverage:

- Your hours of employment are reduced, or

- Your employment ends for any reason other than your gross misconduct.

If you are the spouse (as defined by federal law) or the domestic partner of an employee, you will become a qualified beneficiary if one of the following qualifying events occurs and it causes you to lose Plan coverage:

- Your spouse/domestic partner dies;

- Your spouse's/domestic partner's hours of employment are reduced;

- Your spouse's/domestic partner's employment end for any reason other than his or her gross misconduct;

- Your spouse/domestic partner becomes entitled to Medicare benefits (under Part A, Part B, or both); or

- You become divorced or legally separated from your spouse, or your domestic partnership ends.

Children will become qualified beneficiaries under a Plan if one of the following qualifying events occurs and it causes them to lose Plan coverage:

- The employee dies;

- The employee's hours of employment are reduced;

- The employee's employment ends for any reason other than his or her gross misconduct;

- The employee becomes entitled to Medicare benefits (Part A, Part B, or both);

- The parents become divorced, legally separated; or their domestic partnership terminates; or

- The child stops being eligible for coverage under the Plan.

**A decision to voluntarily drop coverage does not constitute a loss of Plan coverage for purposes of the above events.**

## When is COBRA Coverage Available?

A Plan will offer COBRA to qualified beneficiaries only after the Plan Administrator has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, or the employee becoming entitled to Medicare benefits (under Part A, Part B, or both), the employer must notify the Plan Administrator of the qualifying event.

## You Must Give Notice of Some Qualifying Events

**For the other qualifying events (divorce, legal separation, termination of the domestic partnership, or a child losing eligibility), you must notify the Plan Administrator within 60 days after the qualifying event occurs. If you fail to meet this deadline, your notice will be rejected as untimely and you will lose your right to COBRA. See the Notice Procedures below for instructions on how you must notify the Plan Administrator of a qualifying event and other events.**

## Notice Procedures

### Notice of Certain Initial Qualifying Events

To notify the Plan Administrator of a qualifying event you must submit a completed Enrollment/Change Request form for the applicable Plan(s) to your Payroll Specialist. Please call Insperity at (866) 715-3552 (weekdays between 7 a.m. and 7 p.m. Central time) to request an Enrollment/Change Request form and to inquire how to send this notification to your Payroll Specialist.

If you mail your notice, it must be postmarked <u>no later than</u> the last day of the required notice period. Any other method of notice (delivery, fax or email) must be actually made and received by the Plan Administrator <u>no later than</u> 5 pm Central time on the last day of the notice period. If you fail to meet this deadline, your notice will be rejected as untimely. If your notice fails to include all of the required information, the Plan Administrator will attempt to contact you to request the missing information. If you fail to provide any missing information as soon as reasonably possible following such a request, your notice will be rejected as insufficient. Your notice must include the following information:

- The name of the affected Plan(s) (the "Insperity Group Health Plan," the "Insperity Health Care Flexible Spending Account Plan," or both),

- The full name, address and Social Security Number of the employee covered under the Plan(s),

- The full name(s) and addresses of the affected qualified beneficiary(ies) and any other covered persons, and

- A description of the qualifying event and the date it occurred.

- If the notice relates to a qualifying event that is a divorce or legal separation, your notice must also include a copy of the divorce or separation order. If the notice relates to a qualifying event that is termination of the domestic partnership, once written notice is received you will be provided with a "Termination of Domestic Partnership Form" to complete and return as supporting documentation.

MP 000118

**Other Notices**

Any notice provided to the Plan Administrator under COBRA that is not a qualifying event notice must also be in writing and follow the Plans' notice procedures described below. Any attempted notice to the Plan Administrator that is not in writing (for example, an oral notification by telephone) will not be effective.

If you mail your written notice or have it hand-delivered, you must mail or deliver it to the Plan Administrator at the following address:

**Insperity Holdings, Inc.**
**COBRA Administration**
**19001 Crescent Springs Drive**
**Kingwood, Texas 77339**

If you fax your written notice to the Plan Administrator, please fax Insperity at (800) 748-1582. If you email your written notice to the Plan Administrator, you must email it to cobra_administration@insperity.com.

If you mail your notice, it must be postmarked no later than the last day of the required notice period. Any other method of notice (delivery, fax or email) must be made and received by the Plan Administrator no later than 5 pm Central time on the last day of the notice period. If you fail to meet this deadline, your notice will be rejected as untimely. If your notice fails to include all of the required information, the Plan Administrator will attempt to contact you to request the missing information. If you fail to provide any missing information as soon as reasonably possible following such a request, your notice will be rejected as insufficient. Your notice must include the following information:

- The name of the affected Plan(s) (the "Insperity Group Health Plan," the "Insperity Health Care Flexible Spending Account Plan," or both),

- The full name, address and Social Security Number of the employee covered under the Plan(s),

- The full name(s) and addresses of the affected qualified beneficiary(ies) and any other covered persons, and

- A description of the event and the date it occurred (as applicable).

In addition to the above notification requirements, the following rules apply:

- If the notice relates to a second qualifying event that is a divorce or legal separation, your notice must also include a copy of the divorce or separation order. If the notice relates to a qualifying event that is termination of Domestic Partnership, once your written notice is received you will be provided with a "Termination of Domestic Partnership Form" to complete and return as supporting documentation.

- If the notice relates to a disability extension, your notice must also include the disabled qualified beneficiary's name, the date the disability occurred, the date the Social Security Administration (SSA) made its determination of the disability and proof of SSA's determination (such as a copy of the SSA determination letter).

- If you fail to provide notice of an event that causes your COBRA coverage to terminate before the end of the maximum continuation period (for example, a determination by SSA that a qualified beneficiary is no longer disabled), the Plan Administrator will terminate your coverage retroactively to the date coverage otherwise would have ceased.

**How long can COBRA last?**

In the case of a loss of coverage under the Insperity Group Health Plan due to termination of employment or reduction in hours of employment, coverage generally may be continued for up to a total of 18 months from the date of the qualifying event. In the case of a loss of coverage under the Insperity Group Health Plan due to an employee's death, divorce or legal separation, termination of a domestic partnership, the employee's becoming entitled to Medicare, or a loss of eligibility for a dependent child, coverage generally may be continued for up to a total of 36 months from the date of the qualifying event. When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare less than 18 months before the qualifying event, COBRA under the Insperity Group Health Plan for qualified beneficiaries other than the employee can last for up to 36 months after the date of Medicare entitlement.

In the case of a loss of coverage under the Insperity Health Care Flexible Spending Account Plan due to a qualifying event, coverage may be continued only until the last day of the calendar year in which the qualifying event occurred.

COBRA will be terminated for any affected qualified beneficiary before the end of the maximum period on the earliest of the following dates:

- The first day of the period for which any required premium is not paid in full on time,

- The date the qualified beneficiary first becomes covered under another group health plan after electing COBRA,

- The date the qualified beneficiary first becomes entitled to Medicare benefits (under Part A, Part B, or both) after electing COBRA, or

- The date Insperity ceases to provide any group health plan for its employees.

- The date the qualified beneficiary engages in conduct that would justify termination of coverage under the Plan (such as fraud).

MP 000119

6134300 4688180    19001 Crescent Springs Drive  |  Kingwood, Texas 77339-3802  |  866.715.3552  |  portal.insperity.com    COBRA NOTICE REV 11.20 PAGE 3

In addition, if the disability extension applies under the Insperity Group Health Plan and the SSA determines that the disability no longer exists, COBRA terminates for all covered family members as of the first of the month following 30 days after SSA's final determination of no disability. COBRA may also be terminated for any reason a Plan would terminate coverage of a participant or beneficiary not receiving COBRA (such as fraud or intentional misrepresentation of material fact). Coverage that has been canceled for any of these reasons cannot be reinstated.

You may drop COBRA at any time after your enrollment by notifying Insperity that you wish to drop coverage. In such cases, COBRA will be dropped prospectively as soon as administratively feasible. You may not drop COBRA coverage retroactively.

You must notify the Plan Administrator as soon as reasonably possible if, after electing COBRA, you obtain other group health plan coverage or Medicare benefits as described above. **See the Notice Procedures above for how to notify the Plan Administrator.**

<u>How can you extend the length of COBRA?</u>

If your qualifying event is due to termination of employment or reduction of hours, an extension of the 18-month maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify the Plan Administrator of a disability or a second qualifying event in order to extend the period of COBRA. Failure to provide notice of a disability or second qualifying event may affect the right to extend the COBRA period. **See the Notice Procedures above for how you must notify the Plan Administrator of a disability or a second qualifying event.**

*Disability*

An 11-month extension of COBRA may be available under the Insperity Group Health Plan if any of the qualified beneficiaries is determined by the SSA to be disabled. The disability has to have existed at some time during the first 60 days of COBRA and must last at least until the end of the 18-month period of COBRA. To be eligible for the 11-month extension, you must notify the Plan Administrator of SSA's disability determination within the initial 18-month period of COBRA and within 60 days after the latest of (i) the date of SSA's determination of disability, (ii) the date of the qualifying event, or (iii) the date coverage would be lost due to the qualifying event. If you fail to meet this deadline, your notice will be rejected as untimely and you will lose your right to the 11-month extension. **See the Notice Procedures above for how you must notify the Plan Administrator of a disability.** Each qualified beneficiary who has elected COBRA will be entitled to up to 11 months of extended coverage if one of them qualifies for this extension and remains disabled. If the qualified beneficiary is determined by SSA to no longer be disabled, then COBRA will terminate as of the first of the month following 30 days after SSA's final determination of no disability. You must notify the Plan Administrator of that fact within 30 days after SSA's final determination. **See the Notice Procedures above on how you must notify the Plan Administrator that the qualified beneficiary is no longer disabled.**

*Second Qualifying Event*

An extension of coverage may be available under the Insperity Group Health Plan to spouses, domestic partners and children who are qualified beneficiaries if a second qualifying event occurs during an initial COBRA period of 18 months (29 months if the disability extension applies). The maximum amount of COBRA available when a second qualifying event occurs is 36 months from the date of the initial qualifying event. Such second qualifying events are the death of a covered employee, divorce or separation from the covered employee, termination of the domestic partnership with the covered employee, the covered employee's becoming entitled to Medicare benefits (under Part A, Part B, or both), or a child's ceasing to be eligible for coverage under the Plan. These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under the Plan had the first qualifying event not occurred. You must notify the Plan Administrator within 60 days after a second qualifying event occurs if you want to extend your COBRA. If you fail to meet this deadline, your notice will be rejected as untimely and you will lose your right to this extension. **See the Notice Procedures above on how you must notify the Plan Administrator that a second qualifying event has occurred.**

<u>Who Can Elect COBRA?</u>

Once the Plan Administrator receives notice that a qualifying event has occurred, COBRA will be offered to each of the qualified beneficiaries. Each qualified beneficiary has a separate right to elect COBRA. For example, the employee's spouse or domestic partner may elect COBRA even if the employee does not.

COBRA coverage may be elected for one, several, or all children who are qualified beneficiaries. A parent can elect COBRA on behalf of any children who are qualified beneficiaries. The employee or the employee's spouse or domestic partner can elect COBRA on behalf of all of the qualified beneficiaries in a family. Otherwise, only a guardian or other legal representative of a qualified beneficiary, as determined under applicable state law, can elect COBRA on the qualified beneficiary's behalf.

<u>Are there options other than COBRA?</u>

Yes. You do not have to continue your health coverage through COBRA. There may be other, more affordable coverage options. You may want to consider the following alternatives:

- Coverage through the Marketplace: You have the right to elect individual coverage under the Health Insurance Marketplace in your state. Through the Marketplace, you could be eligible for a tax credit that lowers your monthly premiums, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll.

MP 000120

6134300 4688180    19001 Crescent Springs Drive  |  Kingwood, Texas 77339-3802  |  866.715.3552  |  portal.insperity.com    COBRA NOTICE REV 11.20 PAGE 4

When choosing between COBRA and coverage through the Marketplace, please note the following:

- If you enroll in coverage through the Marketplace, you have 60 days from the date your coverage terminated to enroll.

- If you sign up for coverage through the Marketplace and your COBRA election period has ended, you cannot switch to COBRA under any circumstances.

- If you sign up for COBRA, you can only elect coverage through the Marketplace during the next Marketplace open enrollment period, or if you have another qualifying event such as marriage or birth of a child.

- If you terminate your COBRA early and without another qualifying event, you'll have to wait to enroll in the Marketplace until the next open enrollment period, and could end up without any health coverage in the interim.

  To access more information about Marketplace coverage in your state, visit www.healthcare.gov.

- **Coverage through Another Group Health Plan:** You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by the employer of your spouse) within 30 days after your Plan coverage ends because of a COBRA qualifying event. You also may have the same special enrollment right at the end of COBRA if you receive COBRA for the maximum time available.

- **Coverage Directly from an Insurance Carrier:** You may purchase an individual insurance policy from a health insurance carrier. The Affordable Care Act has eliminated pre-existing condition limitations, and made the purchase of individual policies easier.

- **Coverage through Medicaid or the Children's Health Insurance Program (CHIP):** You may qualify for Medicaid coverage or your child(ren) may qualify for CHIP coverage. Each of these programs provides health coverage for free or at a low-cost for those that qualify. To access more information visit www.healthcare.gov.

It is important that you choose carefully between COBRA and other coverage options. Once you have made your choice, it can be difficult or impossible to switch to another option. However, choosing a coverage option other than COBRA does not end your election period. If you initially decide to reject COBRA, and change your mind before your election period has ended, you can still elect COBRA as long as you submit a completed election form before the end of your election period.

In reviewing your other options, you should consider the following:

- Options other than COBRA, such as coverage on a spouse's plan or through the Marketplace, may be less expensive.

- You should check to see if your current medications are listed in drug formularies for the other coverage options.

- If you lost your job and received a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time.

- You should see if the other options have service or coverage area, or other similar limitations.

- You should check to see what the cost-sharing requirements are for the other options (e.g. copays, deductibles, etc.). For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

<u>How much does COBRA cost?</u>

Generally, each qualified beneficiary may be required to pay the entire cost of COBRA. The amount a qualified beneficiary may be required to pay may not exceed 102 percent (or, in the case of an extension of COBRA due to a disability, 150 percent) of the cost to a Plan (including both employer and employee contributions) for coverage of a similarly situated Plan participant or beneficiary who is not receiving COBRA. The cost to you for COBRA will change from time to time as Plan costs change.

Individuals who qualify for benefits under the Trade Adjustment Assistance (TAA) program, or who are receiving pension benefits from the Pension Benefit Guaranty Corporation (PBGC), may qualify for the Health Coverage Tax Credit (HCTC). The HCTC is a federal tax credit that pays 72.5% of the cost of COBRA for the individual and eligible family members. For more information on the HCTC, visit www.irs.gov/HCTC.

<u>How long do I have to elect COBRA?</u>

You have a **60-day election period** to notify the Plan Administrator that you want to elect COBRA. This 60-day election period begins on the later of the following:

- The date you would otherwise lose coverage because of a qualifying event; or

- The date Insperity provides you notice of your right to elect COBRA.

<u>When and how must payment for COBRA be made?</u>

*First payment for COBRA*

If you elect COBRA, you do not have to send any payment with the COBRA Enrollment Form. However, you must make your first payment for COBRA not later than 45 days after the date of your election (or the date your COBRA Enrollment Form is post-marked, if you mail it.) If your first payment for COBRA is not made within 45 days after the date of your election, you will lose all COBRA rights. You are responsible for making sure that the amount of your first payment is correct. You may contact Insperity at (866) 715-3552 to confirm the correct amount of your first payment. **Note: any claims submitted for expenses incurred following the date of the qualifying event will be denied until your Election Form and first premium payment are received. This means that you will be required to resubmit (or request a reprocessing of) claims for**

MP 000121

6134300 4688180        19001 Crescent Springs Drive    Kingwood, Texas 77339-3802    866.715.3552    portal.insperity.com    COBRA NOTICE REV 11.20 PAGE 5

expenses incurred prior to the date your Election Form and first premium payment are received.

*Monthly payments for COBRA*

After you make your first payment for COBRA, you will be required to make monthly payments for each subsequent month. Under the Plans, each of these monthly payments for COBRA is due on the first of each month for that month. For example, the monthly payment for COBRA for the month of December is due on December 1. If you make a monthly payment on or before the first day of the month to which it applies, your coverage under that Plan will continue for that month without any break. The Plans will not send monthly notices of payments due for these months. A check that has been returned unpaid from the bank for any reason may result in untimely payment and can result in cancellation of coverage.

A partial payment of the monthly amount owed for COBRA can result in the cancellation of your coverage. However, if you make a partial payment and the Plan Administrator determines the underpayment amount is insignificant (in accordance with IRS regulations), you will be provided notice and an opportunity to pay the remaining amount due prior to the cancellation of your coverage.

If you make a partial payment and you are enrolled for COBRA under both Plans, the partial payment will be first applied toward the amount due under the Insperity Group Health Plan to prevent a lapse of insurance coverage. Any remaining amount of the partial payment will be then applied toward the amount due under the Insperity Health Care Flexible Spending Account Plan. A partial payment that results in an underpayment under either Plan can result in the cancellation of your coverage, subject to the provision regarding underpayment amounts determined insignificant by the Plan Administrator as set forth above.

*Grace periods for monthly payments*

Although monthly payments are due on the first of each month, you will be given a grace period of 30 days after the first of each month to make each monthly payment. COBRA will be continued as long as payment for that month is made before the end of the grace period for that payment. However, if you pay a monthly payment later than the first day of the month to which it applies, but before the end of the grace period for the month, COBRA will be suspended as of the first day of the month and then retroactively reinstated (going back to the first day of the month) when the monthly payment is received. This means that any claim you submit for benefits while COBRA is suspended may be denied and may have to be resubmitted once your coverage is reinstated.

If you fail to make a monthly payment for COBRA under a Plan before the end of the grace period for that month, you will lose all rights to COBRA under that Plan.

<u>How to pay for COBRA</u>

You may pay for COBRA in one of two ways:

- You can make online payments via electronic funds transfer (EFT). Active and former employees will find information on this

process on Insperity Premier under the Benefits home page, in the Helpful Links box. Individuals who were never employed by Insperity can call (866)715-3552 for information on the process or go to cobra.insperity.com and click the "I don't have an account" tab.

- You can send a check or money order for the amount of payment due to Insperity at the appropriate address indicated below. Do not send payment in cash. You may send your COBRA payments to Insperity through the mail or via a hand-delivery service. Your personal hand-delivery of a COBRA payment is not permitted and will not be accepted.

If mailed, your <u>first payment</u> for COBRA should be sent to:

**Insperity Holdings, Inc.**
**COBRA Administration**
**19001 Crescent Springs Drive**
**Kingwood, Texas 77339**

If mailed, your subsequent <u>monthly payments</u> for COBRA should be sent to:

**Insperity Holdings, Inc.**
**COBRA Administration**
**P. O. Box 301400**
**Dallas, TX 75303-1400**

<u>For More Information</u>

This notice does not fully describe COBRA or other rights under the Plans. More information about COBRA and your rights under a Plan is available in the applicable summary plan description or from the Plan Administrator.

Questions concerning a Plan or your COBRA rights should be addressed to the contact or contacts identified below. For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at 1866-444-3272. For more information about health insurance options available through a Health Insurance Marketplace, visit www.healthcare.gov.

<u>Keep Your Plan Informed of Address Changes</u>

In order to protect your family's rights, you should keep the Plan Administrator informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Plan Administrator.

<u>Plan Contact Information</u>

Insperity Group Health Plan or Insperity Health Care Flexible Spending Account Plan
Insperity Holdings, Inc.
19001 Crescent Springs Drive
Kingwood, TX 77339
1-866-715-3552

MP 000122