**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRUSHA MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00586-SDJ-AGD |
| | § | |
| MY POSSIBILITIES FOUNDATION | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 7, 2025, the Report of the Magistrate Judge, (Dkt. #69), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Sanctions and Notice of Fraud Upon the Court (Dkt. #30) and Plaintiff's Renewed Motion for Terminating Sanctions and Judicial Notice of Fraud upon the Court (Dkt. #41) be denied as moot and that Plaintiff's Amended Emergency Motion for Sanctions and Request for Protective Order (Dkt. #63) be denied.

On November 11, 2025, Plaintiff filed timely objections to the Report (Dkt. #72) and requested that this matter be stayed. On December 1, 2025, Defendant filed a response to Plaintiff's objections (Dkt. #73). On that same day, Plaintiff filed two replies to Defendant's response to Plaintiff's objections (Dkt. #74; Dkt. #75). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #72), Defendant's

response (Dkt. #73), and Plaintiff's replies (Dkt. #74; Dkt. #75). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Sanctions and Notice of Fraud Upon the Court (Dkt. #30) and Plaintiff's Renewed Motion for Terminating Sanctions and Judicial Notice of Fraud upon the Court (Dkt. #41) are **DENIED AS MOOT** and that Plaintiff's Amended Emergency Motion for Sanctions and Request for Protective Order (Dkt. #63) is **DENIED**.

**So ORDERED and SIGNED this 11th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE