**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRUSHA MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00586-SDJ-AGD |
| | § | |
| MY POSSIBILITIES FOUNDATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 7, 2025, the Report of the Magistrate Judge, (Dkt. #70), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(b)(1) and 12(b)(6) (Dkt. #59) be granted in part and denied in part. The Report further recommended that Plaintiff be afforded an opportunity to file a Third Amended Complaint as to only the following causes of action: Title VII – Retaliation; Constructive Discharge; and Sarbanes-Oxley Act. The Report further recommended that Plaintiff's causes of action under Unequal Pay – Equal Pay Act / Title VII; 18 U.S.C. § 1512; the Federal Rules of Civil Procedure; the Americans with Disabilities Act; and Fraudulent Misrepresentation – Texas Common Law be dismissed with prejudice. The Report finally recommended that Plaintiff be

granted leave to file her Third Amended Complaint, in compliance with the Report, within 20 days of the Court's entry of a Memorandum Adopting Report and Recommendation of United States Magistrate Judge.

On November 11, 2025, Plaintiff filed timely objections to the Report (Dkt. #72) and requested that this matter be stayed. On December 1, 2025, Defendant filed a response to Plaintiff's objections (Dkt. #73). On that same day, Plaintiff filed two replies to Defendant's response to Plaintiff's objections (Dkt. #74; Dkt. #75). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #72), Defendant's response (Dkt. #73), and Plaintiff's replies (Dkt. #74; Dkt. #75). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(b)(1) and 12(b)(6) (Dkt. #59) is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that Plaintiff is **GRANTED** an opportunity to file a Third Amended Complaint as to only the following causes of action: Title VII – Retaliation; Constructive Discharge; and Sarbanes-Oxley Act. It is further **ORDERED** that Plaintiff's causes of action under Unequal Pay – Equal Pay Act / Title VII; 18 U.S.C. § 1512; the Federal Rules of Civil Procedure; the Americans with Disabilities Act; and Fraudulent Misrepresentation – Texas Common Law are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiff is **GRANTED** leave to file her Third Amended Complaint, in compliance with the Report, within 20 days of the Court's entry of this

Memorandum Adopting Report and Recommendation of United States Magistrate Judge.

It is finally **ORDERED** that the **STAY IS LIFTED**, and this case shall be reinstated on the Court's active docket.

**So ORDERED and SIGNED this 11th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE